**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GRENNVILLE DIVISION**

| | |
|---|---|
| **TAMILLE WILLIAMS,** ) | Civil Action No.:  6:24-CV-04957-DCC |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | |
| ) | |
| **CHENGLIANG HUANG AND EAST** ) | **DEFENDANT'S 26.01 RESPONSES** |
| **WEST WHOLESALE, INC.,** ) | |
| ) | |
| Defendant(s). ) | |

**TO:    JAMES G. BIGGART, II, ESQ., ATTORNEY FOR THE PLAINTIFF AND TO THE PLAINTIFF ABOVE-NAMED:**

Under the provisions of Local Rule 26.01, Defendants, Chengliang Huang and East West Wholesale, Inc., responds to the Court's Rule 26.01 Interrogatories as follows:

A.    State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:**    None known at this time.

B.    As to each claim, state whether it should be tried jury or non-jury and why.

**ANSWER: All claims should be tried to a jury.**

C. State whether the party submitting these responses is a publicly owned company and separately identify:  (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER:  Defendants are not publicly owned.**

D.   State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER:   Without waving the right to challenge venue and jurisdiction at a later time, the incident occurred in Greenville County.**

E.   Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical translations, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER:   No.**

F.   If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:   The Defendants are not improperly identified.**

G.   If you contend that some other person of legal entity is, in whole or in part, liable to you or the other party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER:   None at this time.**

2

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**

*s/Mark V. Gende*
Mark S. Barrow Federal ID No.: 1220
Mark V. Gende Federal ID No.: 9448
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29211
(803) 256-2233
**ATTORNEYS FOR DEFENDANTS**

Columbia, South Carolina
December 10, 2024

**CERTIFICATE OF SERVICE**

I, the undersigned secretary of the law offices of Sweeny, Wingate & Barrow, P.A., attorneys for the Defendants, do hereby certify that I have served a copy of the foregoing Defendant Responses to 26.01 Interrogatories in connection with the above-referenced case by emailing a copy of the same to the following address:

>James G. Biggart, II, Esq.
>jbiggart@forthepeople.com
>Morgan & Morgan
>4401 Belle Oaks Drive, Suite 300
>North Charleston, SC 29405
>Attorney for Plaintiff Tamille Williams

_____
Alexus J. Smith

Columbia, South Carolina
December 9, 2024