# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| IRENE KELLER,<br><br>  Plaintiff,<br><br>vs.<br><br>HOWARD ANTHONY JAMES and<br>SE INDEPENDENT DELIVERY<br>SERVICES, INC.,<br><br>  Defendants. | Case No.: 2:24-cv-05884-DCN<br><br>**AMENDED CONFERENCE AND SCHEDULING ORDER** |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this District, the court hereby establishes the following schedule for this case:

1. Amendment of Pleadings: Motions to join other parties and amend the pleadings shall be filed no later than **June 31, 2025**.

2. Expert Witnesses: Parties shall file and serve a document identifying by full name, address, and telephone number each person whom they expect to call as an expert at trial by the following dates:[1]

   Plaintiff:     **August 18, 2025**
   Defendant:  **September 19, 2025**

3. Discovery: Discovery shall be completed no later than **January 8, 2026**. All discovery requests shall be served in time for the responses thereto to be served by this deadline. All depositions must be taken before this deadline.

4. Motions in Limine: Motions in limine must be filed **at least three weeks prior to jury selection.**

---

[1] *See* Fed. R. Civ. P. 26(a)(2) and (a)(2)(B). Note that while Fed. R. Civ. P. 26(a)(2) does not require filing any portion of the written report or disclosure, Judge Norton requires filing of a document which identifies the expert and certifies compliance with this rule.

5.  <u>Dispositive Motions</u>: All dispositive motions and all Daubert motions shall be filed on or before **February 10, 2026.**[2]

6.  <u>Mediation</u>: Pursuant to Local Civil Rule 16.04-.12, mediation shall be completed in this case on or before **February 28, 2026**.[3] Thirty (30) days prior to this, counsel for each party shall file and serve an ADR Statement and Certification under Local Civil Rule 16.03.

7.  <u>Trial</u>: This case will go to trial during the term of court beginning **March 1, 2026**.

AND IT IS SO ORDERED.

_____
Hon. David C. Norton
United States District Judge

February 12, 2024
Charleston, South Carolina

---

[2] The court routinely schedules hearings on substantive motions. The court will not consider arguments raised at hearings that were not included in the parties' briefs nor will the court consider any new arguments raised in a reply brief.

[3] Standing Order to Conduct Mediation of Judge Norton, which sets forth additional mediation requirements applicable to this case available at www.scd.uscourts.gov.