# Rental Agreement Cover Sheet



**24/7 Roadside Assistance:**
**1-800-526-0798**

**Rental Agreement #:89958871**  LOCAL LEASE EXTRA
Created by: K.PARKER
Completed by: W.KREINER  Pick Up Date: 06/07/23 12:49 PM
Entered At: 6246-10  Expected Drop-Off: 12/31/24 12:49 PM
Status: OPEN

### CUSTOMER INFORMATION
Acct: 65959900 - 6246
SE INDEPENDENT DELIVERYSE INDEPENDENT DELIVERY
Attn: ACCOUNTS PAYABLE
11540 E US HIGHWAY 92
SEFFNER, FL  33584-7346  USA
Day (863) 499-6002
NRA #: 1401
USDOT #: 842212

### PICK UP/DROP OFF LOCATION
PENSKE FAYETTEVILLE (6246-10)
4301 MURCHISON RD
FAYETTEVILLE, NC  28311     USA
Voice (910) 853-7312

**DRIVER NAME(S):** ANDREW BROWN                **TRAVEL SCOPE:** Interstate

This lessor cooperates with all Federal, State, and local law enforcement officials nationwide to provide the identity of customers who operate this rental CMV

### UNIT INFORMATION
**Unit #:420678**                   Max. Payload: 63,870 lbs.               Rented With Damage: NO
5002 - TADC TRACTOR                 Height: 0 ft.0 in.
License #: 3416809                                                          **Mileage Out: 191**
License State: IN
License Exp: 12/31/2024                                                     **Diesel Fuel Out: FULL**
Owning Location: 6246-10
GVW: 80,000 lbs.

**Driver Trip Report and Fuel Receipts Required** This vehicle requires weekly submission of a DTR and fuel purchase receipts. Customer is responsible for all Motor Fuel and Weight Distance Taxes.

Customer shall be responsible for all tolls incurred in the operation of the Vehicle, whether or not the provided transponder is used.

NO HAZARDOUS MATERIAL BEING TRANSPORTED

### OPTIONAL PROTECTION PLANS
Limited Damage Waiver/LDW $1000 Responsibility          *DECLINED*
Limited Damage Waiver/LDW $5000 Responsibility          *DECLINED*
Liability Coverage/LIABILITY ACCIDENT INSURANCE         *CUSTOMER PROVIDES*

"Customer is responsible for all fuel and mileage taxes.  Section II.G contains Customer obligations related to filing and completing certain mileage and fuel tax documents, and Customer hereby acknowledges such obligations."

X _____ Initials

THIS CONTRACT OFFERS, FOR ADDITIONAL CHARGE OPTIONAL VEHICLE PROTECTION TO COVER YOUR FINANCIAL RESPONSIBILITY FOR DAMAGE OR LOSS TO THE RENTAL VEHICLE. THE PURCHASE OF OPTIONAL VEHICLE PROTECTION IS OPTIONAL AND MAY BE DECLINED. YOU ARE ADVISED TO CAREFULLY CONSIDER WHETHER TO PURCHASE THIS PROTECTION IF YOU HAVE A RENTAL VEHICLE COLLISION COVERAGE PROVIDED BY YOUR CREDIT CARD OR AUTOMOBILE INSURANCE POLICY. BEFORE DECIDING WHETHER TO PURCHASE OPTIONAL VEHICLE PROTECTION, YOU MAY WISH TO DETERMINE WHETHER YOUR CREDIT CARD OR VEHICLE INSURANCE AFFORDS YOU COVERAGE FOR DAMAGE TO THE RENTAL VEHICLE AND THE AMOUNT OF DEDUCTIBLE UNDER SUCH COVERAGE.

Exhibit 1

# Rental Agreement Cover Sheet



**24/7 Roadside Assistance:**
**1-800-526-0798**

**Rental Agreement #:** 89958871  **LOCAL LEASE EXTRA**

| | | | |
|---|---|---|---|
| Created by: | K.PARKER | Pick Up Date: | 06/07/23 12:49 PM |
| Completed by: | W.KREINER | Expected Drop-Off: | 12/31/24 12:49 PM |
| Entered At: | 6246-10 | Changed On: | 12/26/23 01:07 PM |
| Status: | OPEN | | |
| Customer Name: | SE INDEPENDENT DELIVERY | | |
| Created On: | 06/07/23 04:34 PM | | |

**BILLING INFORMATION**

Invoice #:    PO #: LEWIS 1475 SW    Billing Cycle: Monthly    Billing Terms: DIRECT BILL
Bill Start Date: 06/07/23 12:49 PM

**Remit To: PENSKE TRUCK LEASING CO.,L.P. - P.O.BOX 532658 ATLANTA, GA 30353-2658**

**CHARGES**

| Type | | Quantity | Unit of Meas | Rate | Charge |
|---|---|---|---|---|---|
| Unit #:420678 | | | | | |
| Days Used: 573 | | 3 | Day | | |
| | | 3 | Week | | |
| | | 12 | Month | | |
| Mileage | Out: 191 | 800 | Miles | | |

**PAYMENT & NET DUE:**

*** V A R   B I L L I N G ***

COPY

**This is not an Invoice**

---

Penske respects your privacy. Penske collects contact, driver's license, and payment information from Customers at time of rental, and shares this information with service providers as needed to facilitate the rental process, perform watch list checks, and process payments. You may have the right to request copies or deletion of the personal information we collect about you under certain local privacy laws. For details on how Penske and its trusted partners manage your personal information, provide you with choices regarding your personal information, and a statement of your privacy rights, see our full Privacy Policy at www.gopenske.com/privacy. You may also contact us at privacy@penske.com or (844) 967-0109.

Customer acknowledges that Customer has read, or been given an opportunity to read, the Rental Agreement, including this Cover Sheet, the General Terms and Conditions, as well as any attachments hereto and agrees to be fully bound by its terms. Before deciding whether to purchase the optional limited damage waiver, you may wish to determine whether your own automobile insurance already affords you coverage for damage to the rental vehicle. To the extent the Customer had purchased Limited Damage Waiver coverage, Customer acknowledges reading, understanding, and agreeing with the disclosures, exclusions, and terms and conditions applicable to Limited Damage Waiver as set forth in Attachment D to the Rental Agreement.

By:_____

Customer/Authorized Signatory

Exhibit 1

# Quick Start Guide

**DRIVER™ APP — HOS MODULE**

penske

This Quick Start Guide will help you get up and running with the Hours of Service (HOS) module of the **Penske Driver** app. For detailed information and instructions, visit **gopenske.com/hos**.

## Before You Begin Logging Hours

- Make sure the Bluetooth® settings are enabled on your Android or iOS device.
- Location services need to be activated.
- Open and sign in to the app **before powering on your vehicle** to ensure ELD is functional.



### 1 Signing In

Log in to the Penske Driver app and select "Hours of Service" from the menu of options.

### 2 Connecting to Your Penske Truck




Look for the Hours of Service sticker on the dashboard. The name of the Bluetooth® adapter installed in the truck will appear there.

Once you select "Connect to truck" you will be able to enter "Run Information" which includes your truck/tractor and trailer unit numbers as well as your B/L, manifest or commodity information.

### 3 Changing Duty Status

The Duty Status screen displays your break, drive, shift and cycle timers as well as your current status and other options. To change your duty status, select the button labeled "Current Status" and make your selection.

### 4 Viewing Hours of Service Log

The Hours of Service app will record all of your duty status changes and will automatically draw your graph throughout your day. To view your log, select "Daily Log" from the Duty Status screen.

### 5 Showing Alerts and Malfunctions



If issues arise while you are using the app, alert notices will appear along with corresponding options. The app also features malfunction monitoring. If an error occurs, tap on "Go to Issues List" on the Malfunction screen to see what types of errors have occurred. Once a specific issue is selected, you will be able to view suggestions for troubleshooting.




## Preparing for Roadside Inspection

In the event you are stopped for an inspection, select the "Inspection" option at the bottom of the Daily Log screen. You will then be able to choose between displaying your daily log on screen, sending to eRODS (USA) or emailing your log (Canada). Please choose the appropriate option per the request of the roadside inspector.




Both USA and Canada formatted logs can be viewed on the screen when the "Show on Screen" option is selected. USA formatted logs can be submitted directly to eRODS when the "Send to eRODS" option is selected. The "Export to Email" button allows Canada logs to be emailed to an email recipient when a valid email address is entered.

Rev. 4/22



# TRALA 8-DAY RENTAL EXEMPTION

The Truck Rental and Leasing Association, Inc. (TRALA) exemption has recently been provisionally renewed by the Federal Motor Carrier Safety Administration (FMCSA). The exemption allows drivers of property carrying commercial motor vehicles (CMVs) rented for 8 days or less, regardless of reason, to not use an ELD in the vehicle. These drivers remain subject to the standard HOS limits and must maintain a paper record of duty status (RODS) if required.

## SUMMARY

FMCSA announces its decision to provisionally renew the Truck Renting and Leasing Association, Inc. (TRALA) exemption from the provisions that require a motor carrier to install and require each of its drivers to use an electronic logging device (ELD) to record the driver's hours-of-service (HOS). The exemption allows drivers of property carrying commercial motor vehicles (CMVs) rented for 8 days or less, regardless of reason, to not use an ELD in the vehicle. These drivers remain subject to the standard HOS limits and must maintain a paper record of duty status (RODS) if required.

## DATES

The exemption renewal is for five years and this renewed exemption became effective October 12, 2022, and it expires on October 12, 2027.

**To access the complete TRALA 8-day rental exemption letter:**

penske.io/exemption  |  Scan the below QR code  |  Via the Penske Driver App.



Exhibit 1


Dedication at every turn.

# Selective Catalytic Reduction and Diesel Exhaust Fluid
## What you need to know

### New emission technologies require new dashboard alerts

To meet stricter government diesel emission requirements and to help deliver improvements to overall vehicle operation while protecting the environment, Penske vehicles that are model year 2011 and newer are equipped with additional driver notification symbols on the dashboard.

### Why we need new dashboard signs.
Selective Catalytic Reduction (SCR) is the leading diesel engine technology being used to meet federal emission regulations. With the new emissions requirements, manufacturers had to add new indicator signs to the dashboard.

With this change, it's important for drivers to recognize the new symbols on the dashboard and know how to respond safely and efficiently.

### What you need to know.
DEF is stored in a separate tank from diesel. Just like filling up a diesel tank, drivers will need to watch their DEF gauge and fill the tank when needed. They can refill the tank at any Penske fueling location or major truck stop. On average, heavy-duty vehicles can go approximately 300 miles per gallon of DEF and medium duty vehicles can go about 400 miles per gallon of DEF.

### Lights on your dashboard.
What your DEF gauge may look like.

 

Warning lights requiring action or your vehicle may not operate properly.

 

*Signals an emissions malfunction.*   *Signals that the DEF is getting low.*

### Questions? We're here to help 24/7.
If you have a question about a dashboard light that appears while driving your vehicle, call our 24/7 Roadside Assistance service line and one of our trained associates will help you.

**Penske 24/7 Roadside Assistance 1-800-526-0798**

©2011 Penske Truck Leasing
JS6259 PDF 08/11
Exhibit 1