# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| PLAINTIFF<br><br>IRENE KELLER,<br><br>-v-<br><br>DEFENDANTS<br><br>HOWARD ANTHONY JAMES and PENSKE TRUCK LEASING CO., | Case No.: 2:24-cv-05884-DCN<br><br>**PLAINTIFF'S RULE 26(A)(2) EXPERT WITNESS DISCLOSURES** |

Plaintiff Irene Keller hereby submits her expert disclosure as required by Federal Rule of Civil Procedure 26(a)(2) and the Court's Case Management and Scheduling Order. Plaintiff discloses the following expert witnesses who are expected to be called to offer opinions and testify at trial:

1.  **Paul White, MD, LCP**

    Dr. White was retained by Plaintiff to prepare a life care plan for Plaintiff's future medical needs and medical expenses resulting from the injuries sustained in the subject collision. Dr. White will offer opinions within a reasonable degree of medical probability on the Plaintiff's future medical needs and the reasonable costs of the same. Reports from this expert with the contents required by Fed. R. Civ. P. 26(a)(2)(B) were provided to Defendants and their counsel on August 18, 2025.

    Plaintiff reserves the right to call her treatment providers as witnesses. Plaintiff anticipates that her treatment providers will qualify as experts by knowledge, skill, experience, training, or education, and Plaintiff reserves the right to elicit testimony regarding each provider's opinions, if any, regarding the cause, diagnosis, treatment, and prognosis of Plaintiff's injuries. Plaintiff's treating providers who may be called testify at trial and are known at this time are as follows:

1.  **Nayyer Islam, MD**

Dr. Islam is a board-certified diagnostic radiologist who has read the magnetic resonance imaging of Plaintiff's spine. Dr. Islam is expected to testify regarding his opinions of the imaging consistent with Dr. Islam's medical records.

2. **Shailesh Patel, MD**

Dr. Patel is a board-certified pain medicine physician who has provided treatment for Plaintiff's spinal injuries following this crash. Dr. Patel is expected to testify regarding his treatment of Plaintiff's spinal injuries, his opinions regarding the causation of Plaintiff's spinal injuries, and his recommendations for future care, consistent with Dr. Patel's medical records.

3. **Christopher Battista, MD**

Dr. Battista is a board-certified orthopedic surgeon who has provided treatment for Plaintiff's spinal injuries following this crash. Dr. Battista is expected to testify regarding his treatment of Plaintiff's spinal injuries, his opinions regarding the causation of Plaintiff's spinal injuries, and his recommendations for future care, consistent with Dr. Battista's medical records.

Because Plaintiff's medical care is ongoing, Plaintiff reserves the right to supplement her list of treatment providers and to call any treatment provider as a witness at the trial of this case. Plaintiff also reserves the right to supplement this disclosure later should the case develop in such a way to warrant additional expert testimony on Plaintiff's behalf. Plaintiff further reserves the right to elicit expert testimony from individuals named as experts by other parties, as well as other witnesses later identified who may qualify as experts under the Rules of Evidence.

[*Signature on Following Page*]

                                          **MORGAN & MORGAN, P.A.**
                                          By:     /s/Cooper Klaasmeyer
                                          Cooper Klaasmeyer, Esq.
                                          Federal Bar No. 14272
                                          E-Mail: cooper.klaasmeyer@forthepeople.com
                                          4401 Belle Oaks Drive, Suite 300,
                                          North Charleston, SC 29405
                                          (843) 973-5438
                                          *Counsel for Plaintiff*

North Charleston, SC
August 18, 2025