# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Irene Keller,   )  | C/A No.: 2:24-cv-5884 DCN |
| )  | |
| Plaintiff,   )  | |
| )  | **ORDER** |
| -vs-   )  | |
| )  | |
| Howard Anthony James; and Penske   )  | |
| Truck Leasing Co.,   )  | |
| )  | |
| Defendants.   )  | |
| _____)  | |

This matter is before the court upon plaintiff's motion for leave to amend the complaint. This motion was filed on June 30, 2025. On July 14, 2025, defendants filed a response in opposition. After careful consideration of the briefs, it is therefore

**ORDERED,** that the motion for leave to amend complaint is **GRANTED**.

**AND IT IS SO ORDERED.**

_____
David C. Norton
United States District Judge

September 22, 2025
Charleston, South Carolina