# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# CHARLESTON DIVISION

| | | |
|---|---|---|
| **Irene Keller,** | ) | Case No.: **2:24-cv-05884-DCN** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| **Howard Anthony James and SE** | ) | |
| **Independent Delivery Services, Inc.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

The undersigned hereby certifies and advises this Court, the parties, and their attorneys, that Aaron J. Hayes, Esquire, of Sweeny, Wingate & Barrow, P.A., is appearing as counsel on behalf of Defendants Howard Anthony James and SE Independent Delivery Services, Inc. in the above-captioned matter, alongside Mark S. Barrow and Marshall C. Crane.

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**

s/Aaron J. Hayes
Mark S. Barrow, Fed. I.D. No. 1220
Marshall C. Crane, Fed. I.D. No. 12455
Aaron J. Hayes, Fed. I.D. No. 11196
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29211
(803) 256-2233

**ATTORNEYS FOR DEFENDANTS HOWARD ANTHONY JAMES AND SE INDEPENDENT DELIVERY SERVICES, INC.**

Columbia, South Carolina
October 3, 2025