# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IRENE KELLER,<br><br>      Plaintiff(s),<br><br>v.<br><br>HOWARD ANTHONY JAMES and SE INDEPENDENT DELIVERY SERVICES, INC.<br><br>      Defendant(s). | Civil Action No.: 2:24-cv-05884-DCN<br><br>**APPEARANCE OF COUNSEL** |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD**:

  I am admitted to practice in this court, and I appear in this case as counsel for Irene Keller.

               **MORGAN & MORGAN, P.A.**
               By:  /s/Jonathan Graham
               Jonathan D. Graham
               State Bar No. 105763
               Federal Bar No. 13969
               E-Mail: jgraham@forthepeople.com
               4401 Belle Oaks Drive, Suite 300,
Charleston, SC          North Charleston, SC 29405
               (843) 947-6063
November 24, 2025.        *Counsel for Plaintiff Irene Keller*