**Exhibit 1**



# LIFE CARE PLANS, MD

| | | | |
|---|---|---|---|
| **PATIENT:** | Irene Keller | **BIRTH DATE:** | |
| **ADDRESS:** | 143 Four E. Rd. | **INCIDENT DATE:** | 2/16/24 |
| | Bowman, SC 29018 | **REPORT DATE:** | 12/20/24 |
| **PHONE:** | (843) 494-4322 | **REF #:** | 15611130 |

The following Life Care Plan outlines the need for treatment, services, and equipment necessary to maximize medical and rehabilitative potential. This Life Care Plan was generated in accordance with the IARP and ICHCC standards. It represents requirements as I understand them, as determined through research with suppliers, vendors, care providers, and others. This life care plan is a dynamic document and can be amended at any time, based on the client's changing needs and additional information.

Thank you for the opportunity to assist in this matter, and should you require any additional information or assistance, please do not hesitate to contact me.

Sincerely,

*Paul K. White*

**Paul K. White, MD, CLCP**
**Licensed Physician – GA (# 66672)**
**Board Certified Physical Medicine and Rehabilitation (# 12133)**
**Certified Life Care Planner - ICHCC (# 1602)**

---

**PATIENT:** Irene Keller
**BIRTH DATE:** ▮▮▮▮ (50yoa)     *Exhibit 1*
**INCIDENT DATE:** 2/16/24

## RECORDS RECEIVED / SUMMARIZED:

**SOUTH CAROLINA TRAFFIC COLLISION REPORT:**
2/16/24: U1 (Irene Keller – 2024 MERZ UT) was traveling on I-26 and U2 (2024 FRHT DS) improperly changed lanes and struck U1.



**TRIDENT MEDICAL CENTER:**
2/16/24: Chief complaint of low back pain. Discharged with Tizanidine 4mg and Hydrocodone 5mg.

**LOWCOUNTRY ORTHOPEDICS (Shailesh Patel, MD):**
2/27/24: Chief complaints of mid back pain, upper back/c-spine pain, and lower back/l-spine pain. Referred to PT and prescribed Cyclobenzaprine 5mg and Diclofenac 75mg.

**Exhibit 1**

**3/26/24:** Recommend lumbar and cervical epidural steroid injection.

**4/22/24:** Bilateral L5/S1 Lumbar Transforaminal Epidural Steroid Injection (80% relief).

**5/6/24:** C7/T1 Cervical Epidural Steroid Injection.

**5/21/24:** Complaints of neck, midback, and low back pain after MVA on 2/16/24. She reports significant relief of neck and back pain after the recent injections. She has been working reg duty. She will continue a HEP. She noticed some soreness in the back last couple of days. fu in one month.

**6/19/24:** She is having returning of right shoulder blade pain that was initially relieved with recent CESI. Recommend repeat for additive effect.

**12/11/24 (Shailesh Patel, MD):** Right Lumbar Radiofrequency Ablation.

## IMAGING HISTORY:

*(Images were summarized from the radiology reports / films were not viewed)*

**3/20/24 CERVICAL SPINE MRI (LOWCOUNTRY ORTHOPEDICS):**
**IMPRESSION:**
1. C5/6: 2.1mm central disc herniation which indents the anterior thecal sac. No nerve root impingement.
2. Straightening of the cervical lordosis may reflect spasm.
3. No fracture.

**3/20/24 THORACIC SPINE MRI (LOWCOUNTRY ORTHOPEDICS):**
**IMPRESSION:**
1. T4/5: 2mm right paramedian disc herniation. There is no significant spinal canal, lateral recess, neural foraminal compromise, or nerve root impingement.

## Exhibit 1

**3/21/24 LUMBAR SPINE MRI (LOWCOUNTRY ORTHOPEDICS):**

**IMPRESSION:**

2. No acute osseous abnormality.
3. L4/5: 3.6mm annular disc herniation and bilateral facet hypertrophy. No spinal canal stenosis or nerve root impingement.
4. L5/S1: 5.9mm annular disc herniation with encroachment on the bilateral descending S1 nerve roots and exiting bilateral L5 nerve roots. Bilateral facet hypertrophy.

## PAST MEDICAL / SURGICAL HISTORY:

- MVA 8/22: rear-ended and had neck and back pain similar but less severe. She was getting injections at Ortho Sports Spine and Lowcountry Ortho (Dr. Patel). She states she was doing well until the 2/16/24 accident.
- She denies any other medical problems.

## WORK HISTORY:

- She is a manager for Mercedez Benz.

## CLINICAL INTERVIEW:

**12/4/24 IRENE KELLER:** We spoke on the phone and discussed the incident on 2/16/24 and the injuries sustained.

A. Back Pain: Mrs. Keller states she has ongoing low back pain that will radiate on occasion. Her pain level is an 8/10 on average daily. She is being treated by Dr. Patel. She has received epidural injections that helped the right leg and some left leg pain. The pain relief only lasts about 6-8 weeks, but she is usually happy with the results. She has repeat injections soon. She is having a Right RFA on 12/11/24. If the RFA does not work for the pain, on 1/15/25 she is undergoing surgery with Dr. Battista to repair the L5/S1 herniated disc.

B. Neck Pain: Her pain level is an 8/10 on average daily. She is being treated by Dr. Patel. She has received epidural injections that helped the radiating pain. She has repeat injections soon. The pain causes her to drop things and

## Exhibit 1

       hurt daily. She believes the next step for the neck is also an RFA.

   C. She admits to having pain in the past due to an MVA in 2022, but the 2/16/24 MVA caused her neck and low back symptoms to become very severe.

**Reported Limitations:** She owns a 25acre farm and since this accident she has difficulty putting in the fence posts and day to day chores to keep the farm running. She has difficulty driving 45 minutes to work and putting on her clothes.

**12/20/24 IRENE KELLER:** We spoke on the phone and discussed the incident on 2/16/24 and the injuries sustained.
   A. Back Pain: On 12/11/24 she underwent a Right Lumbar RFA. She states the is about 50% better since the injection and she can walk upright and not hunched over. The ablation has allowed her to do her farm work. On 1/6/25 she is seeing Dr. Patel. She is still having a Lumbar Laminectomy on 1/15/25 with Dr. Batista to help with the radiating pain.
   B. Neck Pain: Her neck pain has improved but is still around a 4/10 daily. She has a follow-up with Dr. Patel next year to discuss ablations.

**12/20/24 SHAILESH PATEL, MD (LOWCOUNTRY ORTHOPEDICS):** I spoke with Dr. Patel on the phone regarding the future care recommended for Mrs. Keller. He stated Mrs. Keller will need lifetime treatment for her low back and neck pain. Our conversation is summarized in the "Future Care Needs And Costs" spreadsheet.
   A. Back Pain: On 12/11/24 Dr. Patel performed a right Lumbar RFA that gave her good relief from the back pain. The RFA's will need to be repeated yearly for life as the medial branch nerves regenerate. He reviewed the 3/21/24 MRI that showed a large L5/S1 herniated disc that is impinging on L5 and S1 nerve roots. Dr. Batista is performing a Laminectomy and Fusion on 1/15/25 to address the radiating pain.
   B. Neck Pain: On 5/6/24 and 8/14/24 Dr. Patel performed Cervical Epidural Steroid Injections. The epidurals will need to be repeated yearly to prevent Mrs. Keller from requiring an ACDF surgery. Dr. Patel is confident that consistent conservative care for the cervical spine can prevent surgery.
   C. He is also recommending quarterly office visits, MRIs every 3 years, and PT

# Exhibit 1

12 x yearly for symptomatic flare ups.

## LIFE EXPECTANCY:

1. According to the National Vital Statistics Reports, the future life expectancy is 32 years. The life expectancy has been used to demonstrate the total future costs noted below. For the current analysis, variables such as race, current health status, medical co-morbidities, or other health or general demographic factors have not been considered. Should medical or other qualified testimony be presented to support alternate life expectancy estimates, the current figures may be appropriately adjusted. The total costs are based on current costs for services/items. These costs have not been adjusted to include the rate of inflation or discounted value.

## DICUSSION:

1. FAIR Health Consumer, medical bills, and provider estimates were used to estimate the future health care expenses.
2. Based on medical record reviews, discussions with the client, and phone conversations with treating providers (if available), with a reasonable degree of medical probability, Mrs. Keller needs the future medical care and treatment listed in the "Future Care Needs And Costs" spreadsheet.

## ATTACHMENTS:

1. Imaging Reports.
2. National Vital Statistics Reports.
3. Future Care Needs and Costs Spreadsheet.
4. Curriculum Vitae.

FROM:MaxFax (864-610-4880)  TO:REFERRING, LCSC                    21-Mar-2024 17:55 UTC  PAGE: 1/2

**Exhibit 1**



**Patient Name:** KELLER, IRENE HOPE
**Study Date:** 03-20-2024
**MRN:**
**Age/Sex:** 49 y / F
**DOB:**
**Reading:** Islam, Nayyer, MD

**Institution:** Lowcountry Orthopaedics and Sports Medicine
**Modality:** MR
**Description:** CERVICAL SPINE WO - 600120
**Referring:** SHAILESH PATEL
**Accession:** LCC127
**Report Date:** 3/21/2024 1:54 PM

**EXAM:** MRI OF THE CERVICAL SPINE WITHOUT INTRAVENOUS CONTRAST

**TECHNIQUE:** Multiplanar/multi-sequence MRI images were obtained through the cervical spine without intravenous contrast.

**CLINICAL DATA:** Neck and bilateral shoulder pain status post MVA on 02/16/2024. History of skin cancer on left wrist in February 2024 ad tonsils surgery in 1992. Thoracic spine MRI same day.

**PRIOR STUDIES:** None available.

**FINDINGS:** CRANIOVERTEBRAL JUNCTION: The craniocervical junction appears normal without cerebellar tonsillar ectopia or craniocervical stenosis.

POSTERIOR FOSSA: No mass in the visualized portions.

ALIGNMENT: Straightening of the cervical lordosis.

VERTEBRAL COLUMN: Vertebral body heights are intact. No aggressive osseous lesion or marrow infiltrating process.

SPINAL CORD: Spinal cord signal is within normal limits. No focal cord expansion, atrophy or syrinx.

SOFT TISSUES/SURROUNDING STRUCTURES: No intra- or paraspinal mass. No regional soft tissue abnormality.

At C2-C3: There is no disc herniation. There is no spinal or foraminal stenosis.

At C3-C4: There is no disc herniation. There is no spinal or foraminal stenosis.

At C4-C5: There is no disc herniation. There is no spinal or foraminal stenosis.

At C5-C6: 2.1 mm central disc herniation which indents the anterior thecal sac. No nerve root impingement. (series 5 axial image 15/25).

At C6-C7: There is no disc herniation. There is no spinal or foraminal stenosis.

At C7-T1: There is no disc herniation. There is no spinal or foraminal stenosis.

**IMPRESSION:** At C5-C6: 2.1 mm central disc herniation which indents the anterior thecal sac. No nerve root impingement. (series 5 axial image 15/25).

Straightening of the cervical lordosis may reflect spasm. No fracture.

Thank you for the opportunity to participate in the care of this patient.

Islam, Nayyer, MD
*Electronically Signed: 03-21-2024 1:54 PM*

PH: (843) 797-5050 | 2880 Tricom Street | N. Charleston, SC 29406
PERSONAL & CONFIDENTIAL: If you have received this in error, please call (843) 797-5050 or fax (843) 797-3633, and please destroy this document and/or delete this email.

Printed: 03-21-2024 1:55 PM                                                                  Page 1 of 2

FROM:MaxFax (864-610-4880)  TO:REFERRING, LCSC                                    21-Mar-2024 17:55 UTC  PAGE: 2/2

**Exhibit 1**



**Patient Name:** KELLER, IRENE HOPE
**Study Date:** 03-20-2024
**MRN:**
**Age/Sex:** 49 y / F
**DOB:**
**Reading:** Islam, Nayyer, MD

**Institution:** Lowcountry Orthopaedics and Sports Medicine
**Modality:** MR
**Description:** CERVICAL SPINE WO - 600120
**Referring:** SHAILESH PATEL
**Accession:** LCC127
**Report Date:** 3/21/2024 1:54 PM

PH: (843) 797-5050 | 2880 Tricom Street | N. Charleston, SC 29406
PERSONAL & CONFIDENTIAL: If you have received this in error, please call
(843) 797-5050 or fax (843) 797-3633, and please destroy this document and/or
delete this email.

Printed: 03-21-2024 1:55 PM                                                       Page 2 of 2

FROM:MaxFax (864-610-4880)  TO:REFERRING, LCSC          21-Mar-2024 21:30 UTC  PAGE: 1/2

**Exhibit 1**



**Patient Name:** KELLER, IRENE HOPE
**Study Date:** 03-20-2024
**MRN:**
**Age/Sex:** 49 y / F
**DOB:**
**Reading:** Islam, Nayyer, MD

**Institution:** Lowcountry Orthopaedics and Sports Medicine
**Modality:** OT
**Description:** THORACIC SPINE WO - 600122
**Referring:** SHAILESH PATEL
**Accession:** LCC128
**Report Date:** 3/21/2024 5:30 PM

**EXAM:** MRI OF THE THORACIC SPINE WITHOUT INTRAVENOUS CONTRAST

**TECHNIQUE:** Multiplanar/multi-sequence MRI images through the thoracic spine were obtained without intravenous contrast.

**CLINICAL DATA:** Low back and bilateral leg pain status post MVA on 02/16/2024. History of skin cancer on left wrist in February 2024 and hysterectomy in April 2010. Cervical spine MRI same day.

**PRIOR STUDIES:** None available.

**FINDINGS:** ALIGNMENT: The alignment of the thoracic spine is satisfactory.

VERTEBRAL COLUMN: Vertebral body heights are intact. Marrow signal is within normal limits with no aggressive osseous lesion or marrow infiltrating process.

SPINAL CORD: Spinal cord signal is within normal limits. No focal cord expansion, atrophy or syrinx.

SOFT TISSUES/SURROUNDING STRUCTURES: No intra- or paraspinal mass. No regional soft tissue abnormality.

SEGMENTAL ANALYSIS:

At C7-T1: There is no abnormally positioned disc material. There is no significant spinal canal, lateral recess, neural foramina compromise, or nerve impingement.

At T1-T2: There is no abnormally positioned disc material. There is no significant spinal canal, lateral recess, neural foramina compromise, or nerve impingement.

At T2-T3: There is no abnormally positioned disc material. There is no significant spinal canal, lateral recess, neural foramina compromise, or nerve impingement.

At T3-T4: There is no abnormally positioned disc material. There is no significant spinal canal, lateral recess, neural foramina compromise, or nerve impingement.

At T4-T5: 2 mm right paramedian disc herniation. There is no significant spinal canal, lateral recess, neural foramina compromise, or nerve impingement.  (T2 sagittal image 6/13)

At T5-T6: There is no abnormally positioned disc material. There is no significant spinal canal, lateral recess, neural foramina compromise, or nerve impingement.

At T6-T7: There is no abnormally positioned disc material. There is no significant spinal canal, lateral recess, neural foramina compromise, or nerve impingement.

At T7-T8: There is no abnormally positioned disc material. There is no significant spinal canal, lateral recess, neural foramina compromise, or nerve impingement.

At T8-T9: There is no abnormally positioned disc material. There is no significant spinal canal, lateral recess, neural foramina compromise, or nerve impingement.

At T9-T10: There is no abnormally positioned disc material. There is no significant spinal canal, lateral recess, neural foramina compromise, or nerve impingement.

At T10-T11: There is no abnormally positioned disc material. There is no significant spinal canal, lateral recess,

PH: (843) 797-5050 | 2880 Tricom Street | N. Charleston, SC 29406
PERSONAL & CONFIDENTIAL: If you have received this in error, please call (843) 797-5050 or fax (843) 797-3633, and please destroy this document and/or delete this email.

Printed: 03-21-2024 5:30 PM                                    Page 1 of 2

FROM:MaxFax (864-610-4880)  TO:REFERRING, LCSC                          21-Mar-2024 21:30 UTC  PAGE: 2/2

**Exhibit 1**



**Patient Name:** KELLER, IRENE HOPE
**Study Date:** 03-20-2024
**MRN:**
**Age/Sex:** 49 y / F
**DOB:**
**Reading:** Islam, Nayyer, MD

**Institution:** Lowcountry Orthopaedics and Sports Medicine
**Modality:** OT
**Description:** THORACIC SPINE WO - 600122
**Referring:** SHAILESH PATEL
**Accession:** LCC128
**Report Date:** 3/21/2024 5:30 PM

neural foramina compromise, or nerve impingement.

At T11-T12: There is no abnormally positioned disc material. There is no significant spinal canal, lateral recess, neural foramina compromise, or nerve impingement.

At T12-L1: There is no abnormally positioned disc material. There is no significant spinal canal, lateral recess, neural foramina compromise, or nerve impingement.

**IMPRESSION:** There is no fracture or subluxation.

At T4-T5: 2 mm right paramedian disc herniation. There is no significant spinal canal, lateral recess, neural foramina compromise, or nerve impingement. (T2 sagittal image 6/13)

Thank you for the opportunity to participate in the care of this patient.

Islam, Nayyer, MD
Electronically Signed: 03-21-2024 5:30 PM

PH: (843) 797-5050 | 2880 Tricom Street | N. Charleston, SC 29406
PERSONAL & CONFIDENTIAL: If you have received this in error, please call (843) 797-5050 or fax (843) 797-3633, and please destroy this document and/or delete this email.

Printed: 03-21-2024 5:30 PM                                                                 Page 2 of 2

FROM:MaxFax (864-610-4880) TO:REFERRING, LCSC                                22-Mar-2024 07:52 UTC PAGE: 1/2

**Exhibit 1**



**Patient Name:** KELLER, IRENE HOPE
**Study Date:** 03-21-2024
**MRN:**
**Age/Sex:** 49 y / F
**DOB:**
**Reading:** Islam, Nayyer, MD

**Institution:** Lowcountry Orthopaedics and Sports Medicine
**Modality:** MR
**Description:** LUMBAR SPINE WO - 600124
**Referring:** SHAILESH PATEL
**Accession:** LCC141
**Report Date:** 3/22/2024 3:51 AM

**EXAM:** MRI OF THE LUMBAR SPINE WITHOUT INTRAVENOUS CONTRAST

**TECHNIQUE:** Multiplanar/multi-sequence MRI images through the lumbar spine were obtained without intravenous contrast.

**CLINICAL DATA:** Patient states low back pain with bilateral leg pain status post MVA on 02/16/2024. History of skin cancer on left wrist in February 2024 and hysterectomy in April 2010.

**PRIOR STUDIES:** None available.

**FINDINGS:**

ALIGNMENT: Lowest well-formed disc space is referred to as L5-S1. The alignment is satisfactory.

VERTEBRAL COLUMN: Vertebral body heights are intact. No focal aggressive osseous lesion or marrow infiltration. 1.3 cm L2 vertebral body hemangioma.

CONUS/CAUDA EQUINA: Conus medullaris is normal in position and appearance. No intra- or extradural mass.

SOFT TISSUES/SURROUNDING STRUCTURES: There is a 1.1 cm perineural cyst posterior to the S2 segment.

SEGMENTAL ANALYSIS AS FOLLOWS:

At T12-L1: There is no disc herniation. There is no spinal or foraminal stenosis. There is no nerve root compression.

At L1-L2: There is no disc herniation. There is no spinal or foraminal stenosis. There is no nerve root compression.

At L2-L3: There is no disc herniation. Bilateral facet hypertrophy. There is no spinal or foraminal stenosis. There is no nerve root compression.

At L3-L4: There is no disc herniation. Bilateral facet hypertrophy. There is no spinal or foraminal stenosis. There is no nerve root compression.

At L4-L5: 3.6 mm annular disc herniation and bilateral facet hypertrophy. No spinal canal stenosis or nerve root impingement. (T2 sagittal image 8/15).

At L5-S1: 5.9 mm annular disc herniation with encroachment on the bilateral descending S1 nerve roots and exiting bilateral L5 nerve roots. Bilateral facet hypertrophy. (T2 sagittal image 8/15 and series 10 axial image 21/25 and 22/25).

**IMPRESSION:** No acute osseous abnormality.

At L4-L5: 3.6 mm annular disc herniation and bilateral facet hypertrophy. No spinal canal stenosis or nerve root impingement. (T2 sagittal image 8/15).

At L5-S1: 5.9 mm annular disc herniation with encroachment on the bilateral descending S1 nerve roots and

PH: (843) 797-5050 | 2880 Tricom Street | N. Charleston, SC 29406
PERSONAL & CONFIDENTIAL: If you have received this in error, please call (843) 797-5050 or fax (843) 797-3633, and please destroy this document and/or delete this email.

FROM:MaxFax (864-610-4880)  TO:REFERRING, LCSC          22-Mar-2024 07:52 UTC  PAGE: 2/2

**Exhibit 1**



**Patient Name:** KELLER, IRENE HOPE
**Study Date:** 03-21-2024
**MRN:**
**Age/Sex:** 49 y / F
**DOB:**
**Reading:** Islam, Nayyer, MD

**Institution:** Lowcountry Orthopaedics and Sports Medicine
**Modality:** MR
**Description:** LUMBAR SPINE WO - 600124
**Referring:** SHAILESH PATEL
**Accession:** LCC141
**Report Date:** 3/22/2024 3:51 AM

exiting bilateral L5 nerve roots. Bilateral facet hypertrophy. (T2 sagittal image 8/15 and series 10 axial image 21/25 and 22/25).

Thank you for the opportunity to participate in the care of this patient.

Islam, Nayyer, MD
Electronically Signed: 03-22-2024 3:51 AM

PH: (843) 797-5050 | 2880 Tricom Street | N. Charleston, SC 29406
PERSONAL & CONFIDENTIAL: If you have received this in error, please call (843) 797-5050 or fax (843) 797-3633, and please destroy this document and/or delete this email.

Printed: 03-22-2024 3:52 AM                                     Page 2 of 2

# Exhibit 1

### Table 3. Life table for females: United States, 2020

Spreadsheet version available from: https://ftp.cdc.gov/pub/Health_Statistics/NCHS/Publications/NVSR/71-01/Table03.xlsx.

| Age (years) | Probability of dying between ages $x$ and $x+1$ $q_x$ | Number surviving to age $x$ $l_x$ | Number dying between ages $x$ and $x+1$ $d_x$ | Person-years lived between ages $x$ and $x+1$ $L_x$ | Total number of person-years lived above age $x$ $T_x$ | Expectation of life at age $x$ $e_x$ |
|---|---|---|---|---|---|---|
| 0–1. | 0.004918 | 100,000 | 492 | 99,572 | 7,988,224 | 79.9 |
| 1–2. | 0.000310 | 99,508 | 31 | 99,493 | 7,888,652 | 79.3 |
| 2–3. | 0.000199 | 99,477 | 20 | 99,467 | 7,789,159 | 78.3 |
| 3–4. | 0.000161 | 99,457 | 16 | 99,449 | 7,689,692 | 77.3 |
| 4–5. | 0.000123 | 99,441 | 12 | 99,435 | 7,590,242 | 76.3 |
| 5–6. | 0.000115 | 99,429 | 11 | 99,423 | 7,490,807 | 75.3 |
| 6–7. | 0.000103 | 99,418 | 10 | 99,413 | 7,391,384 | 74.3 |
| 7–8. | 0.000094 | 99,408 | 9 | 99,403 | 7,291,971 | 73.4 |
| 8–9. | 0.000089 | 99,398 | 9 | 99,394 | 7,192,568 | 72.4 |
| 9–10. | 0.000087 | 99,389 | 9 | 99,385 | 7,093,174 | 71.4 |
| 10–11. | 0.000089 | 99,381 | 9 | 99,376 | 6,993,789 | 70.4 |
| 11–12. | 0.000098 | 99,372 | 10 | 99,367 | 6,894,413 | 69.4 |
| 12–13. | 0.000117 | 99,362 | 12 | 99,356 | 6,795,046 | 68.4 |
| 13–14. | 0.000147 | 99,350 | 15 | 99,343 | 6,695,690 | 67.4 |
| 14–15. | 0.000185 | 99,336 | 18 | 99,327 | 6,596,347 | 66.4 |
| 15–16. | 0.000230 | 99,317 | 23 | 99,306 | 6,497,020 | 65.4 |
| 16–17. | 0.000276 | 99,295 | 27 | 99,281 | 6,397,714 | 64.4 |
| 17–18. | 0.000324 | 99,267 | 32 | 99,251 | 6,298,434 | 63.4 |
| 18–19. | 0.000371 | 99,235 | 37 | 99,217 | 6,199,183 | 62.5 |
| 19–20. | 0.000418 | 99,198 | 41 | 99,177 | 6,099,966 | 61.5 |
| 20–21. | 0.000468 | 99,157 | 46 | 99,134 | 6,000,789 | 60.5 |
| 21–22. | 0.000519 | 99,110 | 51 | 99,085 | 5,901,655 | 59.5 |
| 22–23. | 0.000570 | 99,059 | 56 | 99,031 | 5,802,570 | 58.6 |
| 23–24. | 0.000617 | 99,002 | 61 | 98,972 | 5,703,540 | 57.6 |
| 24–25. | 0.000662 | 98,941 | 65 | 98,909 | 5,604,568 | 56.6 |
| 25–26. | 0.000705 | 98,876 | 70 | 98,841 | 5,505,659 | 55.7 |
| 26–27. | 0.000750 | 98,806 | 74 | 98,769 | 5,406,819 | 54.7 |
| 27–28. | 0.000798 | 98,732 | 79 | 98,693 | 5,308,050 | 53.8 |
| 28–29. | 0.000853 | 98,653 | 84 | 98,611 | 5,209,357 | 52.8 |
| 29–30. | 0.000914 | 98,569 | 90 | 98,524 | 5,110,746 | 51.8 |
| 30–31. | 0.000978 | 98,479 | 96 | 98,431 | 5,012,222 | 50.9 |
| 31–32. | 0.001044 | 98,383 | 103 | 98,331 | 4,913,791 | 49.9 |
| 32–33. | 0.001111 | 98,280 | 109 | 98,225 | 4,815,460 | 49.0 |
| 33–34. | 0.001176 | 98,171 | 115 | 98,113 | 4,717,234 | 48.1 |
| 34–35. | 0.001243 | 98,055 | 122 | 97,994 | 4,619,121 | 47.1 |
| 35–36. | 0.001315 | 97,933 | 129 | 97,869 | 4,521,127 | 46.2 |
| 36–37. | 0.001393 | 97,805 | 136 | 97,737 | 4,423,258 | 45.2 |
| 37–38. | 0.001471 | 97,668 | 144 | 97,597 | 4,325,521 | 44.3 |
| 38–39. | 0.001548 | 97,525 | 151 | 97,449 | 4,227,925 | 43.4 |
| 39–40. | 0.001629 | 97,374 | 159 | 97,294 | 4,130,476 | 42.4 |
| 40–41. | 0.001720 | 97,215 | 167 | 97,132 | 4,033,181 | 41.5 |
| 41–42. | 0.001826 | 97,048 | 177 | 96,959 | 3,936,050 | 40.6 |
| 42–43. | 0.001946 | 96,871 | 188 | 96,776 | 3,839,090 | 39.6 |
| 43–44. | 0.002079 | 96,682 | 201 | 96,582 | 3,742,314 | 38.7 |
| 44–45. | 0.002226 | 96,481 | 215 | 96,374 | 3,645,732 | 37.8 |
| 45–46. | 0.002393 | 96,266 | 230 | 96,151 | 3,549,358 | 36.9 |
| 46–47. | 0.002579 | 96,036 | 248 | 95,912 | 3,453,207 | 36.0 |
| 47–48. | 0.002780 | 95,788 | 266 | 95,655 | 3,357,295 | 35.0 |
| 48–49. | 0.002996 | 95,522 | 286 | 95,379 | 3,261,639 | 34.1 |
| 49–50. | 0.003231 | 95,236 | 308 | 95,082 | 3,166,260 | 33.2 |
| 50–51. | 0.003484 | 94,928 | 331 | 94,763 | 3,071,178 | 32.4 |
| 51–52. | 0.003768 | 94,598 | 356 | 94,419 | 2,976,415 | 31.5 |
| 52–53. | 0.004097 | 94,241 | 386 | 94,048 | 2,881,996 | 30.6 |
| 53–54. | 0.004475 | 93,855 | 420 | 93,645 | 2,787,948 | 29.7 |
| 54–55. | 0.004885 | 93,435 | 456 | 93,207 | 2,694,303 | 28.8 |
| 55–56. | 0.005300 | 92,979 | 493 | 92,732 | 2,601,096 | 28.0 |
| 56–57. | 0.005725 | 92,486 | 529 | 92,221 | 2,508,364 | 27.1 |
| 57–58. | 0.006192 | 91,956 | 569 | 91,672 | 2,416,143 | 26.3 |
| 58–59. | 0.006717 | 91,387 | 614 | 91,080 | 2,324,471 | 25.4 |
| 59–60. | 0.007296 | 90,773 | 662 | 90,442 | 2,233,392 | 24.6 |

See footnote at end of table.

**Exhibit 1**

### Table 3. Life table for females: United States, 2020—Con.

Spreadsheet version available from: https://ftp.cdc.gov/pub/Health_Statistics/NCHS/Publications/NVSR/71-01/Table03.xlsx.

| Age (years) | Probability of dying between ages $x$ and $x+1$ $q_x$ | Number surviving to age $x$ $l_x$ | Number dying between ages $x$ and $x+1$ $d_x$ | Person-years lived between ages $x$ and $x+1$ $L_x$ | Total number of person-years lived above age $x$ $T_x$ | Expectation of life at age $x$ $e_x$ |
|---|---|---|---|---|---|---|
| 60–61 | 0.007928 | 90,111 | 714 | 89,754 | 2,142,950 | 23.8 |
| 61–62 | 0.008578 | 89,396 | 767 | 89,013 | 2,053,196 | 23.0 |
| 62–63 | 0.009217 | 88,630 | 817 | 88,221 | 1,964,183 | 22.2 |
| 63–64 | 0.009834 | 87,813 | 864 | 87,381 | 1,875,962 | 21.4 |
| 64–65 | 0.010462 | 86,949 | 910 | 86,494 | 1,788,581 | 20.6 |
| 65–66 | 0.011129 | 86,039 | 958 | 85,561 | 1,702,087 | 19.8 |
| 66–67 | 0.011932 | 85,082 | 1,015 | 84,574 | 1,616,526 | 19.0 |
| 67–68 | 0.012871 | 84,067 | 1,082 | 83,526 | 1,531,952 | 18.2 |
| 68–69 | 0.014000 | 82,985 | 1,162 | 82,404 | 1,448,426 | 17.5 |
| 69–70 | 0.015265 | 81,823 | 1,249 | 81,198 | 1,366,023 | 16.7 |
| 70–71 | 0.016693 | 80,574 | 1,345 | 79,901 | 1,284,824 | 15.9 |
| 71–72 | 0.018272 | 79,229 | 1,448 | 78,505 | 1,204,923 | 15.2 |
| 72–73 | 0.020046 | 77,781 | 1,559 | 77,002 | 1,126,418 | 14.5 |
| 73–74 | 0.021730 | 76,222 | 1,656 | 75,394 | 1,049,416 | 13.8 |
| 74–75 | 0.024519 | 74,566 | 1,828 | 73,652 | 974,022 | 13.1 |
| 75–76 | 0.026862 | 72,737 | 1,954 | 71,761 | 900,371 | 12.4 |
| 76–77 | 0.029942 | 70,784 | 2,119 | 69,724 | 828,610 | 11.7 |
| 77–78 | 0.033037 | 68,664 | 2,268 | 67,530 | 758,886 | 11.1 |
| 78–79 | 0.037086 | 66,396 | 2,462 | 65,165 | 691,356 | 10.4 |
| 79–80 | 0.041213 | 63,933 | 2,635 | 62,616 | 626,192 | 9.8 |
| 80–81 | 0.045945 | 61,298 | 2,816 | 59,890 | 563,576 | 9.2 |
| 81–82 | 0.051104 | 58,482 | 2,989 | 56,988 | 503,686 | 8.6 |
| 82–83 | 0.057111 | 55,493 | 3,169 | 53,909 | 446,698 | 8.0 |
| 83–84 | 0.064163 | 52,324 | 3,357 | 50,645 | 392,789 | 7.5 |
| 84–85 | 0.072353 | 48,967 | 3,543 | 47,195 | 342,144 | 7.0 |
| 85–86 | 0.081451 | 45,424 | 3,700 | 43,574 | 294,948 | 6.5 |
| 86–87 | 0.090029 | 41,724 | 3,756 | 39,846 | 251,374 | 6.0 |
| 87–88 | 0.101896 | 37,968 | 3,869 | 36,033 | 211,528 | 5.6 |
| 88–89 | 0.115015 | 34,099 | 3,922 | 32,138 | 175,495 | 5.1 |
| 89–90 | 0.129437 | 30,177 | 3,906 | 28,224 | 143,357 | 4.8 |
| 90–91 | 0.145190 | 26,271 | 3,814 | 24,364 | 115,133 | 4.4 |
| 91–92 | 0.162282 | 22,457 | 3,644 | 20,635 | 90,769 | 4.0 |
| 92–93 | 0.180688 | 18,812 | 3,399 | 17,113 | 70,134 | 3.7 |
| 93–94 | 0.200353 | 15,413 | 3,088 | 13,869 | 53,021 | 3.4 |
| 94–95 | 0.221184 | 12,325 | 2,726 | 10,962 | 39,152 | 3.2 |
| 95–96 | 0.243052 | 9,599 | 2,333 | 8,433 | 28,190 | 2.9 |
| 96–97 | 0.265792 | 7,266 | 1,931 | 6,300 | 19,758 | 2.7 |
| 97–98 | 0.289207 | 5,335 | 1,543 | 4,563 | 13,457 | 2.5 |
| 98–99 | 0.313074 | 3,792 | 1,187 | 3,198 | 8,894 | 2.3 |
| 99–100 | 0.337151 | 2,605 | 878 | 2,166 | 5,696 | 2.2 |
| 100 and over | 1.000000 | 1,727 | 1,727 | 3,530 | 3,530 | 2.0 |

SOURCE: National Center for Health Statistics, National Vital Statistics System, Mortality.

CLIENT: IRENE KELLER                                           LIFE EXPECTANCY: 32 YEARS

## Exhibit 1

### FUTURE CARE NEEDS AND COSTS

#### DIAGNOSTIC / LABORATORY

| Item / Service | Initiation | Frequency / Duration | Cost / Unit | Cost / Year | Cost / Lifetime | Cost Resource |
|---|---|---|---|---|---|---|
| Cervical MRI without contrast CPT: 72141 | Now | every 3 years / life | $ 2,000.00 | 1 x fee | $ 20,000.00 | LOWCOUNTRY ORTHO |
| Lumbar MRI without contrast CPT: 72148 | Now | every 3 years / life | $ 2,000.00 | 1 x fee | $ 20,000.00 | LOWCOUNTRY ORTHO |
| | | | | Total: | $ 40,000.00 | |

#### MEDICAL EVALUATIONS / VISITS

| Item / Service | Initiation | Frequency / Duration | Cost / Unit | Cost / Year | Cost / Lifetime | Vendor |
|---|---|---|---|---|---|---|
| Orthopedic Pain Evaluation CPT: 99214 | Now | every 4 months / life | $ 795.00 | $ 2,385.00 | $ 76,320.00 | LOWCOUNTRY ORTHO |
| Physical Therapy | Now | 12 x year / life | $ 85.00 | $ 1,020.00 | $ 32,640.00 | BM |
| | | | | Total: | $ 108,960.00 | |

#### PROCEDURES / SURGERY

| Item / Service | Initiation | Frequency / Duration | Cost / Unit | Cost / Year | Cost / Lifetime | Vendor |
|---|---|---|---|---|---|---|
| Cervical Epidural Steroid Injection CPT 62321 | Future | 1 x year / life | $ 1,594.00 | 1,594.00 | $51,008.00 | LOWCOUNTRY ORTHO |
| Lumbar Radiofrequency Ablation CPT: 64635/64636 | Now | 1 x year / life | $ 3,460.00 | $ 3,460.00 | $ 110,720.00 | LOWCOUNTRY ORTHO |
| Lumbar Laminectomy CPT: 63030 | Future | 2 level | $ 45,145.00 | 1 x fee | $ 45,145.00 | FAIR HEALTH |
| | | | | Total: | $ 206,873.00 | |
| | | | | Lifetime Total: | $ 355,833.00 | |

UPDATED 12/10/24

**Exhibit 1**

## CURRICULUM VITAE:



**PAUL K. WHITE, MD, CLCP**
171 Huntington Rd. NE
Atlanta, GA 30309
(404) 502-8989
paul.white@LifeCarePlansMD.com
www.LifeCarePlansMD.com

## EDUCATION:

| | |
|---|---|
| 02/20 – 08/20 | Institute of Rehabilitation Education and Training (IRET) Life Care Planner Training |
| 07/11 – 06/14 | Emory Physical Medicine and Rehabilitation (Residency) Atlanta, GA – Board Certified - #12133 |
| 07/10 – 06/11 | Louisiana State University Health Sciences (Internship) New Orleans, LA |
| 07/06 – 06/10 | Louisiana State University Health Sciences (Medical School) Shreveport, LA |
| 07/02 – 06/06 | Louisiana State University (Undergrad - Bachelor of Science) Baton Rouge, LA |

## MEMBERSHIPS:

| | |
|---|---|
| 10/24 – Pres. | Georgia Society of Interventional Pain Physicians (GSIPP) |
| 8/24 – Pres. | Association of Certified Life Care Planners Member (A-CLCP) |
| 1/21 – Pres. | International Commission on Health Care Certification (ICHCC) Certified Life Care Planner – #1602 |

## TRAINING:

| | |
|---|---|
| 02/23 | Elliquence – DiscFx and Endoscopic Rhizotomy |
| 06/22 | A4M – Bioidentical Hormone Replacement Therapy Workshop |
| 04/19 | PainTeq – Sacroiliac Joint Fusion |
| 06/15 | SpineJet – Percutaneous Hydrodiscectomy |
| 03/15 | CareFusion – Kyphoplasty |
| 10/14 | Boston Scientific – Spinal Cord Stimulator Trial and Implant |
| 06/13 | Empire Medical Training – Dermal Fillers and Botox |

# Exhibit 1

## WORK EXPERIENCE:

| | |
|---|---|
| 11/22 – pres. | Medici Atlanta Spine & Ortho – Medical Doctor |
| 08/19 – 11/23 | Walden University – Professor/Preceptor |
| 04/18 – pres. | Life Care Plans, MD - Owner |
| 08/14 – 10/22 | Pain Management Specialist of Atlanta – Medical Doctor |
| 08/11 – 08/15 | PrimeCare Urgent Care – Medical Doctor |

## BACKGROUND:

My name is Paul King White. I am both a Medical Doctor and a Certified Life Care Planner. I licensed to practice medicine in the state of Georgia (#66672). In 2011 I began a three-year residency in Physical Medicine and Rehabilitation (PM&R) at Emory in Atlanta, GA. While at Emory, I rotated at the Shepherd Center for 18 months while helping to manage a 152-bed hospital with a focus on spinal cord injury, stroke, and traumatic brain injury. I received my PM&R board certification on 7/1/16. From 2/22-8/22, I completed a Certified Life Care Planning course with the Institute of Rehabilitation Education and Training (IRET). On 1/31/21 I received my certification in Life Care Planning with the International Commission on Health Care Certification (ICHCC) after passing the certification examination. I founded Life Care Plans, MD and have been authoring Life Care Plans since 2018.

I am currently in private practice at Medici Atlanta Ortho and Spine, and I own Life Care Plans, MD. My focus is interventional pain, sports injuries, catastrophic injury management, chronic pain, migraine management, neuropathy, CRPS, radiculopathy, facet syndrome, disability management, and Life Care Planning.

## CERTIFICATION:

### International Commission on Health Care Certification

Be it known that

**Paul King White, MD**

having satisfactorily completed the required professional training in Life Care Planning, and having achieved an acceptable score on the Certification Examination, is hereby conveyed certification status as a

**Certified Life Care Planner**

_____
Chief Executive Officer

1602
Certification Number

January 31, 2026
Expiration Date