**Exhibit 2**



3200 Devine Street, Suite 103
Columbia, South Carolina 29205
info@garberreporting.com
Telephone: (803) 256-4500

# PAUL WHITE, MD, LCP

*November 03, 2025*

## Irene Keller

vs

## Howard Anthony James, et al.

**2:24-cv-05884-DCN**

REPORTER: Jill Vickers

**Exhibit 2**

```
 1            IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF SOUTH CAROLINA
 2                   CHARLESTON DIVISION

 3

 4   Irene Keller,            )
                              )
 5             Plaintiff,     )  C/A NO. 2:24-cv-05884-DCN
                              )
 6        vs.                 )
                              )
 7   Howard Anthony James and )
     Penske Truck Leasing Co.,)
 8                            )
               Defendants.    )
 9   - - - - - - - - - - - - -)

10

11          DEPOSITION OF PAUL WHITE, MD, LCP

12
                         - - - - - -
13           Monday, November 3rd, 2025
                2:09 p.m. - 2:31 p.m.
14                       - - - - - -

15

16       The deposition of PAUL WHITE, MD, LCP, was taken

17   on behalf of the Defendants, via Zoom

18   Videoconferencing, on the 3rd day of November, 2025,

19   before Jill H. Vickers, Certified Court Reporter and

20   Notary Public in and for the State of South Carolina.

21

22

23

24

25
```

**Exhibit 2**

## Page 2

```
 1                   APPEARANCES:
 2    Cooper Klaasmeyer, Esquire
      Morgan & Morgan
 3    4401 Belle Oaks Drive, Suite 300
      North Charleston, South Carolina  29405
 4    Attorney for the Plaintiff
 5    Aaron J. Hayes, Esquire
      Sweeny, Wingate & Barrow, P.A.
 6    1515 Lady Street
      Columbia, South Carolina  29201
 7    Attorney for the Defendants
 8
 9                      INDEX:
10                                                  Page
11    Direct Examination by Mr. Hayes                  3
      Certificate of Reporter                         11
12
13
                        EXHIBITS:
14
      Defendant's Exhibit 1 (7 pages)                  9
15    - Deposition Notice and Subpoena
      Defendant's Exhibit 2 (17 pages)                 9
16    - Life Care Plan dated 12/20/2024
17
      Defendant's Exhibit 3 (26 pages)                10
18    - Life Care Plan dated 10/31/25
19
20                   STIPULATIONS:
21         It is stipulated and agreed that this
      deposition is being taken pursuant to the Federal
22    Rules of Civil Procedure.
23         It is stipulated by and between counsel and
      the witness that the reading and signing of the
24    following deposition be, and the same are, hereby
      waived.
25
```

## Page 3

1  PAUL WHITE, MD, LCP, having been duly sworn, testified
2  as follows:
3  DIRECT EXAMINATION BY MR. HAYES:
4  Q:  Dr. White, I know we -- I know we've met before,
5      are, but for the record, my name is Aaron Hayes.
6      I represent Howard Anthony James and Southeast
7      Independent Delivery Services in this lawsuit
8      brought by Irene Keller.  It's my understanding
9      you have been listed as an expert witness in that
10     case.  Is that your understanding, as well?
11 A:  It is.
12 Q:  Doctor, do you know, as you sit here, about how
13     many depositions you have given?
14 A:  Somewhere between 50 to 100.
15 Q:  Okay.  So, if it's all the same to you, I'm going
16     to skip over the rule speech, if that's okay with
17     you?
18 A:  Sounds good to me.
19 Q:  Okay.  Doctor, I would like to know -- and I'm
20     going to share a screen with you, what's going to
21     be marked as Defendant's Exhibit Number 1.  This
22     is the Notice of Deposition that brings us here
23     today.  Can you see my screen?
24 A:  Yes.
25 Q:  We put here within the notice -- and by the way,

## Page 4

1      have you seen this Notice of Deposition?
2  A:  I have.
3  Q:  And we put here at the bottom of the Deposition
4      Notice a subpoena requesting your expert file in
5      this matter.  So, I want to know, what did you
6      bring with you, or what do you have access to
7      today that is your file regarding Ms. Keller?
8  A:  I have my Life Care Plans.  I have a copy of the
9      medical records that I summarized in my Life Care
10     Plan and then the discovery that I sent you guys
11     over.
12 Q:  Okay.  When you say discovery that you sent us,
13     can you just clarify what you mean?
14 A:  The questions y'all asked in that -- my subpoena,
15     I answered those questions.  I believe I sent an
16     email back.
17 Q:  Okay.  So my ultimate question for you is, do you
18     believe that you have complied with the subpoena
19     that we sent requesting the production of your
20     expert file?
21 A:  I believe so, yes.
22     MR. HAYES:  Okay.  And so for the record, we'll mark
23     the Deposition Notice and Subpoena as Defendant's
24     Exhibit 1 to the deposition.
25 Q:  Dr. White, what have you done to prepare for your

## Page 5

1      deposition today?
2  A:  So I prepared -- I actually have an updated
3      report, Life Care Plan.  I thought it got sent off
4      Friday, but I believe it just got sent over at 2
5      o'clock, but I prepared an updated Life Care Plan
6      by speaking to Ms. Keller when she was asking me
7      about the new plan and speaking to Dr. Patel which
8      is also reflected in the new plan, so ...
9  Q:  Okay.  Well, let me ask you.  You said it got sent
10     out at 2:00 p.m. today.  Is that sent out to Mr.
11     Klaasmeyer at 2:00 p.m. today?
12 A:  Let me see who it got sent to.  It got sent to --
13     no.  I got an email from a paralegal, Stephanie
14     Wright and then Mila Musali who asked if I had the
15     updated report available, and I sent it to them.
16 Q:  And when you said, "2:00 p.m.", you mean ten
17     minutes go?
18 A:  Yeah.  Apparently, they didn't get it through my
19     invoices through QuickBooks, I believe.  They said
20     they didn't get it through QuickBooks, even though
21     it was sent, so I just sent them a PDF copy of it.
22 Q:  And when did you complete that report?
23 A:  This past Friday.
24     MR. HAYES:  Okay.  Cooper, has that been provided to
25     my office?

**Page 6**

1  MR. KLAASMEYER: I don't think so, Aaron. I actually
2  don't have it myself yet, so like me, I don't have it,
3  so I definitely don't think so.
4  MR. HAYES: Well, to be honest, I'm prepared to
5  question the witness on the report that we do have,
6  and if I don't have the second report, that may be an
7  obstacle to today's proceedings.
8  Q:  Let me ask you this, Doctor. Other than the
9      report that you have provided to Stephanie Wright,
10     and is it Mila Musali --
11 A:  Yes.
12 Q:  -- today, the other report that you've prepared in
13     this case is the one that is dated December 20th,
14     2024, correct?
15 A:  Correct.
16 Q:  And there's no reports in between the December
17     20th, 2024 report and the one that you issued
18     today, correct?
19 A:  Correct.
20 Q:  When were you asked to provide an updated report?
21 A:  It was sometime last week, I believe.
22 Q:  Can you tell me the day that you were asked to
23     provide a new report?
24 A:  Let me see if I can find it. Wait one second. So
25     it was last Wednesday, so it would be the 29th of

**Page 7**

1  October.
2  Q:  And who asked you to provide that new report?
3  A:  So I got a voicemail from Jim Biggart asking me to
4      amend the report, and they would be sending over
5      some updated medical records.
6  Q:  And Doctor, just tabbing back to the Notice of
7      Deposition in this case which we've marked as
8      Defendant's Exhibit Number 1, and I'll put it back
9      the screen, that is dated October 22nd of 2025.
10     Is that correct?
11 A:  That's correct.
12 Q:  And you were not asked to update your report until
13     October the 29th of 2025, correct?
14 A:  Yes. That's first I heard of updating the report,
15     of them needing a new report.
16 Q:  Okay. But this deposition had already been
17     scheduled, correct?
18 A:  That's what it looks like, yes. I believe I've
19     had this depo on the books for a couple of weeks.
20 MR. KLAASMEYER: Aaron, Stephanie just sent to me, and
21 I just sent it to you.
22 MR. HAYES: Well, to be honest, I'm not prepared to
23 take this deposition right now on a new report. We
24 might have to reconvene. If you would give me just a
25 moment to look at this new report and finalize what I

**Page 8**

1  think we need to put on the record.
2  MR. KLAASMEYER: Yeah.
3  MR. HAYES: Okay. So madam court reporter, let's go
4  off the record for about ten minutes. (Whereupon, a
5  break was taken from 2:15 p.m. to 2:27.)
6  MR. HAYES: Okay. For the record, I will state that
7  we are pushing the pause button on this deposition,
8  and we'll leave it open, and we'll reconvene later.
9  We've just received an updated report from Dr. White
10 that came in after the deposition had commenced today
11 that we had not previously seen. We believe that we
12 should have the opportunity to review that report and
13 take Dr. White's discovery deposition after we've had
14 a chance to digest it. For the record, the defense is
15 requesting that the plaintiff's team pay for today's
16 proceedings, and the defense is also requesting that
17 the plaintiff's team pay for the resumption of
18 Dr. White's deposition, which will be scheduled at a
19 mutually convenient time. Of course, we do not waive
20 any objections to the admissibility or anything like
21 that of Dr. White's reports, but just for the purposes
22 of discovery, we are pausing today's deposition, and
23 we'll reconvene after we've had a chance to sort out
24 these payment issues and also had more time to review
25 the Life Care Plan. And that is the statement of the

**Page 9**

1  defense for the record.
2  MR. KLAASMEYER: And just for the plaintiff's part of
3  it, the plaintiff agrees that we need to reschedule
4  the deposition. As to everything else, I think we'll
5  discuss amongst the parties, and appropriate motions
6  will be filed if necessary.
7  MR. HAYES: All right. And Jill, I will email you
8  Defendant's Exhibit 1 which is just the Subpoena and
9  Notice of Deposition. Oh, actually, real quick, let
10 me do this, just for the record so that we have it for
11 the transcript if we do have to go to court on it, I
12 will make Exhibit 2 the Life Care Plan that we were
13 prepared to talk about today which is dated December
14 20th of 2024, and I'll make Exhibit 3 the one I just
15 received dated October 31st, 2025 but received by the
16 defense on November 3rd, 2025. Those will be the
17 three exhibits I'm sending your way, Ms. Vickers.
18 COURT REPORTER: Okay.
19 (Whereupon, the deposition adjourned at 2:31 p.m.)
20 (DEFENDANT'S EXHIBIT 1 WAS POST-MARKED FOR
21 IDENTIFICATION PURPOSES (7 pages) - Deposition Notice
22 and Subpoena.)
23 (DEFENDANT'S EXHIBIT 2 WAS POST-MARKED FOR
24 IDENTIFICATION PURPOSES (17 pages) - Life Care Plan
25 dated 12/20/2024.)

**Exhibit 2**

```
                                                              10
 1  (DEFENDANT'S EXHIBIT 3 WAS POST-MARKED FOR
 2  IDENTIFICATION PURPOSES (26 pages) - Life Care Plan
 3  dated 10/31/25.)
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                              11
 1  STATE OF SOUTH CAROLINA)
 2                         :    C-E-R-T-I-F-I-C-A-T-E
 3  COUNTY   OF   RICHLAND)
 4            I, Jill H. Vickers, Certified Court
 5  Reporter and Notary Public, certify that I had PAUL
 6  WHITE, MD, LCP, appear before me via Zoom
 7  Videoconferencing, at 2:09 p.m., on Monday, November
 8  3rd, 2025; that the witness was sworn to tell the
 9  truth, the whole truth, and nothing but the truth;
10  that the foregoing pages constitute a true and
11  accurate transcript of his testimony given at that
12  time and place.
13            I further certify that I am not of
14  counsel or kin to any of the parties to this cause of
15  action, nor am I interested in any manner in its
16  outcome.
17            IN WITNESS WHEREOF I have hereunto set
18  my hand and seal this 12th day of November, 2025.
19
20            [signature: Jill H. Vickers]
21
            Jill H. Vickers, Court Reporter
22          Notary Public for South Carolina.
23          My commission expires:  10-18-2026
24
25
```