**Exhibit 4**



# LIFE CARE PLANS, MD

---

| | | | |
|---|---|---|---|
| **CLIENT:** | Irene Keller | **BIRTH DATE:** | ████████ |
| **ADDRESS:** | 173 Four E. Rd. | **INCIDENT DATE:** | 2/16/24 |
| | Bowman, SC 29018 | | |
| **PHONE:** | (843) 494-4322 | **REPORT DATE:** | 10/31/25 |

---

The following Life Care Plan outlines the need for treatment, services, and equipment necessary to maximize medical and rehabilitative potential. This Life Care Plan was generated in accordance with the IARP and ICHCC standards. It represents requirements as I understand them, as determined through research with suppliers, vendors, care providers, and others. This Life Care Plan is a dynamic document and can be amended at any time, based on the client's changing needs and additional information.

Thank you for the opportunity to assist in this matter, and should you require any additional information or assistance, please do not hesitate to contact me.

Sincerely,

*Paul K. White, MD*

**Paul K. White, MD, CLCP**
**Georgia Licensed Physician**
**Board Certified Physical Medicine and Rehabilitation**
**Certified Life Care Planner**

---

**MD LCP LLC**

Tel (404) 502-8989          171 Huntington Rd. NE          paul@LCPSMD.com
                            Atlanta, GA 30309              www.LCPSMD.com

Exhibit 4

## RECORDS REVIEWED / SUMMARIZED

**SOUTH CAROLINA TRAFFIC COLLISION REPORT**

**2/16/24: U1 (Irene Keller – 2024 MERZ UT) was traveling on I-26 and U2 (2024 FRHT DS) improperly changed lanes and struck U1.**



Exhibit 4

**TRIDENT MEDICAL CENTER**

**2/16/24: Chief complaint of low back pain. Discharged with Tizanidine 4mg and Hydrocodone 5mg.**

**SOUTHEASTERN SPINE INSTITUTE**

**2/27/23 (Richard Frisch, MD): Mrs. Keller was involved in a motor vehicle accident as described above and developed low back pain with occasional leg pain. She has had an MRI and x-rays at an outside institution but we do not have these to review today. The next step in treatment would be to see these images for evaluation of her anatomy and potentially update these images then discuss treatment options. Mrs. Keller reports prior to this accident she did not have any of these symptoms nor prior treatment for low back pain.**

**5/18/23 (Richard Frisch, MD): She is back today with her imaging for review. AP and lateral x-rays of lumbar spine show no evidence of scoliosis or spondylolisthesis. MRI of lumbar spine from September 2022 shows mild disc herniation at L5/S1 with disc desiccation of L3/4, L4/5 and L5/S1. She has had 3 epidural injections and chiropractic care. She is having primarily axial low back pain. I am recommending L4/5 and L5/S1 facet injections and, if these are helpful but not lasting, she may be a candidate for rhizotomies. She is to begin a course of formal physical therapy focusing on lumbar stabilization and core muscle strengthening. I will see her back in a few weeks to evaluate her response and discuss options moving forward.**

**8/17/23 (Anna Guitton, PA): Mrs. Keller presents to the office today regarding low back pain. She did not schedule the facet injections that Dr. Frisch ordered in May. Her pain is located in her low back along her beltline and she rates it as a 9 out of 10 on the numeric scale today. She denies radiating leg pain. Facet joint / lumbar injection was ordered.**

**PALMETTO PRIMARY CARE (BRIAN KELLER, MD)**

**4/7/16 - 11/6/24**

**LOWCOUNTRY ORTHOPEDICS**

**4/19/23 – 8/21/23: MVA on 8/25/22 - bilateral wrist, right ankle, and right knee.**

## Exhibit 4

**7/17/23: EMG/NCV**
**IMPRESSION:**
   1. **Normal Study.**

**8/22/23 (Shailesh Patel, MD): Initial consultation for complaints of neck pain and lower back pain after 8/25/22 MVA. She initially treated at Ortho Sports and Spine, completed PT, and three steroid injections. On 8/18/23 she had a Lumbar Steroid Injection at SSI. MRI from AHI showed C5-C7 disc bulges and L5-S1 disc protrusion. She has no prior history of neck or back pain before this MVA.**

**10/3/23 (Shailesh Patel, MD): We discussed proceeding with a cervical epidural for her neck pain and RFA's for the lumbar spine.**

**11/14/23 (Shailesh Patel, MD): She is ready to schedule her neck and back procedures.**

**2/27/24 (Shailesh Patel, MD): Chief complaints of mid back pain, upper back/c-spine pain, and lower back/l-spine pain. Here today for initial consultation and evaluation for complaints of neck, midback, and lower back pain s/p MVA on 2/16/24. She reports aggravating her neck and lower back pain again since this recent MVA. She has radicular pain into the right leg. She has mechanical pain into the neck.**
**Plan:**
   1. **I recommend MRIs of the spine and PT.**
   2. **Consider repeat injectional therapy pending MRI review and progress in PT.**
   3. **Cyclobenzaprine 5mg and Diclofenac 75mg.**

**She has a prior hx of neck and lower back pain from a 8/25/22 MVA, that was treated with PT, prior MRIs showed disc protrusions at C5-7 and L5-S1. She reports after the 11/23 visit with me she started doing well on her own and decided she did not need injectional therapy at that time.**

**3/26/24: Recommend lumbar and cervical epidural steroid injection.**

## Exhibit 4

**4/22/24 (Shailesh Patel, MD):** Bilateral L5-S1 Lumbar Transforaminal Epidural Steroid Injection (80% relief).

**5/6/24 (Shailesh Patel, MD):** Midline C7-T1 Cervical Epidural Steroid Injection.

**5/21/24:** Complaints of neck, midback, and low back pain after MVA on 2/16/24. She reports significant relief of neck and back pain after the recent injections. She has been working reg duty. She will continue a HEP. She noticed some soreness in the back last couple of days. fu in one month.

**6/19/24:** She is having returning of right shoulder blade pain that was initially relieved with recent CESI. Recommend repeat for additive effect.

**8/14/24 (Shailesh Patel, MD):** Right C7-T1 Cervical Epidural Steroid Injection.

**8/29/24 (Shailesh Patel, MD):** Comparison between the 2022 and 2024 MRIs show no worsening in the disc herniations. It is my opinion to a reasonable degree of medical certainty this patients current symptoms and post-accident cervical and lumbar MRI findings are an aggravation of a preexisting condition as a result of the 2/16/24 MVA.

**10/1/24 (Shailesh Patel, MD):** Discussed a surgical consultation with Dr. Battista and in the meantime will proceed with lumbar MBB to determine if she is a candidate for RFAs.

**10/21/24 (Christopher Battista, MD):** Recommending L5-S1 laminectomy and discectomy.

**11/6/24 (Shailesh Patel, MD):** Right L3-L5 Lumbar Medial Branch Block.

**11/7/24 (Shailesh Patel, MD):** 80% relief from LMBB.

**12/11/24 (Shailesh Patel, MD):** Right L3-L5 Lumbar Radiofrequency Ablation.

**1/15/25 (Christopher Battista, MD):** L5-S1 Lumbar Laminectomy / Discectomy.

## Exhibit 4

**2/3/25 (Shailesh Patel, MD): It is my opinion that this patient's current symptomatology and post-accident imaging findings are a result of, OR an aggravation of a pre-existing condition (MVA 8/28/22), due to the MVC they were involved with on 2/16/24.**

**3/3/25: Recovering from surgery. Recommend PRP injections in her thoracic spine.**

**3/11/25 (Shailesh Patel, MD): She starts PT tomorrow, Dr. Battista recommended thoracic PRP injections, if she gets relief I can set up her for cervical spine PRP injection.**

**3/28/25 (Christopher Battista, MD): PRP TPIs – thoracic paraspinal muscles.**

**4/8/25: Having increased back and posterior leg pain and cramping, In PT and feels it aggravates the pain. Recommend MRI.**

**4/28/25: Updated MRI shows L4-S1 disc bulges with facet disease at L5-S1. Recommend SIJ injection with Dr. Battista. Consider right SIJ fusion.**

**4/30/25 (Shailesh Patel, MD): Left Sacroiliac Joint Injection.**

**6/3/25 (Shailesh Patel, MD): Reports relief after the SIJ injection. She is having difficulty working due to her low back pain.**

**7/8/25: Seen for increased pain overall, left side of the neck, recommend PRP and PT.**

**7/23/25 (Shailesh Patel, MD): Intraarticular left cervical PRP.**

**8/19/25 (Shailesh Patel, MD): Worsening numbness/tingling into both hands and feet. She is unable to work due to inability to drive long distances and persistent n/t into both arms/legs. Recommend EMG/NCS of both upper extremities. Discussed spinal cord stimulator for her symptoms.**

## Exhibit 4

**9/22/25: EMG/NCV**

**IMPRESSION:**

1. **Abnormal.**
2. **The above electrodiagnostic study reveals evidence of reinnervation and denervation that suggests chronic C6 radiculopathy in the right upper extremity.**
3. **The electrodiagnostic study and nerve conduction studies do not reveal evidence of any other focal nerve entrapment or generalized peripheral neuropathy in either upper limb.**
4. **Clinical correlation is needed to determine the significance of today's findings on the EMG and NCS.**

**9/22/25 (Shailesh Patel, MD): The 9/22/25 EMG is a change from the 7/17/23 EMG (normal). Discussed repeat injections, surgery, and SCS. She would like to discuss her options with her family. 1 month follow up.**

**<u>ATLAS PHYSICAL THERAPY</u>**

**3/12/25 – 9/25/25: Physical therapy after the 1/15/25 L5-S1 Lumbar Laminectomy and Discectomy.**

## PROCEDURE / SURGERY

**4/22/24 (Shailesh Patel, MD): Bilateral L5-S1 Lumbar TFESI (80% relief).**

**5/6/24 (Shailesh Patel, MD): Midline C7-T1 CESI.**

**8/14/24 (Shailesh Patel, MD): Right C7-T1 CESI.**

**11/6/24 (Shailesh Patel, MD): Right L3-L5 LMBB (80% relief).**

**12/11/24 (Shailesh Patel, MD): Right L3-L5 Lumbar Radiofrequency Ablation.**

**1/15/25 (Christopher Battista, MD): L5-S1 Lumbar Laminectomy / Discectomy.**

**3/28/25 (Christopher Battista, MD): PRP TPIs – thoracic paraspinal muscles**

**4/30/25 (Shailesh Patel, MD): Left Sacroiliac Joint Injection.**

**7/23/25 (Shailesh Patel, MD): Intraarticular Left Cervical PRP Injection.**

## IMAGING HISTORY

## Exhibit 4

**9/8/22 LUMBAR SPINE MRI (AMERICAN HEALTH IMAGING)**

**IMPRESSION:**

1. **Disc protrusion impinging on left S1 nerve root at L5-S1.**


**9/8/22 CERVICAL SPINE MRI (AMERICAN HEALTH IMAGING)**

**IMPRESSION:**

1. **Disc bulge at C5-C6, C6-C7 with mild spinal canal stenosis at C5-C6.**
2. **Straightening of the cervical spine. Can be associated with underlying soft tissue injury.**


**5/6/23 LEFT WRIST MRI (LOWCOUNTRY ORTHOPEDICS)**

**IMPRESSION:**

1. **Low-grade sprain of the volar scapholunate ligament fibers.**
2. **Thinning of the TFCC central disc, without tear.**
3. **Small ganglion cyst arising for the dorsal third carpometacarpal joint.**


**5/6/23 RIGHT WRIST MRI (LOWCOUNTRY ORTHOPEDICS)**

**IMPRESSION:**

1. **No osseous or ligamentous injury.**
2. **Incidental 4mm dorsal ganglion.**


**6/19/23 RIGHT KNEE MRI (LOWCOUNTRY ORTHOPEDICS)**

**IMPRESSION:**

1. **Unremarkable MRI of the right knee.**


**6/19/23 RIGHT ANKLE MRI (LOWCOUNTRY ORTHOPEDICS)**

**IMPRESSION:**

1. **No evidence of acute traumatic injury within the ankle.**


**3/21/24 CERVICAL SPINE MRI (LOWCOUNTRY ORTHOPEDICS)**

**IMPRESSION:**

1. **C5/6: 2.1mm central disc herniation which indents the anterior thecal sac. No nerve root impingement.**
2. **Straightening of the cervical lordosis may reflect spasm.**
3. **No fracture.**

Exhibit 4

**3/21/24 THORACIC SPINE MRI (LOWCOUNTRY ORTHOPEDICS)**
**IMPRESSION:**
1. **T4/5: 2mm right paramedian disc herniation. There is no significant spinal canal, lateral recess, neural foraminal compromise, or nerve root impingement.**

**3/22/24 LUMBAR SPINE MRI (LOWCOUNTRY ORTHOPEDICS)**
**IMPRESSION:**
2. **No acute osseous abnormality.**
3. **L4/5: 3.6mm annular disc herniation and bilateral facet hypertrophy. No spinal canal stenosis or nerve root impingement.**
4. **L5/S1: 5.9mm annular disc herniation with encroachment on the bilateral descending S1 nerve roots and exiting bilateral L5 nerve roots. Bilateral facet hypertrophy.**

**4/23/25 LUMBAR SPINE MRI (LOWCOUNTRY ORTHOPEDICS)**
**IMPRESSION:**
1. **No acute osseous abnormality.**
2. **At L4-L5: 3.7 mm annular disc herniation, unchanged. There is no spinal or**
3. **foraminal stenos is. There is no nerve root compression.**
4. **At LS-51: 4.7 mm right paramedian disc herniation, unchanged. Right laminectomy with associated postsurgical seroma. Bilateral facet hypertrophy. Impingement of the exiting bilateral L4 nerve roots and descending right 51 nerve roots.**

## PAST MEDICAL / SURGICAL HISTORY

- **MVA 8/25/22: rear-ended and had neck and back pain similar but less severe. She was getting injections at Ortho Sports Spine and Lowcountry Ortho (Dr. Patel). She states she was doing well until the 2/16/24 accident.**
- **She denies any other medical problems.**

## WORK HISTORY

Exhibit 4

- She was a manager for Mercedez Benz but was terminated 7/21/25.
- She has not returned to work and is on long term disability.

## COLLABORATION / PROVIDER RECOMMENDATIONS

**12/4/24 IRENE KELLER**

We spoke on the phone and discussed the incident on 2/16/24 and the injuries sustained.

   A. **Back Pain:** Mrs. Keller states she has ongoing low back pain that will radiate on occasion. Her pain level is an 8/10 on average daily. She is being treated by Dr. Patel. She has received epidural injections that helped the right leg and some left leg pain. The pain relief only lasts about 6-8 weeks, but she is usually happy with the results. She has repeat injections soon. She is having a Right RFA on 12/11/24. If the RFA does not work for the pain, on 1/15/25 she is undergoing surgery with Dr. Battista to repair the L5/S1 herniated disc.

   B. **Neck Pain:** Her pain level is an 8/10 on average daily. She is being treated by Dr. Patel. She has received epidural injections that helped the radiating pain. She has repeat injections soon. The pain causes her to drop things and hurt daily. She believes the next step for the neck is also an RFA.

   C. She admits to having pain in the past due to an MVA in 2022, but the 2/16/24 MVA caused her neck and low back symptoms to become very severe.


**Reported Limitations:** She owns a 25acre farm and since this accident she has difficulty putting in the fence posts and day to day chores to keep the farm running. She has difficulty driving 45 minutes to work and putting on her clothes.


**12/20/24 IRENE KELLER**

We spoke on the phone and discussed the incident on 2/16/24 and the injuries sustained.

   A. **Back Pain:** On 12/11/24 she underwent a Right Lumbar RFA. She states the is about 50% better since the injection and she can walk upright and not hunched over. The ablation has allowed her to do her farm work. On 1/6/25

## Exhibit 4

she is seeing Dr. Patel. She is still having a Lumbar Laminectomy on 1/15/25 with Dr. Batista to help with the radiating pain.

B. **Neck Pain:** Her neck pain has improved but is still around a 4/10 daily. She has a follow-up with Dr. Patel next year to discuss ablations.

**12/20/24 SHAILESH PATEL, MD (LOWCOUNTRY ORTHOPEDICS)**

I spoke with Dr. Patel on the phone regarding the future care recommended for Mrs. Keller. He stated Mrs. Keller will need lifetime treatment for her low back and neck pain. Our conversation is summarized in the "Future Care Needs And Costs" spreadsheet.

A. **Back Pain:** On 12/11/24 Dr. Patel performed a right Lumbar RFA that gave her good relief from the back pain. The RFA's will need to be repeated yearly for life as the medial branch nerves regenerate. He reviewed the 3/21/24 MRI that showed a large L5/S1 herniated disc that is impinging on L5 and S1 nerve roots. Dr. Batista is performing a Laminectomy and Fusion on 1/15/25 to address the radiating pain.

B. **Neck Pain:** On 5/6/24 and 8/14/24 Dr. Patel performed Cervical Epidural Steroid Injections. The epidurals will need to be repeated yearly to prevent Mrs. Keller from requiring an ACDF surgery. Dr. Patel is confident that consistent conservative care for the cervical spine can prevent surgery.

C. He is also recommending quarterly office visits, MRIs every 3 years, and PT 12 x yearly for symptomatic flare ups.

**10/30/25 IRENE KELLER**

I spoke with Mrs. Keller on the phone and confirmed her identity, address and date of birth. We discussed the incident on 2/16/24 and the injuries she sustained.

A. **Low Back Pain:** On 4/22/24 Dr. Patel performed an epidural that provided pain relief for a short period of time. The radiating pain continued and on 1/15/25 Dr. Battista performed an L5-S1 laminectomy. Even after surgery, she continues to have ongoing lower back pain that is not radiating. She was told by Dr. Patel her back pain was continuing because of her sacroiliac joints. On 4/30/25 Dr. Patel performed a SIJ injection that helped minimally. Dr. Patel discussed a Spinal Cord Stimulator, and she is interested in it. Her pain score at rest is a 5/10. Her pain score is a 9/10

# Exhibit 4

when she does anything active.

B. **Neck Pain:** She continues to have daily neck pain. On 7/23/25 Dr. Patel performed an injection that helped for a short period of time. She has an appointment with Dr. Battista on 11/10/25 to discuss surgery on the C7 disc. Her pain score at rest is a 5/10. Her pain score is a 9/10 when she does anything active.

C. She is taking Gabapentin 600mg 3 x daily, Methocarbamol 500mg 3 x daily, and Hydrocodone 5mg 2-3 x daily.

D. **Reported Limitations:** She continues to have limitations driving long distances (she would drive 45 miles to work and the main reason she went on disability), walking, standing, bending, sitting, gardening, showering, putting her clothes on, and household chores.

## 10/31/25 SHAILESH PATEL, MD (LOWCOUNTRY ORTHOPEDICS)

I spoke with Dr. Patel on the phone regarding the future care recommended for Mrs. Keller, while he reviewed the medical records. The future care is reflected in the "Future Care Needs and Costs" spreadsheet.

1. **Lumbar Spine:**

   a. **Lumbar Radiculopathy:** On 1/15/25 Dr. Battista performed an L5-S1 decompression and discectomy surgery to relieve the radicular pain caused by the herniated disc. The surgery will not relieve the axial low back pain, therefore Mrs. Keller will need to continue with the Radiofrequency Ablations.

   b. **Lumbar Facet Syndrome:** On 12/11/24 Dr. Patel performed a L3-L5 Lumbar Radiofrequency Ablation. The RFA will need to be repeated yearly as the medial branch nerves will regrow.

   c. Dr. Patel stated given Mrs. Keller's ongoing low back pain he has recommended a spinal cord stimulator. He deferred to Dr. Battista to rule out the need for an L4-L5 decompression surgery.

   d. **Causation:** The 9/8/22 Lumbar Spine MRI showed an L5-S1 disc protrusion impinging on the left S1 nerve root. The 3/22/24 Lumbar Spine MRI showed an L4-L5 and L5-S1 disc herniation. The L5-S1 disc herniation encroached on the bilateral S1 and L5 nerve roots. The 3/22/24 MRI had more new findings and more severe nerve root involvement. The most recent 4/23/25 Lumbar Spine MRI now

**Exhibit 4**

showed bilateral L4 and right L5 nerve root impingement. Given the history and MRI findings, Dr. Patel believes the 2/16/24 incident caused the lumbar injuries Mrs. Keller sustained and the future medical treatment she will require for her lifetime.

2. Cervical Spine:

    a. Cervical Radiculopathy: On 5/6/24 and 8/14/24 Dr. Patel performed a C7-T1 Cervical Epidural Steroid Injection. The CESIs need to be repeated at least once a year. On 11/10/25 Mrs. Keller has an appointment with Dr. Battista to discuss a C5-C6 Anterior Cervical Discectomy and Fusion.

    b. Causation: The 9/8/22 Cervical Spine MRI showed only C5-C7 disc bulges and no herniated discs. The 3/21/24 Cervical Spine MRI showed a C5-C6 disc herniation. The 9/22/25 EMG suggested chronic right C6 radiculopathy which was a change from the 7/17/23 EMG (normal). Dr. Patel believes the 2/16/24 incident caused the cervical injuries Mrs. Keller sustained and the future medical treatment she will require for her lifetime.

3. Dr. Patel also recommended a Cervical and Lumbar MRI every three years, quarterly office visits, and physical therapy 12 x yearly for flare ups.

## LIFE EXPECTANCY

Per the National Vital Statistics Reports, the future life expectancy is 31.5 years. The life expectancy has been used to demonstrate the total future costs noted below. For the current analysis, variables such as race, current health status, medical co-morbidities, or other health or general demographic factors have not been considered. Should medical or other qualified testimony be presented to support alternate life expectancy estimates, the current figures may be appropriately adjusted. The total costs are based on current costs for services/items. These costs have not been adjusted to include the rate of inflation or discounted value.

## DISCUSSION

Based on a review of the medical records, discussions with the client, and phone

### Exhibit 4

conversations with Dr. Patel, within a reasonable degree of medical probability, Mrs. Keller will require the future medical care and treatment listed in the "Future Care Needs and Costs" spreadsheet.

According to the International Commission on Health Care Certification (ICHCC), a Life Care Plan (LCP) is a comprehensive document that chronicles the medical and rehabilitative histories of a person with chronic health care needs or who has experienced trauma affecting their functional capabilities. It provides an organized, concise plan for current and future needs, along with associated costs. The American Academy of Physician Life Care Planners defines it as a document that objectively identifies residual medical conditions, ongoing care requirements, and quantifies the costs of medically related goods and services for individuals with catastrophic injuries or chronic health care needs.

## ATTACHMENTS

1. Imaging Reports (the films were not viewed).
2. National Vital Statistics Report.
3. Future Care Needs and Costs Spreadsheet.
4. Curriculum Vitae.

8/22/23, 1:49 PM                        myrad.americanhealthimaging.com/Reports/printReportCustom.aspx?acc=4303280



902 Nexton Square Drive
Summerville, SC 29486
Phone #: (843)999-0558
Fax #: (843)999-0565
www.americanhealthimaging.com

**Name:** Hope Keller                      **Exam Date:** 9/8/2022 12:25 PM
**DOB:**                                    **Patient ID:**
**Gender:** Female                          **Accession #:** 4303280

**Ordering Physician:** Darci Bubar, NP
**Exam Name:**          MRI Lumbar Spine | 72148

EXAM: MRI Lumbar Spine

TECHNIQUE: MRI Lumbar Spine performed using multiplanar, multisequence acquisition.

COMPARISON: None.

CLINICAL INDICATION: MVA August 2022. Low back pain.

FINDINGS: Lumbar spine appears lordotic. Mild decreased T2 disc signals from L3-L4 to L5-S1.
Focal, signal intensity in the L2 vertebral body suggestive of an atypical hemangioma. Signal
intensity of rest of the vertebral bodies are uniform. Conus ends at L1. No focal abnormalities.
T10-T11 to L2-L3: Contour of the posterior disc margins are maintained. Spinal canal AP diameter
in the midline is within normal range. Bilateral neural foramina are relatively clear.
Mild-to-moderate bilateral joint arthrosis at L1-L2, L2-3.
L3-L4: Mild disc bulge. No significant spinal canal or neural foraminal stenosis. No evidence
nerve root impingement.
L4-L5: Disc bulge. Mild spinal canal stenosis. Mild bilateral neural foraminal stenosis. No
evidence of nerve root impingement. Mild bilateral facet joint arthrosis.
L5-S1: Left paracentral to subarticular protrusion indenting the thecal sac and impinging on left
S1 nerve root. Mild bilateral neural foraminal stenosis. Moderate spinal canal stenosis along the
plane of disc protrusion.

IMPRESSION:
1. Disc protrusion impinging on left S1 nerve root at L5-S1.
2. Please read above discussion for details.

Report Electronically Signed by: Ravi Yarlagadda, M.D.
Report Electronically Signed on: 9/9/2022 07:12 AM

*Radiology Report from an IAC Accredited Facility*

KELLER, Irene HOPE (id # )

## MRI, CERVICAL SPINE, W/O CONTRAST (#7966660, 09/08/2022 12:00am)

8/22/23, 1:49 PM                    myrad.americanhealthimaging.com/Reports/printReportCustom.aspx?acc=4303276


**AMERICAN HEALTH Imaging**

902 Nexton Square Drive
Summerville, SC 29486
Phone #: (843)999-0558
Fax #: (843)999-0565
www.americanhealthimaging.com

**Name:**  Hope Keller
**DOB:**
**Gender:** Female

**Exam Date:**  9/8/2022 12:01 PM
**Patient ID:**
**Accession #:** 4303276

**Ordering Physician:** Darci Bubar, NP
**Exam Name:**          MRI Cervical Spine | 72141

EXAM: MRI Cervical Spine

TECHNIQUE: MRI Cervical Spine performed using multiplanar, multisequence acquisition.

COMPARISON: None.

CLINICAL INDICATION: MVA August 2022. Neck pain radiating down right arm.

FINDINGS: Straightening of the cervical spine. Decreased T2 disc signal from C2-C3 to C5-C6. Signal intensity of vertebral bodies and intervertebral discs are appropriate for age. C1, C2 and foramen magnum shows no focal abnormalities. Spinal cord has normal signal appearance. C2-C3 to C4-C5: Contour of posterior disc margins are maintained. Spinal canal AP diameter in the midline is within normal range. Bilateral neural foramina are relatively clear. Mild bilateral facet joint arthrosis at C3-C4, C4-C5.
C5-C6: Disc bulge. Mild spinal canal stenosis. No significant neural foraminal stenosis. No evidence of nerve root impingement.
C6-C7: Mild disc bulge. No significant spinal canal or neural foraminal stenosis. No evidence of nerve root impingement
C7-T1 to T2-T3: Contour of posterior disc margin is maintained. No significant spinal canal or neuroforaminal stenosis. No evidence of nerve root impingement.

IMPRESSION:
1. Disc bulge at C5-C6, C6-C7 with mild spinal canal stenosis at C5-C6.
2. Straightening of the cervical spine. Can be associated with underlying soft tissue injury.

Report Electronically Signed by: Ravi Yarlagadda, M.D.
Report Electronically Signed on: 9/9/2022 07:18 AM

*Radiology Report from an IAC Accredited Facility*

FROM:MaxFax (864-610-4880)  TO:REFERRING, LCSC                          21-Mar-2024 17:55 UTC  PAGE: 1/2

**Exhibit 4**



**Patient Name:** KELLER,IRENE HOPE
**Study Date:** 03-20-2024
**MRN:**
**Age/Sex:** 49 y / F
**DOB:**
**Reading:** Islam, Nayyer, MD

**Institution:** Lowcountry Orthopaedics and Sports Medicine
**Modality:** MR
**Description:** CERVICAL SPINE WO - 600120
**Referring:** SHAILESH PATEL
**Accession:** LCC127
**Report Date:** 3/21/2024 1:54 PM

## EXAM: MRI OF THE CERVICAL SPINE WITHOUT INTRAVENOUS CONTRAST

**TECHNIQUE:** Multiplanar/multi-sequence MRI images were obtained through the cervical spine without intravenous contrast.

**CLINICAL DATA:** Neck and bilateral shoulder pain status post MVA on 02/16/2024. History of skin cancer on left wrist in February 2024 ad tonsils surgery in 1992. Thoracic spine MRI same day.

**PRIOR STUDIES:** None available.

**FINDINGS:** CRANIOVERTEBRAL JUNCTION: The craniocervical junction appears normal without cerebellar tonsillar ectopia or craniocervical stenosis.

POSTERIOR FOSSA: No mass in the visualized portions.

ALIGNMENT: Straightening of the cervical lordosis.

VERTEBRAL COLUMN: Vertebral body heights are intact. No aggressive osseous lesion or marrow infiltrating process.

SPINAL CORD: Spinal cord signal is within normal limits. No focal cord expansion, atrophy or syrinx.

SOFT TISSUES/SURROUNDING STRUCTURES: No intra- or paraspinal mass. No regional soft tissue abnormality.

At C2-C3: There is no disc herniation. There is no spinal or foraminal stenosis.

At C3-C4: There is no disc herniation. There is no spinal or foraminal stenosis.

At C4-C5: There is no disc herniation. There is no spinal or foraminal stenosis.

At C5-C6: 2.1 mm central disc herniation which indents the anterior thecal sac. No nerve root impingement. (series 5 axial image 15/25).

At C6-C7: There is no disc herniation. There is no spinal or foraminal stenosis.

At C7-T1: There is no disc herniation. There is no spinal or foraminal stenosis.

**IMPRESSION:** At C5-C6: 2.1 mm central disc herniation which indents the anterior thecal sac. No nerve root impingement. (series 5 axial image 15/25).

Straightening of the cervical lordosis may reflect spasm. No fracture.

Thank you for the opportunity to participate in the care of this patient.

Islam, Nayyer, MD
*Electronically Signed: 03-21-2024 1:54 PM*

PH: (843) 797-5050 | 2880 Tricom Street | N. Charleston, SC 29406
PERSONAL & CONFIDENTIAL: If you have received this in error, please call
(843) 797-5050 or fax (843) 797-3633, and please destroy this document and/or
delete this email.

Printed: 03-21-2024 1:55 PM                                                Page 1 of 2

FROM:MaxFax (864-610-4880)  TO:REFERRING, LCSC                    21-Mar-2024 17:55 UTC  PAGE: 2/2



**Exhibit 4**

**Patient Name:** KELLER, IRENE HOPE
**Study Date:** 03-20-2024
**MRN:**
**Age/Sex:** 49 y / F
**DOB:**
**Reading:** Islam, Nayyer, MD

**Institution:** Lowcountry Orthopaedics and
Sports Medicine
**Modality:** MR
**Description:** CERVICAL SPINE WO -
600120
**Referring:** SHAILESH PATEL
**Accession:** LCC127
**Report Date:** 3/21/2024 1:54 PM

PH: (843) 797-5050 | 2880 Tricom Street  | N. Charleston, SC 29406
PERSONAL & CONFIDENTIAL: If you have received this in error, please call
(843) 797-5050 or fax (843) 797-3633, and please destroy this document and/or
delete this email.

Printed: 03-21-2024 1:55 PM                                      Page 2 of 2

FROM:MaxFax (864-610-4880) TO:REFERRING, LCSC        22-Mar-2024 07:52 UTC PAGE: 1/2

**Exhibit 4**



**Patient Name:** KELLER,IRENE HOPE
**Study Date:** 03-21-2024
**MRN:**
**Age/Sex:** 49 y / F
**DOB:**
**Reading:** Islam, Nayyer, MD

**Institution:** Lowcountry Orthopaedics and
Sports Medicine
**Modality:** MR
**Description:** LUMBAR SPINE WO - 600124
**Referring:** SHAILESH PATEL
**Accession:** LCC141
**Report Date:** 3/22/2024 3:51 AM

### EXAM: MRI OF THE LUMBAR SPINE WITHOUT INTRAVENOUS CONTRAST

**TECHNIQUE:** Multiplanar/multi-sequence MRI images through the lumbar spine were obtained without intravenous contrast.

**CLINICAL DATA:** Patient states low back pain with bilateral leg pain status post MVA on 02/16/2024. History of skin cancer on left wrist in February 2024 and hysterectomy in April 2010.

**PRIOR STUDIES:** None available.

**FINDINGS:**

ALIGNMENT: Lowest well-formed disc space is referred to as L5-S1. The alignment is satisfactory.

VERTEBRAL COLUMN: Vertebral body heights are intact. No focal aggressive osseous lesion or marrow infiltration. 1.3 cm L2 vertebral body hemangioma.

CONUS/CAUDA EQUINA: Conus medullaris is normal in position and appearance. No intra- or extradural mass.

SOFT TISSUES/SURROUNDING STRUCTURES: There is a 1.1 cm perineural cyst posterior to the S2 segment.

SEGMENTAL ANALYSIS AS FOLLOWS:

At T12-L1: There is no disc herniation. There is no spinal or foraminal stenosis. There is no nerve root compression.

At L1-L2: There is no disc herniation. There is no spinal or foraminal stenosis. There is no nerve root compression.

At L2-L3: There is no disc herniation. Bilateral facet hypertrophy. There is no spinal or foraminal stenosis. There is no nerve root compression.

At L3-L4: There is no disc herniation. Bilateral facet hypertrophy. There is no spinal or foraminal stenosis. There is no nerve root compression.

At L4-L5: 3.6 mm annular disc herniation and bilateral facet hypertrophy. No spinal canal stenosis or nerve root impingement. (T2 sagittal image 8/15).

At L5-S1: 5.9 mm annular disc herniation with encroachment on the bilateral descending S1 nerve roots and exiting bilateral L5 nerve roots. Bilateral facet hypertrophy. (T2 sagittal image 8/15 and series 10 axial image 21/25 and 22/25).

**IMPRESSION:** No acute osseous abnormality.

At L4-L5: 3.6 mm annular disc herniation and bilateral facet hypertrophy. No spinal canal stenosis or nerve root impingement. (T2 sagittal image 8/15).

At L5-S1: 5.9 mm annular disc herniation with encroachment on the bilateral descending S1 nerve roots and

PH: (843) 797-5050 | 2880 Tricom Street | N. Charleston, SC 29406
PERSONAL & CONFIDENTIAL: If you have received this in error, please call
(843) 797-5050 or fax (843) 797-3633, and please destroy this document and/or
delete this email.

Printed: 03-22-2024 3:52 AM          Page 1 of 2

FROM:MaxFax (864-610-4880)  TO:REFERRING, LSCS                                     22-Mar-2024 07:52 UTC  PAGE: 2/2

**Exhibit 4**



**Patient Name:** KELLER,IRENE HOPE
**Study Date:** 03-21-2024
**MRN:**
**Age/Sex:** 49 y / F
**DOB:**
**Reading:** Islam, Nayyer, MD

**Institution:** Lowcountry Orthopaedics and Sports Medicine
**Modality:** MR
**Description:** LUMBAR SPINE WO - 600124
**Referring:** SHAILESH PATEL
**Accession:** LCC141
**Report Date:** 3/22/2024 3:51 AM

exiting bilateral L5 nerve roots.  Bilateral facet hypertrophy.  (T2 sagittal image 8/15 and series 10 axial image 21/25 and 22/25).

Thank you for the opportunity to participate in the care of this patient.

Islam, Nayyer, MD
*Electronically Signed: 03-22-2024 3:51 AM*

PH: (843) 797-5050 | 2880 Tricom Street  | N. Charleston, SC 29406
PERSONAL & CONFIDENTIAL: If you have received this in error, please call
(843) 797-5050 or fax (843) 797-3633, and please destroy this document and/or
delete this email.

Printed: 03-22-2024 3:52 AM                                                      Page 2 of 2

## LUMBAR SPINE WO - 600124 (#     Exhibit 4    8. Final, 04/23/2025 10:30am)

Lumbar Spine WO - 600124

EXAM: MRI OF THE LUMBAR SPINE WITHOUT INTRAVENOUS CONTRAST

Technique: Multiplanar/multi-sequence MRI images through the lumbar spine were obtained without intravenous contrast.

Clinical Data: Patient complains of lower back pain radiates to hip/buttocks for weeks. History of MVA on 02/14/2024. Surgical history: Laminectomy on 01/15/2025.

Prior Studies: Lumbar spine x-ray 10/21/2024, images only. Lumbar spine MRI 03/21/2024.

Findings: ALIGNMENT: Lowest well-formed disc space is referred to as L5-S1. The alignment is satisfactory.
VERTEBRAL COLUMN: Vertebral body heights are intact. No focal aggressive osseous lesion or marrow infiltration. 1.4 cm L2 vertebral body hemangioma again noted.
CONUS/CAUDA EQUINA: Conus medullaris is normal in position and appearance. No intra- or extradural mass.
SOFT TISSUES/SURROUNDING STRUCTURES: 1.4 cm perineural cyst posterior to the S2 segment is again noted.
SEGMENTAL ANALYSIS AS FOLLOWS:
At T12-L1: There is no disc herniation. There is no spinal or foraminal stenosis. There is no nerve root compression.
At L1-L2: There is no disc herniation. There is no spinal or foraminal stenosis. There is no nerve root compression.
At L2-L3: There is no disc herniation. There is no spinal or foraminal stenosis. There is no nerve root compression.
At L3-L4: There is no disc herniation. There is no spinal or foraminal stenosis. There is no nerve root compression.
At L4-L5: 3.7 mm annular disc herniation, unchanged. There is no spinal or foraminal stenosis. There is no nerve root compression. (T2 sagittal image 7/15)
At L5-S1: 4.7 mm right paramedian disc herniation, unchanged. Right laminectomy with associated postsurgical seroma. Bilateral facet hypertrophy. Impingement of the exiting bilateral L4 nerve roots and descending right S1 nerve roots. (T2 sagittal image 4/15, 7/15, and the 11/15. T2 axial image 28/30)

Impression: No acute osseous abnormality.
At L4-L5: 3.7 mm annular disc herniation, unchanged. There is no spinal or foraminal stenosis. There is no nerve root compression. (T2 sagittal image 7/15)
At L5-S1: 4.7 mm right paramedian disc herniation, unchanged. Right laminectomy with associated postsurgical seroma. Bilateral facet hypertrophy. Impingement of the exiting bilateral L4 nerve roots and descending right S1 nerve roots. (T2 sagittal image 4/15, 7/15, and the 11/15. T2 axial image 28/30)

Electronically Signed By: Nayyer Islam (04/23/2025 04:15 PM CDT)

## Consult Orders

National Vital Statistics Reports, Vol. 71, No. 1, August 8, 2022    19

## Exhibit 4

**Table 3. Life table for females: United States, 2020**

*Spreadsheet version available from: https://ftp.cdc.gov/pub/Health_Statistics/NCHS/Publications/NVSR/71-01/Table03.xlsx.*

| Age (years) | Probability of dying between ages x and x + 1 $q_x$ | Number surviving to age x $l_x$ | Number dying between ages x and x + 1 $d_x$ | Person-years lived between ages x and x + 1 $L_x$ | Total number of person-years lived above age x $T_x$ | Expectation of life at age x $e_x$ |
|---|---|---|---|---|---|---|
| 0–1 | 0.004918 | 100,000 | 492 | 99,572 | 7,988,224 | 79.9 |
| 1–2 | 0.000310 | 99,508 | 31 | 99,493 | 7,888,652 | 79.3 |
| 2–3 | 0.000199 | 99,477 | 20 | 99,467 | 7,789,159 | 78.3 |
| 3–4 | 0.000161 | 99,457 | 16 | 99,449 | 7,689,692 | 77.3 |
| 4–5 | 0.000123 | 99,441 | 12 | 99,435 | 7,590,242 | 76.3 |
| 5–6 | 0.000115 | 99,429 | 11 | 99,423 | 7,490,807 | 75.3 |
| 6–7 | 0.000103 | 99,418 | 10 | 99,413 | 7,391,384 | 74.3 |
| 7–8 | 0.000094 | 99,408 | 9 | 99,403 | 7,291,971 | 73.4 |
| 8–9 | 0.000089 | 99,398 | 9 | 99,394 | 7,192,568 | 72.4 |
| 9–10 | 0.000087 | 99,389 | 9 | 99,385 | 7,093,174 | 71.4 |
| 10–11 | 0.000089 | 99,381 | 9 | 99,376 | 6,993,789 | 70.4 |
| 11–12 | 0.000098 | 99,372 | 10 | 99,367 | 6,894,413 | 69.4 |
| 12–13 | 0.000117 | 99,362 | 12 | 99,356 | 6,795,046 | 68.4 |
| 13–14 | 0.000147 | 99,350 | 15 | 99,343 | 6,695,690 | 67.4 |
| 14–15 | 0.000185 | 99,336 | 18 | 99,327 | 6,596,347 | 66.4 |
| 15–16 | 0.000230 | 99,317 | 23 | 99,306 | 6,497,020 | 65.4 |
| 16–17 | 0.000276 | 99,295 | 27 | 99,281 | 6,397,714 | 64.4 |
| 17–18 | 0.000324 | 99,267 | 32 | 99,251 | 6,298,434 | 63.4 |
| 18–19 | 0.000371 | 99,235 | 37 | 99,217 | 6,199,183 | 62.5 |
| 19–20 | 0.000418 | 99,198 | 41 | 99,177 | 6,099,966 | 61.5 |
| 20–21 | 0.000468 | 99,157 | 46 | 99,134 | 6,000,789 | 60.5 |
| 21–22 | 0.000519 | 99,110 | 51 | 99,085 | 5,901,655 | 59.5 |
| 22–23 | 0.000570 | 99,059 | 56 | 99,031 | 5,802,570 | 58.6 |
| 23–24 | 0.000617 | 99,002 | 61 | 98,972 | 5,703,540 | 57.6 |
| 24–25 | 0.000662 | 98,941 | 65 | 98,909 | 5,604,568 | 56.6 |
| 25–26 | 0.000705 | 98,876 | 70 | 98,841 | 5,505,659 | 55.7 |
| 26–27 | 0.000750 | 98,806 | 74 | 98,769 | 5,406,819 | 54.7 |
| 27–28 | 0.000798 | 98,732 | 79 | 98,693 | 5,308,050 | 53.8 |
| 28–29 | 0.000853 | 98,653 | 84 | 98,611 | 5,209,357 | 52.8 |
| 29–30 | 0.000914 | 98,569 | 90 | 98,524 | 5,110,746 | 51.8 |
| 30–31 | 0.000978 | 98,479 | 96 | 98,431 | 5,012,222 | 50.9 |
| 31–32 | 0.001044 | 98,383 | 103 | 98,331 | 4,913,791 | 49.9 |
| 32–33 | 0.001111 | 98,280 | 109 | 98,225 | 4,815,460 | 49.0 |
| 33–34 | 0.001176 | 98,171 | 115 | 98,113 | 4,717,234 | 48.1 |
| 34–35 | 0.001243 | 98,055 | 122 | 97,994 | 4,619,121 | 47.1 |
| 35–36 | 0.001315 | 97,933 | 129 | 97,869 | 4,521,127 | 46.2 |
| 36–37 | 0.001393 | 97,805 | 136 | 97,737 | 4,423,258 | 45.2 |
| 37–38 | 0.001471 | 97,668 | 144 | 97,597 | 4,325,521 | 44.3 |
| 38–39 | 0.001548 | 97,525 | 151 | 97,449 | 4,227,925 | 43.4 |
| 39–40 | 0.001629 | 97,374 | 159 | 97,294 | 4,130,476 | 42.4 |
| 40–41 | 0.001720 | 97,215 | 167 | 97,132 | 4,033,181 | 41.5 |
| 41–42 | 0.001826 | 97,048 | 177 | 96,959 | 3,936,050 | 40.6 |
| 42–43 | 0.001946 | 96,871 | 188 | 96,776 | 3,839,090 | 39.6 |
| 43–44 | 0.002079 | 96,682 | 201 | 96,582 | 3,742,314 | 38.7 |
| 44–45 | 0.002226 | 96,481 | 215 | 96,374 | 3,645,732 | 37.8 |
| 45–46 | 0.002393 | 96,266 | 230 | 96,151 | 3,549,358 | 36.9 |
| 46–47 | 0.002579 | 96,036 | 248 | 95,912 | 3,453,207 | 36.0 |
| 47–48 | 0.002780 | 95,788 | 266 | 95,655 | 3,357,295 | 35.0 |
| 48–49 | 0.002996 | 95,522 | 286 | 95,379 | 3,261,639 | 34.1 |
| 49–50 | 0.003231 | 95,236 | 308 | 95,082 | 3,166,260 | 33.2 |
| 50–51 | 0.003484 | 94,928 | 331 | 94,763 | 3,071,178 | 32.4 |
| 51–52 | 0.003768 | 94,598 | 356 | 94,419 | 2,976,415 | 31.5 |
| 52–53 | 0.004097 | 94,241 | 386 | 94,048 | 2,881,996 | 30.6 |
| 53–54 | 0.004475 | 93,855 | 420 | 93,645 | 2,787,948 | 29.7 |
| 54–55 | 0.004885 | 93,435 | 456 | 93,207 | 2,694,303 | 28.8 |
| 55–56 | 0.005300 | 92,979 | 493 | 92,732 | 2,601,096 | 28.0 |
| 56–57 | 0.005725 | 92,486 | 529 | 92,221 | 2,508,364 | 27.1 |
| 57–58 | 0.006192 | 91,956 | 569 | 91,672 | 2,416,143 | 26.3 |
| 58–59 | 0.006717 | 91,387 | 614 | 91,080 | 2,324,471 | 25.4 |
| 59–60 | 0.007296 | 90,773 | 662 | 90,442 | 2,233,392 | 24.6 |

See footnote at end of table.

**Table 3. Life table for females: United States, 2020—Con.** Exhibit 4

*Spreadsheet version available from: https://ftp.cdc.gov/pub/Health_Statistics/NCHS/Publications/NVSR/71-01/Table03.xlsx.*

| Age (years) | Probability of dying between ages $x$ and $x + 1$ $q_x$ | Number surviving to age $x$ $l_x$ | Number dying between ages $x$ and $x + 1$ $d_x$ | Person-years lived between ages $x$ and $x + 1$ $L_x$ | Total number of person-years lived above age $x$ $T_x$ | Expectation of life at age $x$ $e_x$ |
|---|---|---|---|---|---|---|
| 60–61 | 0.007928 | 90,111 | 714 | 89,754 | 2,142,950 | 23.8 |
| 61–62 | 0.008578 | 89,396 | 767 | 89,013 | 2,053,196 | 23.0 |
| 62–63 | 0.009217 | 88,630 | 817 | 88,221 | 1,964,183 | 22.2 |
| 63–64 | 0.009834 | 87,813 | 864 | 87,381 | 1,875,962 | 21.4 |
| 64–65 | 0.010462 | 86,949 | 910 | 86,494 | 1,788,581 | 20.6 |
| 65–66 | 0.011129 | 86,039 | 958 | 85,561 | 1,702,087 | 19.8 |
| 66–67 | 0.011932 | 85,082 | 1,015 | 84,574 | 1,616,526 | 19.0 |
| 67–68 | 0.012871 | 84,067 | 1,082 | 83,526 | 1,531,952 | 18.2 |
| 68–69 | 0.014000 | 82,985 | 1,162 | 82,404 | 1,448,426 | 17.5 |
| 69–70 | 0.015265 | 81,823 | 1,249 | 81,198 | 1,366,023 | 16.7 |
| 70–71 | 0.016693 | 80,574 | 1,345 | 79,901 | 1,284,824 | 15.9 |
| 71–72 | 0.018272 | 79,229 | 1,448 | 78,505 | 1,204,923 | 15.2 |
| 72–73 | 0.020046 | 77,781 | 1,559 | 77,002 | 1,126,418 | 14.5 |
| 73–74 | 0.021730 | 76,222 | 1,656 | 75,394 | 1,049,416 | 13.8 |
| 74–75 | 0.024519 | 74,566 | 1,828 | 73,652 | 974,022 | 13.1 |
| 75–76 | 0.026862 | 72,737 | 1,954 | 71,761 | 900,371 | 12.4 |
| 76–77 | 0.029942 | 70,784 | 2,119 | 69,724 | 828,610 | 11.7 |
| 77–78 | 0.033037 | 68,664 | 2,268 | 67,530 | 758,886 | 11.1 |
| 78–79 | 0.037086 | 66,396 | 2,462 | 65,165 | 691,356 | 10.4 |
| 79–80 | 0.041213 | 63,933 | 2,635 | 62,616 | 626,192 | 9.8 |
| 80–81 | 0.045945 | 61,298 | 2,816 | 59,890 | 563,576 | 9.2 |
| 81–82 | 0.051104 | 58,482 | 2,989 | 56,988 | 503,686 | 8.6 |
| 82–83 | 0.057111 | 55,493 | 3,169 | 53,909 | 446,698 | 8.0 |
| 83–84 | 0.064163 | 52,324 | 3,357 | 50,645 | 392,789 | 7.5 |
| 84–85 | 0.072353 | 48,967 | 3,543 | 47,195 | 342,144 | 7.0 |
| 85–86 | 0.081451 | 45,424 | 3,700 | 43,574 | 294,948 | 6.5 |
| 86–87 | 0.090029 | 41,724 | 3,756 | 39,846 | 251,374 | 6.0 |
| 87–88 | 0.101896 | 37,968 | 3,869 | 36,033 | 211,528 | 5.6 |
| 88–89 | 0.115015 | 34,099 | 3,922 | 32,138 | 175,495 | 5.1 |
| 89–90 | 0.129437 | 30,177 | 3,906 | 28,224 | 143,357 | 4.8 |
| 90–91 | 0.145190 | 26,271 | 3,814 | 24,364 | 115,133 | 4.4 |
| 91–92 | 0.162282 | 22,457 | 3,644 | 20,635 | 90,769 | 4.0 |
| 92–93 | 0.180688 | 18,812 | 3,399 | 17,113 | 70,134 | 3.7 |
| 93–94 | 0.200353 | 15,413 | 3,088 | 13,869 | 53,021 | 3.4 |
| 94–95 | 0.221184 | 12,325 | 2,726 | 10,962 | 39,152 | 3.2 |
| 95–96 | 0.243052 | 9,599 | 2,333 | 8,433 | 28,190 | 2.9 |
| 96–97 | 0.265792 | 7,266 | 1,931 | 6,300 | 19,758 | 2.7 |
| 97–98 | 0.289207 | 5,335 | 1,543 | 4,563 | 13,457 | 2.5 |
| 98–99 | 0.313074 | 3,792 | 1,187 | 3,198 | 8,894 | 2.3 |
| 99–100 | 0.337151 | 2,605 | 878 | 2,166 | 5,696 | 2.2 |
| 100 and over | 1.000000 | 1,727 | 1,727 | 3,530 | 3,530 | 2.0 |

SOURCE: National Center for Health Statistics, National Vital Statistics System, Mortality.

## FUTURE CARE NEEDS AND COSTS

Exhibit 4

### DIAGNOSTIC / LABORATORY

| Item / Service | Initiation | Frequency / Duration | Cost / Unit | Cost / Year | Cost / Lifetime | Cost Resource |
|---|---|---|---|---|---|---|
| Cervical MRI without contrast CPT: 72141 | Now | every 3 years / life | $ 2,000.00 | every 3 years | $ 18,000.00 | Lowcountry Orthopaedics |
| Lumbar MRI without contrast CPT: 72148 | Now | every 3 years / life | $ 2,000.00 | every 3 years | $ 18,000.00 | Lowcountry Orthopaedics |
| | | | | Total: | $ 36,000.00 | |
| | | | | | | |
| | | | | | | |

### MEDICAL EVALUATIONS / VISITS

| Item / Service | Initiation | Frequency / Duration | Cost / Unit | Cost / Year | Cost / Lifetime | Vendor |
|---|---|---|---|---|---|---|
| Orthopedic Pain Evaluation CPT: 99214 | Now | every 4 months / life | $ 795.00 | $ 2,385.00 | $ 73,935.00 | Lowcountry Orthopaedics |
| Physical Therapy | Now | 12 x year / life | $ 85.00 | $ 1,020.00 | $ 31,620.00 | BenchMark PT |
| | | | | Total: | $ 105,555.00 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### PROCEDURES / SURGERY

| Item / Service | Initiation | Frequency / Duration | Cost / Unit | Cost / Year | Cost / Lifetime | Vendor |
|---|---|---|---|---|---|---|
| Cervical Epidural Steroid Injection CPT 62321 | Now | 1 x year / life | $ 1,594.00 | $ 1,594.00 | $49,414.00 | Lowcountry Orthopaedics |
| Lumbar Radiofrequency Ablation CPT: 64635/64636 | Now | 1 x year / life | $ 3,460.00 | $ 3,460.00 | $ 107,260.00 | Lowcountry Orthopaedics |
| Possible C5-C6 ACDF | TBD | | | | | |
| Possible L4-L5 Laminectomy / Discectomy | TBD | | | | | |
| | | | | Total: | $ 156,674.00 | |
| | | | | Lifetime Total: | $ 298,229.00 | |

Updated 10.20.25

## Exhibit 4

## CURRICULUM VITAE



**PAUL K. WHITE, MD, CLCP**
171 Huntington Rd. NE
Atlanta, GA 30309
(404) 502-8989
paul@LCPSMD.com
www.LCPSMD.com

## EDUCATION

| | |
|---|---|
| 2.20 – 8.20 | Institute of Rehabilitation Education and Training – LCP |
| 7.11 – 6.14 | Emory Physical Medicine and Rehabilitation - Residency |
| 7.10 – 6.11 | Louisiana State University - Surgical Internship |
| 7.06 – 6.10 | Louisiana State University - Medical School |
| 7.02 – 6.06 | Louisiana State University - Undergrad |

## MEMBERSHIPS

| | |
|---|---|
| 10.20 – pres. | American Academy of Physical Medicine and Rehabilitation |
| 8.24 – pres. | Association of Certified Life Care Planners |
| 1.21 – pres. | International Commission on Health Care Certification |
| 1.19 – pres. | LSU National L Club – 4-year letterman varsity tennis team |
| 7.16 – pres. | American Board of Physical Medicine and Rehabilitation |
| 10.14 – pres. | Georgia Society of Interventional Pain Physicians |

## WORK EXPERIENCE

| | | |
|---|---|---|
| 1.25 – 6.25 | Star Orthopedics & Spine | Medical Provider |
| 11.22 – pres. | Medici Orthopaedics & Spine | Medical Provider |
| 8.19 – 11.23 | Walden University | Professor/Preceptor |
| 4.18 – pres. | Life Care Plans, MD | Owner |
| 8.14 – 10.22 | Pain Management Specialist | Medical Provider |

## BIOGRAPHY

My name is Paul King White. I am both a Medical Doctor and a Certified Life Care Planner. I hold medical licenses in Georgia and Louisiana. In 2011 I began a three-year residency in Physical Medicine and Rehabilitation at Emory. While at Emory, I

## Exhibit 4

rotated at the Shepherd Center helping to manage a 152-bed hospital with a focus on spinal cord injury, stroke, and traumatic brain injury. I received my PM&R board certification on 7.1.16. In 2020, I completed a Certified Life Care Planning course with the Institute of Rehabilitation Education and Training. I then passed the Life Care Planning examination and on 1.31.21 I received my certification in Life Care Planning with the International Commission on Health Care Certification. I am the founder and owner of Life Care Plans, MD. I have been producing Life Care Plans since 2018.

I split my time between practicing Interventional Pain Management and working for Life Care Plans, MD. My focus is interventional pain, sports injuries, catastrophic injury management, chronic pain, migraine management, neuropathy, CRPS, radiculopathy, facet syndrome, and Life Care Planning.

## CERTIFICATION

### International Commission on Health Care Certification

Be it known that

#### Paul King White, MD

having satisfactorily completed the required professional training in Life Care Planning, and having achieved an acceptable score on the Certification Examination, is hereby conveyed certification status as a

#### Certified Life Care Planner

_Chief Executive Officer_

1602
_Certification Number_

January 31, 2026
_Expiration Date_