# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| Irene Keller, | ) Civil Action No.: 2:24-CV-05884-DCN |
| Plaintiff, | ) |
| v. | ) **CONSENT MOTION FOR EXTENSION OF TIME TO FILE DISCOVERY RESPONSES** |
| Howard Anthony James and SE Independent Delivery Services, Inc., | ) |
| Defendants. | ) |

For good cause, the parties jointly move for an extension of time for Defendants to comply with the Court's November 24, 2025 Minute Entry requiring Defendants to file responses to discovery requests with the Court by January 1, 2026. (*See* ECF No. 34.) The parties have conferred on the discovery requests as required by the Court's Minute Entry and have agreed to supplemental production from Defendants that may resolve some or all of the issues that were the subject of Plaintiff's October 14, 2025 Motion to Compel (ECF No. 26). Due to the holidays, the parties respectfully request an extension of seven days to file responses with the Court.

[*Signature page to follow*]

Respectfully submitted:

s/Aaron J. Hayes_____
Aaron J. Hayes, Fed. Id. No. 11196
ajh@swblaw.com
Mark S. Barrow, Fed. Id. No. 1220
msb@swblaw.com
1515 Lady Street
Columbia, SC 29201
Telephone: (803) 256-2233
**(Attorneys for the Defendants)**

December 30, 2025

s/Cooper Klaasmeyer_____
JAMES G. BIGGART II, ESQ.
Federal ID: 14195
COOPER KLAASMEYER, ESQ.
Federal ID: 14272
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
Telephone: (843) 973-5186
Fax: (843) 947-6113
cooper.klaasmeyer@forthepeople.com
**(Attorneys for the Plaintiff)**

December 30, 2025