# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| Irene Keller, | ) | C/A No.: 2:24-cv-5884 DCN |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| Howard Anthony James; and SE | ) | |
| Independent Delivery Services, Inc., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the court upon defendants' motion for an extension of time to comply with the court's order dated November 24, 2025 on the submission of discovery responses. This motion was filed on December 30, 2025. The court is informed that plaintiff consents to this motion. It is therefore

**ORDERED,** that the motion for an extension of time is **GRANTED.** Defendants shall have an additional seven (7) days to provide discovery responses to the court.

AND IT IS SO ORDERED.

_____
David C. Norton
United States District Judge

January 5, 2026
Charleston, South Carolina