4/22/05                    MOTION FOR ENTRY OF CONFIDENTIALITY ORDER

*(A motion in substantially this form must be filed in support
of entry of a confidentiality order.)*

CONSENT:

       The attached proposed Confidentiality Order is requested:

       ☒      by consent of all parties.

       ☐      by consent as to some, but not all, of the terms [alternative provisions are set forth in both proposed and redlined versions].

       ☐      by some, but not all, parties [requesting parties include:   [requesting parties]].

CONTENT:

       The attached proposed Confidentiality Order:

       ☐      is identical to the standard form on the court's website.

       ☒      has been revised by deleting the Reading Room provision, but no other changes have been made (*redlined copy not required*).

       ☐      is a modified version of the standard form on the court's website and the modifications have been indicated by attaching a "redlined" copy the document. An explanation of the basis for each proposed modification is as follows:

              [explain requested changes with reference to relevant paragraph numbers]

**WE SO MOVE**                             **WE SO MOVE/CONSENT**

s/Aaron J. Hayes                      s/Michael Cooper Klaasmeyer
Signature                                 Signature
Aaron J. Hayes                        Michael Cooper Klaasmeyer
Printed Name                               Printed Name

Counsel for Howard Anthony James and SE
       Independent Delivery Services, Inc.        Counsel for Irene Keller

Date:  January 8, 2026                    Date:  January 8, 2026

*Instructions for use of the Consent Confidentiality Order can be found at the court's website at www.scd.uscourts.gov under "forms" or under each individual judge's forms list.*