EXHIBIT A



3200 Devine Street, Suite 103
Columbia, South Carolina 29205
info@garberreporting.com
Telephone: (803) 256-4500

**IRENE KELLER**

*July 10, 2025*

Irene Keller

vs

Howard Anthony James, et al.

**2:24-cv-05884-DCN**

REPORTER: Katherine Lynn Freeman

```
 1   Q.   And who's the mobile carrier for that?
 2   A.   Verizon.
 3   Q.   All right.  And I think I understand
 4        you -- you work at the Mercedes-Benz
 5        Van facility?
 6   A.   That's correct.
 7   Q.   Okay.  And how long have you been
 8        there?
 9   A.   Almost 19 years.  So 18 and some
10        months.  October would be 19.
11   Q.   So did you -- is that the job you got
12        immediately after moving to
13        Summerville?
14   A.   Yeah.  I started there in October.
15   Q.   And what is your title at Mercedes-Benz
16        Vans?
17   A.   I am a -- a -- I'm the marriage and
18        chassis slap manager in production
19        assembly.
20   Q.   Okay..  So marriage and chassis ...
21   A.   And slat.
22   Q.   And slat?
23   A.   Yeah.
24   Q.   Okay.  What does that mean?
25   A.   It's the different lines, so the slat
```

```
1   A.   Since March.  I think, it officially
2        changed in March.  And I came back to
3        work in May because I was out during
4        that time for my surgery.
5   Q.   Changing from the, like, the assembly
6        lines that you're on to -- to now, the
7        marriage and chassis slat Line, did you
8        have any input in that?
9   A.   Yeah.  My boss called me.
10  Q.   I mean is that -- did -- is that a
11       positive move for you?
12  A.   It's -- yeah -- I -- it's an
13       opportunity to fix things before they
14       get to reworks.
15  Q.   Gotcha.  All right.  And is -- was that
16       your most recent change in the assembly
17       line that you managed, did that come
18       with a financial incentive as well?
19  A.   No, sir.  It's a -- just lateral.
20  Q.   Okay.  When was the last time you got a
21       -- a financial raise in any of those
22       moves with Mercedes?
23  A.   In March.  We had our annual
24       performance reviews and increases in
25       March.
```

```
 1   Q.   And did you receive an increase this
 2        March?
 3   A.   I did.
 4   Q.   And what -- what do you -- what is your
 5        current compensation at Mercedes-Benz?
 6   A.   My salary is around approximately 155K.
 7   Q.   And do you have any --
 8   A.   I --
 9   Q.   -- oh, go ahead.
10   A.   And then I -- I get a bonus, a company
11        car.
12   Q.   The bonus, is that -- what is that
13        depended on?
14   A.   Our plant KPI's and company
15        performance.
16   Q.   Okay.  Have you ever in -- in your 19
17        years there, almost 19 years there,
18        have you ever not received a bonus?
19   A.   Well, in management, you get a
20        different type of bonus.  So in the
21        beginning we got what was called team
22        share.
23   Q.   Yeah.
24   A.   We always got some amount of team
25        share.  And then as a manager, the
```

```
 1            before because I did -- I lived closer.
 2    Q.      Yeah.
 3    A.      Right.  But ...
 4    Q.      So at least since January of 2022, it's
 5            been --
 6    A.      Yes.
 7    Q.      -- about that frequently.  How often do
 8            you go get the same thing that you had?
 9            Just a -- just a different version of
10            it?
11    A.      At the time -- I mean, most of the time
12            I just put a GLE.
13    Q.      Okay.
14    A.      I've had a couple of different ones I
15            tried, but mostly GLE's.
16    Q.      And is that what you were driving on
17            the day of the accident?
18    A.      Yes.
19    Q.      Is that what you have now?
20    A.      Yes.
21    Q.      When was the last time you deviated
22            from the GLE?
23    A.      I don't know.  If I had to guess, it's
24            probably been five years.
25    Q.      Do you remember what it was that you
```

```
 1          certification that you had previously
 2          for working at Honda Finance.
 3   A.     Right.
 4   Q.     Outside of that any sort of training,
 5          certifications, or completions that
 6          you've done from a professional
 7          perspective?
 8   A.     Through work I have, but I had the ISO
 9          9001, TS 69 for non-certification --
10   Q.     Okay.
11   A.     -- to be a lead auditor.  High-voltage
12          certification.  First aid, CPR, those
13          types of things.
14   Q.     Have you ever had any workplace
15          injuries at Mercedes-Benz?
16   A.     No.
17   Q.     Do you know if your current
18          compensation package at Mercedes-Benz
19          has any short-term or long-term
20          disability benefits?
21   A.     It does.
22   Q.     Okay.  Have you used any of those
23          during your back surgery in January of
24          this year?
25   A.     Yes.
```

| | | |
|---|---|---|
| 1 | Q. | Okay. And what's your understanding, |
| 2 | | just in layperson speak, how that |
| 3 | | works? |
| 4 | A. | So while I was out, you have to file |
| 5 | | for FMLA and they -- your doctor sends |
| 6 | | the information to the short-term |
| 7 | | disability and they compensated me for |
| 8 | | my loss of income through Mercedes. |
| 9 | | And then after 13 weeks, your |
| 10 | | Short-Term Disability ends and you go |
| 11 | | to Long-Term Disability. |
| 12 | Q. | And did you return to work before you |
| 13 | | went to the long-term disability? |
| 14 | A. | I actually had gone into long-term |
| 15 | | disability for, I don't know the exact |
| 16 | | weeks, maybe two weeks. And then I |
| 17 | | returned to work. |
| 18 | Q. | All right. And how were your |
| 19 | | management or supervisors with your |
| 20 | | absence for your back surgery? |
| 21 | A. | I don't understand what you mean. |
| 22 | Q. | Were they understanding? |
| 23 | A. | Yes. |
| 24 | Q. | Were you penalized or reprimanded at |
| 25 | | all for the time off for your surgery? |

```
 1         accidents.
 2    Q.   And when did you plan to work until?
 3    A.   Until I was 67.
 4    Q.   All right.  And when did you go back
 5         out on long-term disability?
 6    A.   July 8th.
 7    Q.   Okay.  So that would have been Monday?
 8    A.   Yes.
 9    Q.   All right.  And what triggered that?
10    A.   Pain.
11    Q.   When was last day -- did you show up to
12         work on Monday, the 8th?
13    A.   We went out on -- we had summer
14         shutdown, so we were off Juneteenth,
15         which is what, July 19, or June 19th.
16         That was a holiday.  And then the 20th
17         through that 7th, was a shutdown.  So I
18         was on vacation.  And during that time
19         I talked with my doctor and decided
20         that working at -- at my current
21         situation wasn't going to help my -- my
22         recovery.  So July 8th would have been
23         when I was supposed to return back to
24         work.  But my Long-Term Disability
25         started on the July 8th date.
```

```
 1   Q.   All right.  And who was the doctor that
 2        you talked to about that?
 3   A.   Dr. Patel.
 4   Q.   Dr. Patel is not the doctor who did
 5        your surgery, correct?
 6   A.   Right.
 7   Q.   What type of doctor is Dr. Patel?
 8   A.   He's my back doctor and neck doctor and
 9        (inaudible.)
10   Q.   Do you know if he's a orthopaedic
11        surgeon or a pain management doctor?
12   A.   I don't know his official title.
13   Q.   Do you know if he operates at all?
14   A.   No, he does not operate.  He referred
15        me to Battista to do my surgery.
16   Q.   So the last day you would have worked
17        would have been June 18th?
18   A.   Yes.
19   Q.   Okay.  And when did you come back to
20        work prior to the stint that you worked
21        ending June 18th?
22   A.   You mean after my surgery when did I --
23   Q.   Yes, ma'am.
24   A.   -- go back to work?  I believe it was
25        May 5th.
```

```
 1   A.   It was -- yeah, sometime in September,
 2        the end of September.
 3   Q.   But do you recall your first one being
 4        in the low back?
 5   A.   Yes.  I do.
 6   Q.   And then it looks like a couple of
 7        weeks later, you had one up towards
 8        your neck?
 9   A.   Yes.
10   Q.   Okay.  Were those helpful?
11   A.   Yes.
12             MR. KLAASMEYER:  Marshall, can we take a
13        break?
14             MR. CRANE:  Oh, yeah.
15             WITNESS:  Sorry.  Thank you.
16             VIDEOGRAPHER:  We're going off the record.
17        The time is now 12:22.
18                  (Off the record.)
19             VIDEOGRAPHER:  We're going back on the
20        record.  The time is now 12:35.
21   Q.   Ms. Keller, I apologize for jumping
22        around on you, but I should have ask
23        you this earlier.  What did you do for
24        the 4th of July this year?
25   A.   We were in West Palm.
```

| | | |
|---|---|---|
| 1 | Q. | Awesome.  Down in Florida? |
| 2 | A. | Yes. |
| 3 | Q. | Did you just rent a place down there or |
| 4 | | get a hotel? |
| 5 | A. | We -- we have a timeshare.  A Vacation |
| 6 | | Club with Marriott. |
| 7 | Q. | Was it nice? |
| 8 | A. | It rained a lot, but yeah, it was nice. |
| 9 | Q. | They have a good firework display for |
| 10 | | you at the Marriott? |
| 11 | A. | Well, they don't do it at the Marriott. |
| 12 | | The -- they have one right there at the |
| 13 | | marina. |
| 14 | Q. | Yeah. |
| 15 | A. | So you can kind of see that.  So we |
| 16 | | went to dinner and then watched the |
| 17 | | fireworks from the parking lots there. |
| 18 | Q. | Did -- did you do any other travel |
| 19 | | during the summer shutdown of the |
| 20 | | plant? |
| 21 | A. | No.  Just to the West Palm. |
| 22 | Q. | Okay.  Did y'all just drive down there? |
| 23 | A. | Yeah. |
| 24 | Q. | Okay.  Did you take your Mercedes SUV? |
| 25 | | |

1  Q.  You went to work?
2  A.  Yes, sir.  It's on --
3  Q.  Okay.
4  A.  -- it's on the way.
5  Q.  And did you work at all that day?
6  A.  No, sir.
7  Q.  And you were salary at that point,
8      correct?
9  A.  Yes, sir.
10 Q.  Do you still clock in every day?
11 A.  No, sir.
12 Q.  Okay.  All right.  And so what do you
13     recall doing at work that day?
14 A.  I went in, talked to my boss because I
15     had already text him that, you know, I
16     had a -- was in an accident and I was
17     going to be late.  I had one of the
18     guys double-check the tire to make sure
19     that it was okay for me to drive it.
20     And talked to my group leader and (poor
21     audio) did a hand over and said, Hey,
22     make sure you do this, this, this, or
23     this or whatever was going on that day.
24 Q.  Anything else you recall about -- doing
25     at work that day?

```
1    Q.    And do you normally take three?
2    A.    Yes, sir.
3    Q.    And how long have you been taken,
4          essentially the max, of those
5          medications?
6    A.    Since my surgery.
7    Q.    Has anybody recommended to you any
8          future surgeries?
9    A.    Not that I recall.
10   Q.    Do you have any intention or any plan
11         to proceed with any future surgeries?
12   A.    If it's an option.
13   Q.    Have you had any discussions with any
14         of your providers about what your
15         future needs and surgical care needs
16         are?
17   A.    No, not -- I mean, we haven't reached
18         that point.
19   Q.    What is your -- what is your desire for
20         going back to work?
21   A.    I would love to be able to go back to
22         work and do my job effectively and
23         efficiently.
24   Q.    Do you think that's not possible in
25         your current state?
```

```
1    A.   I don't.
2    Q.   Do you have an understanding as to what
3         -- well, do you have an understanding
4         as to the surgery itself being what
5         pushed you over the edge to not be able
6         to work?
7    A.   No.  I don't feel like that's the case.
8    Q.   Okay.  Do you have an understanding of
9         anything that you believe is the reason
10        you haven't been able to work since
11        middle of June?
12   A.   Pain.
13   Q.   Was there anything that happened, did
14        you ever fall --
15   A.   No.
16   Q.   -- did you exacerbate it or any way
17        that you know of?
18   A.   No.
19   Q.   And that pain, that -- the biggest part
20        of that pain is on the right side of
21        your lower back?
22   A.   Yes.
23   Q.   And that's what radiates down through
24        your buttocks, down to your leg?
25   A.   It doesn't radiate all the way down to
```

```
1    Q.   Pain to your back, your neck, your low
2         back, how that pain radiated before the
3         surgery, are there any other injuries
4         that you believe you suffered from this
5         February of 2024 accident?
6    A.   No, sir.
7    Q.   Do you know how much your bills are for
8         treatment you believe is related to
9         this accident?
10   A.   No, sir.
11   Q.   And your current out-of-work status is
12        until your August follow-up
13        appointment, correct?
14   A.   That's correct.
15   Q.   Do you think that you'll be able to
16        return to work after that?
17   A.   I honestly don't know.  I mean, based
18        off of being on long-term disability,
19        my job is not protected anymore.
20   Q.   And what does that mean?
21   A.   My company can terminate me; they can
22        terminate my employment.
23   Q.   And that was a discussion that you and
24        your husband had when you were
25        determining whether to go on long-term
```