

3200 Devine Street, Suite 103
Columbia, South Carolina 29205
info@garberreporting.com
Telephone: (803) 256-4500

### SHAILESH PATEL, MD

*December 15, 2025*

Irene Keller

vs

Howard Anthony James and Penske Truck Leasing Co.

**2:24-cv-05884-DCN**

REPORTER: Lorraine B. Whiteley

1        Q     You said that you had a follow-up note that
2   she was on full duty in May of 2025.
3        A     Oh.  Let me -- let me check here, then.  Let
4   me go back to that here.  So work status report -- let's
5   see here.  We have return to work regular duty on Monday,
6   May 5th, 2025.
7        Q     Okay.  Had she been taken out of work,
8   before?
9        A     I don't know.  I assume I have that in there
10  because maybe she may have had an injection.  Let me see.
11  [Reviewing.]  She had an injection on April the 30th, so
12  I'm guessing we might have -- I don't have it in my
13  notes, but we might have kept her off work.
14             Sometimes we'll do that after a procedure
15  to -- keep them off work for a couple days.  But then
16  they usually go back to work after that.
17       Q     Okay.  And after the May 21st, 2024 visit,
18  what was the next time you saw her?
19       A     I saw her back about a month later:  June
20  19th, 2024.  At that time, it looked like she was having
21  some return of her neck and right posterior shoulder
22  blade pain, so we recommended a repeat cervical epidural.
23       Q     Okay.  And did that actually take place on
24  August the 14th of 2024?
25       A     Yes.