EXHIBIT A



3200 Devine Street, Suite 103
Columbia, South Carolina 29205
info@garberreporting.com
Telephone: (803) 256-4500

**IRENE KELLER**

*July 10, 2025*

**Irene Keller**

vs

**Howard Anthony James, et al.**

**2:24-cv-05884-DCN**

REPORTER: Katherine Lynn Freeman

```
 1        before because I did -- I lived closer.
 2   Q.   Yeah.
 3   A.   Right.  But ...
 4   Q.   So at least since January of 2022, it's
 5        been --
 6   A.   Yes.
 7   Q.   -- about that frequently.  How often do
 8        you go get the same thing that you had?
 9        Just a -- just a different version of
10        it?
11   A.   At the time -- I mean, most of the time
12        I just put a GLE.
13   Q.   Okay.
14   A.   I've had a couple of different ones I
15        tried, but mostly GLE's.
16   Q.   And is that what you were driving on
17        the day of the accident?
18   A.   Yes.
19   Q.   Is that what you have now?
20   A.   Yes.
21   Q.   When was the last time you deviated
22        from the GLE?
23   A.   I don't know.  If I had to guess, it's
24        probably been five years.
25   Q.   Do you remember what it was that you
```