

3200 Devine Street, Suite 103
Columbia, South Carolina 29205
info@garberreporting.com
Telephone: (803) 256-4500

# SHAILESH PATEL, MD

*December 15, 2025*

Irene Keller

vs

Howard Anthony James and Penske Truck Leasing Co.

**2:24-cv-05884-DCN**

REPORTER: Lorraine B. Whiteley

```
 1        A     Well, yeah.  That, and the MRI scan.  In
 2   other words, the -- if you're looking to evaluate the
 3   cervical spine, the best test for that is the MRI scan.
 4   There's no other test that you want to do on top of the
 5   MRI.
 6        Q     Okay.
 7              Doctor, have you prepared a report in this
 8   case, other than your medical records?
 9        A     No.
10        Q     Are you intending to offer any testimony to
11   the jury about the reasonableness of the costs of
12   services that you have provided?
13        A     I don't think so; no.
14        Q     Okay.  Do you know how much a cervical
15   epidural steroid injection costs at Lowcountry
16   Orthopaedics?
17        A     I do not.  I should; I've been there for 20
18   years.  But, no; I do not.  We have a billing department
19   that handles all that, so.  The -- the docs typically
20   just -- at least I just, typically, stick to medical.
21        Q     Okay. Understood. So you don't intend to
22   offer any testimony about the reasonableness -- about
23   what the services you perform actually cost to the
24   patient; correct?
25        A     Yeah; that's correct.  I don't have any of
```

1    I'll say something like, yeah, there might be some
2    therapy, some injections, follow-up visits, et cetera.
3    But as far as the cost of these things, I have no idea.
4         Q    Okay.  Have you spoken with Dr. Paul White
5    concerning Irene Keller?
6         A    I've spoken to Paul White, before, about cost
7    projections.  I don't know if that was on this case or
8    another case.  Let me see.  [Reviewing.]  I don't see
9    anything in my chart saying that I've spoken with him, so
10   I'm guessing not.
11        Q    Okay.  What are your current recommendations
12   for the future care that Ms. Keller may need, if any?
13        A    It's still early to say right now, Aaron,
14   because she's still being evaluated for that stimulator
15   with Dr. Battista, so.  We just need to see how effective
16   that is, if it works for her or not.
17             But assuming -- let's say she doesn't get
18   that.  Then right now the things that seem to be working
19   best for her I would say probably would be the steroid
20   injections and the PRP.  I don't feel like she got enough
21   relief with that rhizotomy to warrant that in the future.
22             So steroid injections, PRP, PT, would be the
23   crux of the treatment.
24        Q    Okay.  Let me break that down just a little
25   bit.  So when you say steroid injections, do you mean

1    cervical, lumbar or both?
2        A    I kind of lump them together.  But I would
3    say both.
4             So in total, whether it's a steroid or PRP
5    injection, you wouldn't do any more than four in a given
6    year.  So whether that's one steroid and three PRPs or
7    two steroids and two PRPs, but -- whether it's back or
8    neck, you know, it just kind of depends on what -- what
9    she's feeling.  But, in total, we wouldn't do any more
10   than four a year.
11       Q    Okay.  But you don't have any current
12   recommendations as far as frequency of those procedures;
13   correct?
14       A    Yeah; I don't.  Because -- you know, if she
15   does really well with the stimulator, for example, that's
16   [audio faded].
17       Q    You kind of dropped out on that second half
18   of that last sentence.  Could you say that one more time?
19       A    Yeah.  I was saying if she does really well
20   with the stimulator, then it's possible that she may not
21   need any.
22       Q    Okay.  But you're not recommending cervical
23   epidural steroid injections twice per year at this point?
24   You're not ready to provide that level of projection;
25   correct?