

3200 Devine Street, Suite 103
Columbia, South Carolina 29205
info@garberreporting.com
Telephone: (803) 256-4500

**CHRISTOPHER BATTISTA, MD**

*December 22, 2025*

Irene Keller

vs

Howard Anthony James, et al.

**2:24-cv-05884-DCN**

REPORTER: Katherine Lynn Freeman

```
 1         in my notes, saying that we would be doing a
 2         cervical decompression infusion for her.  But in
 3         individuals with chronic radiculopathy, we know
 4         that those can be very difficult to treat with
 5         decompression and decompression infusion
 6         surgeries and so that's why we made an initial
 7         recommendation for a spinal cord stimulator
 8         trial.
 9    Q.   Okay.  So you don't have it anywhere in your
10         notes that you've ever discussed a fusion surgery
11         at C5-6 with her?
12    A.   No.  Not from my review right here right now, no,
13         I don't see anything in there that would say
14         that.
15    Q.   Have you ever spoken with Dr. Paul White out of
16         Atlanta, Georgia?
17    A.   No, sir.  Not to my recollection.
18    Q.   Doctor, what spinal injuries do you believe that
19         Ms. Keller is currently suffering from?
20    A.   So she had a lumbar disc disruption at L5 and S1
21         with neural impingement that we treated with a
22         surgery on January 15th, 2025 by way of a lumbar
23         laminectomy and discectomy.  And then she is also
24         currently experiencing radiculopathy on the right
25         at C6, which she is having neck and radiating arm
```

1          left with a very unique clinical situation where,
2          thankfully, Dr. Patel was able to do a nerve
3          study after that initial motor vehicle accident
4          and it did not demonstrate any sort of
5          radiculopathy symptoms which is good.
6          Unfortunately, after the second accident when her
7          symptoms became more progressive and despite
8          having a similar MRI finding, the nerve study did
9          demonstrate objectively that she had a notable
10         worsening of that nerve root.  And so, at that
11         point I think it's hard to state that it's all
12         just from a degenerative progression of the
13         disease, but more likely that that nerve had some
14         level of injury or irritation to it that notably
15         worsened after the accident number two as
16         demonstrated by the objective nerve study
17         findings.
18    Q.   Okay.  Other than the spinal cord stimulator
19         trial that we have talked about earlier, do you
20         have any other recommendations for her future
21         care that you have told her about or put in
22         writing to her or told anyone else about, to
23         include her counsel?
24    A.   Other than I believe in that initial note we had
25         discussed that if the microdiscectomy did not

```
 1         provide her long-term relief that a lumbar fusion
 2         at L5-S1 might be a consideration.  I don't
 3         believe that there was any other time that we
 4         discussed any other treatments for her down the
 5         road.  Again, I would reserve the right to make
 6         some future recommendations potentially for her
 7         neck if the stimulator trial was unable to give
 8         her definitive relief, but that would be a
 9         lengthy discussion that we would have about the
10         risks and benefits of going through with an
11         operative intervention for decompression and
12         fusion of a chronically damaged nerve root.
13   Q.    Okay.  Well -- and I understand what you're
14         saying and nobody knows what the future holds.
15         I'm just asking, you know -- like you've --
16         you've already put the spinal cord recommendation
17         down on paper and you told her I recommend this
18         for you, a spinal cord stimulator.  And there's
19         nothing else that falls in that category of
20         things that you have recommended for her as of
21         this moment.  Like X amount of physical therapy
22         or this medication or that kind of thing?
23   A.    No.  Not to my recollection. Again, if she's
24         benefiting from physical therapy or certain
25         anti-inflammatory or nerve modulating medicines I
```

```
 1              stimulator trial.  I don't think that's
 2              unreasonable at all.
 3    Q.        Okay.  But nothing like that on the schedule as
 4              far as you can tell?
 5    A.        Not to my recollection.  I believe that they have
 6              another follow-up appointment with her looks like
 7              coming up at the beginning of 2026, January 7th.
 8              So I'm not sure what their plans or what they'll
 9              be doing with her at that point in time.  But no,
10              not from my kind of surgical point of view.  I
11              would like to move forward with the stimulator
12              trial and see if that's able to give her any
13              significant level of improved symptoms.
14    Q.        Okay.  Doctor, just a question related to the
15              lawsuit in particular, you are not going to offer
16              any testimony as to the costs of any of the
17              procedures that you have performed in the past or
18              recommended for the future are you?
19    A.        No, sir.  The costs of the procedures are what
20              the practice has already established.  That's not
21              anything that I have anything to do with really.
22    Q.        Okay.  So you don't even -- as you sit here today
23              do you know what those costs are?
24    A.        No, sir.  I know that we have charges for
25              different procedures that we do.  I know my CPT
```