

3200 Devine Street, Suite 103
Columbia, South Carolina 29205
info@garberreporting.com
Telephone: (803) 256-4500

## PAUL WHITE, MD, LCP

*November 03, 2025*

### Irene Keller

vs

### Howard Anthony James, et al.

**2:24-cv-05884-DCN**

REPORTER: Jill Vickers

| | | |
|---|---|---|
| 1 | | deposition today? |
| 2 | A: | So I prepared -- I actually have an updated |
| 3 | | report, Life Care Plan.  I thought it got sent off |
| 4 | | Friday, but I believe it just got sent over at 2 |
| 5 | | o'clock, but I prepared an updated Life Care Plan |
| 6 | | by speaking to Ms. Keller when she was asking me |
| 7 | | about the new plan and speaking to Dr. Patel which |
| 8 | | is also reflected in the new plan, so ... |
| 9 | Q: | **Okay.  Well, let me ask you.  You said it got sent** |
| 10 | | **out at 2:00 p.m. today.  Is that sent out to Mr.** |
| 11 | | **Klaasmeyer at 2:00 p.m. today?** |
| 12 | A: | Let me see who it got sent to.  It got sent to -- |
| 13 | | no.  I got an email from a paralegal, Stephanie |
| 14 | | Wright and then Mila Musali who asked if I had the |
| 15 | | updated report available, and I sent it to them. |
| 16 | Q: | **And when you said, "2:00 p.m.", you mean ten** |
| 17 | | **minutes go?** |
| 18 | A: | Yeah.  Apparently, they didn't get it through my |
| 19 | | invoices through QuickBooks, I believe.  They said |
| 20 | | they didn't get it through QuickBooks, even though |
| 21 | | it was sent, so I just sent them a PDF copy of it. |
| 22 | Q: | **And when did you complete that report?** |
| 23 | A: | This past Friday. |
| 24 | MR. HAYES: | Okay.  Cooper, has that been provided to |
| 25 | | my office? |