**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| PLAINTIFF<br><br>   IRENE KELLER,<br><br>   -v-<br><br>DEFENDANTS<br><br>   HOWARD ANTHONY JAMES and<br>   SE INDEPENDENT DELIVERY<br>   SERVICES, INC. | Case No.: 2:24-cv-05884-DCN<br><br>**MOTION FOR EXTENSION OF TIME**<br>**TO RESPOND TO DEFENDANTS'**<br>**PENDING MOTIONS** |

The Plaintiff respectfully request that the Court enter an order extending the time to respond to Defendants' pending motions in the above-captioned matter.

On February 10, 2026, Defendants' filed a Motion for Partial Summary Judgment as to Plaintiff's Lost Wages Claim (Dkt. 42), a Daubert Motion as to Paul White, MD (Dkt. 43), and a Motion for Partial Summary Judgment as to Future Medical Expenses (Dkt. 43). Presently, Plaintiff's response is due on February 24, 2026. All counsel of record for Plaintiff are presently preparing for a trial set to proceed on February 23, 2026 in Richland County, SC. As such, Plaintiff requests additional time to respond to Defendants' pending motions (Dkt. 42 & 43)

The undersigned has conferred with counsel for Defendants about the content of this motion.

**LOCAL CIVIL RULE 6.01 STATEMENT**

Pursuant to Local Civ. Rule 6.01, the following information is provided:

   1. The current deadline for Plaintiff's Response is February 24, 2026.

   2. The deadline has not been extended previously from the default fourteen days.

   3. Plaintiff requests 10 additional days to respond, making the deadline March 6, 2026

      4. The extension will not affect the remaining deadlines in the scheduling order.

Respectfully submitted,

**MORGAN & MORGAN, P.A.**

s/ Cooper Klaasmeyer
Cooper Klaasmeyer, Fed. I.D. No. 14272
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
(843) 973-5438
**ATTORNEYS FOR PLAINTIFF**

February 19, 2026
North Charleston, SC

2:24-cv-05884-DCN     Date Filed 02/20/26     Entry Number 44     Page 2 of 2