# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| PLAINTIFF<br><br>    IRENE KELLER,<br><br>  -v-<br><br>DEFENDANTS<br><br>    HOWARD ANTHONY JAMES and<br>    SE INDEPENDENT DELIVERY<br>    SERVICES, INC. | Case No.: 2:24-cv-05884-DCN<br><br>**SECOND AMENDED CONFERENCE<br>AND SCHEDULING ORDER** |

    Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this District, the court hereby establishes the following schedule for this case:

1. <u>Expert Witnesses</u>: Parties shall file and serve a document identifying by full name, address, and telephone number each person whom they expect to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to the parties by the following dates:
   
       Plaintiff:    **May 15, 2026**
       Defendant:    **June 15, 2026**

2. <u>Discovery</u>: Discovery shall be completed no later than **July 17, 2026**. All discovery requests shall be served in time for the responses thereto to be served by this deadline. All depositions must be taken before this deadline.

3. <u>Motions in Limine</u>: Motions in limine must be filed **at least three weeks prior to jury selection.**

4. <u>Dispositive Motions</u>: All dispositive motions and all Daubert motions shall be filed on or before **August 17, 2026.**[1]

5. <u>Trial</u>: This case will go to trial during the term of court beginning **September 1, 2026**.

---

[1] The court routinely schedules hearings on substantive motions. The court will not consider arguments raised at hearings that were not included in the parties' briefs nor will the court consider any new arguments raised in a reply brief.

The parties' attention is directed to the attached SPECIAL INSTRUCTIONS FOR CASES BEFORE JUDGE DAVID C. NORTON.

March __, 2026
Charleston, South Carolina

_____
Hon. David C. Norton
United States District Judge