

3200 Devine Street, Suite 103
Columbia, South Carolina 29205
info@garberreporting.com
Telephone: (803) 256-4500

# IRENE KELLER

*July 10, 2025*

**Irene Keller**

vs

**Howard Anthony James, et al.**

**2:24-cv-05884-DCN**

REPORTER: Katherine Lynn Freeman

```
1           certification that you had previously
2           for working at Honda Finance.
3    A.     Right.
4    Q.     Outside of that any sort of training,
5           certifications, or completions that
6           you've done from a professional
7           perspective?
8    A.     Through work I have, but I had the ISO
9           9001, TS 69 for non-certification --
10   Q.     Okay.
11   A.     -- to be a lead auditor.  High-voltage
12          certification.  First aid, CPR, those
13          types of things.
14   Q.     Have you ever had any workplace
15          injuries at Mercedes-Benz?
16   A.     No.
17   Q.     Do you know if your current
18          compensation package at Mercedes-Benz
19          has any short-term or long-term
20          disability benefits?
21   A.     It does.
22   Q.     Okay.  Have you used any of those
23          during your back surgery in January of
24          this year?
25   A.     Yes.
```

| | | |
|---|---|---|
| 1 | Q. | Okay. And what's your understanding, |
| 2 | | just in layperson speak, how that |
| 3 | | works? |
| 4 | A. | So while I was out, you have to file |
| 5 | | for FMLA and they -- your doctor sends |
| 6 | | the information to the short-term |
| 7 | | disability and they compensated me for |
| 8 | | my loss of income through Mercedes. |
| 9 | | And then after 13 weeks, your |
| 10 | | Short-Term Disability ends and you go |
| 11 | | to Long-Term Disability. |
| 12 | Q. | And did you return to work before you |
| 13 | | went to the long-term disability? |
| 14 | A. | I actually had gone into long-term |
| 15 | | disability for, I don't know the exact |
| 16 | | weeks, maybe two weeks. And then I |
| 17 | | returned to work. |
| 18 | Q. | All right. And how were your |
| 19 | | management or supervisors with your |
| 20 | | absence for your back surgery? |
| 21 | A. | I don't understand what you mean. |
| 22 | Q. | Were they understanding? |
| 23 | A. | Yes. |
| 24 | Q. | Were you penalized or reprimanded at |
| 25 | | all for the time off for your surgery? |

```
 1
 2   A.   No, I just was moved to a different
 3        area.
 4   Q.   And we talked earlier, that was a
 5        lateral move, correct?
 6   A.   Yeah.
 7   Q.   It wasn't like a --
 8   A.   No, I didn't --
 9   Q.   --  demotion or anything?
10   A.   Right.
11   Q.   Are your plans to continue working at
12        Mercedes-Benz until you retire?
13   A.   That's a tough question.  I -- it was
14        my plans, too.
15   Q.   All right.  And why is it a tough
16        question?
17   A.   Well, right now I'm back out on
18        long-term disability.
19   Q.   All right.  And so you said your plan
20        was to work at Mercedes-Benz until you
21        retired.  Was that before the 2022
22        accident or before this accident in
23        2024?
24   A.   It's always been my plan to -- to work
25        there, but -- even after both
```

```
 1        accidents.
 2   Q.   And when did you plan to work until?
 3   A.   Until I was 67.
 4   Q.   All right.  And when did you go back
 5        out on long-term disability?
 6   A.   July 8th.
 7   Q.   Okay.  So that would have been Monday?
 8   A.   Yes.
 9   Q.   All right.  And what triggered that?
10   A.   Pain.
11   Q.   When was last day -- did you show up to
12        work on Monday, the 8th?
13   A.   We went out on -- we had summer
14        shutdown, so we were off Juneteenth,
15        which is what, July 19, or June 19th.
16        That was a holiday.  And then the 20th
17        through that 7th, was a shutdown.  So I
18        was on vacation.  And during that time
19        I talked with my doctor and decided
20        that working at -- at my current
21        situation wasn't going to help my -- my
22        recovery.  So July 8th would have been
23        when I was supposed to return back to
24        work.  But my Long-Term Disability
25        started on the July 8th date.
```

| | | |
|---|---|---|
| 1 | Q. | All right. And who was the doctor that |
| 2 | | you talked to about that? |
| 3 | A. | Dr. Patel. |
| 4 | Q. | Dr. Patel is not the doctor who did |
| 5 | | your surgery, correct? |
| 6 | A. | Right. |
| 7 | Q. | What type of doctor is Dr. Patel? |
| 8 | A. | He's my back doctor and neck doctor and |
| 9 | | (inaudible.) |
| 10 | Q. | Do you know if he's a orthopaedic |
| 11 | | surgeon or a pain management doctor? |
| 12 | A. | I don't know his official title. |
| 13 | Q. | Do you know if he operates at all? |
| 14 | A. | No, he does not operate. He referred |
| 15 | | me to Battista to do my surgery. |
| 16 | Q. | So the last day you would have worked |
| 17 | | would have been June 18th? |
| 18 | A. | Yes. |
| 19 | Q. | Okay. And when did you come back to |
| 20 | | work prior to the stint that you worked |
| 21 | | ending June 18th? |
| 22 | A. | You mean after my surgery when did I -- |
| 23 | Q. | Yes, ma'am. |
| 24 | A. | -- go back to work? I believe it was |
| 25 | | May 5th. |

1       compensation claims that you've filed?
2  A.   No.
3  Q.   Have you ever been hurt on the job at
4       any time?
5  A.   No.
6  Q.   Have you had any discussions with Dr.
7       Patel about filing for Social Security
8       disability benefits?
9  A.   No.
10 Q.   Have you had any conversations with any
11      of your physicians about disability
12      benefits?
13 A.   Other than my STD and LTD, no.
14 Q.   You're talking about your short-term
15      and long-term?
16 A.   Short-term, long-term.  Yes, sir.
17 Q.   But nothing from the federal
18      government?
19 A.   No.
20 Q.   Have you had --
21 A.   I --
22 Q.   -- go ahead.
23 A.   MetLife actually talked to me and told
24      me that part of being on my long-term
25      disability is that they file for Social

```
 1        Security.  So they had sent me the
 2        paperwork, and I started filling that
 3        out, and then returned to work.  So
 4        that was back before -- the end of
 5        April time frame that they talked to me
 6        about that.
 7   Q.   All right.  But that's who you have
 8        your long-term disability benefits
 9        through right now --
10   A.   Right.
11   Q.   -- correct?  So do you expect that they
12        will send -- ask you to complete that
13        form?
14   A.   I do.
15   Q.   And that was requesting disability
16        benefits from the federal government?
17   A.   Yeah.
18   Q.   Okay.  And what was your understanding
19        -- would MetLife receive those benefits
20        and then pay you the benefits that they
21        have through your employment?
22   A.   I understood that if I got approved for
23        Social Security that I would get that
24        money, and they would reduce my current
25        payment by whatever Social Security
```

```
 1   A.   I don't.
 2   Q.   Do you have an understanding as to what
 3        -- well, do you have an understanding
 4        as to the surgery itself being what
 5        pushed you over the edge to not be able
 6        to work?
 7   A.   No.  I don't feel like that's the case.
 8   Q.   Okay.  Do you have an understanding of
 9        anything that you believe is the reason
10        you haven't been able to work since
11        middle of June?
12   A.   Pain.
13   Q.   Was there anything that happened, did
14        you ever fall --
15   A.   No.
16   Q.   -- did you exacerbate it or any way
17        that you know of?
18   A.   No.
19   Q.   And that pain, that -- the biggest part
20        of that pain is on the right side of
21        your lower back?
22   A.   Yes.
23   Q.   And that's what radiates down through
24        your buttocks, down to your leg?
25   A.   It doesn't radiate all the way down to
```

```
 1   Q.   Pain to your back, your neck, your low
 2        back, how that pain radiated before the
 3        surgery, are there any other injuries
 4        that you believe you suffered from this
 5        February of 2024 accident?
 6   A.   No, sir.
 7   Q.   Do you know how much your bills are for
 8        treatment you believe is related to
 9        this accident?
10   A.   No, sir.
11   Q.   And your current out-of-work status is
12        until your August follow-up
13        appointment, correct?
14   A.   That's correct.
15   Q.   Do you think that you'll be able to
16        return to work after that?
17   A.   I honestly don't know.  I mean, based
18        off of being on long-term disability,
19        my job is not protected anymore.
20   Q.   And what does that mean?
21   A.   My company can terminate me; they can
22        terminate my employment.
23   Q.   And that was a discussion that you and
24        your husband had when you were
25        determining whether to go on long-term
```

```
1         disability or stay working?
2    A.   Yes.
3    Q.   And I don't want to make any
4         assumptions, why did you decide to go
5         on long-term disability as opposed to
6         go back?
7    A.   Because working was not -- I was not --
8         it wasn't working.  I mean, I -- I was
9         having pain.  I was stopping two to
10        three times on my way home and going to
11        work.
12   Q.   Where were you stopping?
13   A.   At different gas stations.  One of them
14        is called the Refuel, and -- or there's
15        a -- another one, I can't remember.
16        It's a green one.  Is it a BP or
17        something.  But I had, like, three or
18        four different locations, depending on
19        how I was feeling, that I would stop at
20        that I felt like were safe.
21   Q.   Just to get up and stretch?
22   A.   Uh-huh.
23   Q.   Reposition yourself?
24   A.   Yes, sir.
25   Q.   Is there anything that you, from this
```