

**MetLife** | MERCEDES BENZ VANS

# Claims Search Results

Search for employee claims



## Search Options

Select criteria to begin Search

Absence Management and
Disability Claims

Search By
View Employee Claims

Employee Identifier
Employee Name

Last Name, FirstName
keller

Feedback

**SEARCH**

By searching a claim, you agree to the privacy terms below*.    **File a Claim / Absence**

Live Claim Chat 💬

SWB Mercedes-Benz 000274

## Claims Search Results

| Claimant Name | : | KELLER, IRENE | Home Address | : | 173 FOUR E ROAD, BOWMAN, SC 29018 |
|---|---|---|---|---|---|

Work State **:** SC

**Collapse All**



Filter Page View ▼

View Employee Details

| ⇕ Number | ⇕ Type | Status | ⇕ Date of Disability ⑦ | ⇕ Received Date | Action |
|---|---|---|---|---|---|

**Live Claim Chat** 💬

SWB Mercedes-Benz 000275

| 110113273383 | STD | Closed | ⑦ 01/15/2025 | 01/08/2025 | ⋮ | — |

**Claim Status**

$u...ded

**ⓘ Our records**

**STD details:**

**Benefit Information:**

**Benefit Start Date (Approved from):**
01/15/2025

**VIEW CLAIM DETAILS**

**Benefit End Date (Approved Through):**
04/15/2025

**Maximum Benefit Duration Date:**
04/15/2025

**Last Day of Work:**
01/14/2025

**Work Related:**
No

**Expected Return to Work Date:**
05/05/2027

**Workers Comp Filed:**
No

**Live Claim Chat** 💬

SWB Mercedes-Benz 000276

| | Absence | Approved - closed | ⑦ 01/15/2025 | 01/08/2025 | ⋮ | ▬ |

Live Claim Chat 💬

SWB Mercedes-Benz 000277

**Absence Status**



Su✓ ✓ eded
I  I  ✓



**ℹ Your request**

**Absence Management Details:**

**Certification Information**

From 01/15/2025 To 03/12/2025

**VIEW ABSENCE DETAILS**

**Absence Start Date:**
01/15/2025

**Absence End Date:**
04/15/2025

**Absence Type:**
Serious Health Condition - Employee

**Absence Frequency:**
Continuous

**Absence Program:**
Federal FMLA

**Absence Reason Description:**
Not Work Related

**Live Claim Chat** 💬

SWB Mercedes-Benz 000278

**Expected
Return to Work
Date:**
05/05/2027

**Live Claim Chat** 💬

SWB Mercedes-Benz 000279

| 610113380014 | LTD | Approved | ⑦ 01/15/2025 | 01/08/2025 | ⋮ | ─ |

**Claim Status**

$ub╾╾╾eded

**ⓘ The approval**

**LTD Details:**

**Benefit Information:**

**Benefit Start Date (Approved from):**
04/16/2025

**Benefit End Date (Approved Through):**
04/15/2027

**Maximum Benefit Duration Date:**
08/06/2041

**VIEW CLAIM DETAILS**

**Last Day of Work:**
01/14/2025

**Work Related:**
No

**Transition date:**
04/16/2027  ⑦

**Workers Comp Filed:**
No

**Expected Return to Work Date:**
05/05/2027

**Live Claim Chat** 💬

SWB Mercedes-Benz 000280

# Earnings Statement

Page 001 of 001
Period Beg/End:  01/14/2024 - 01/27/2024
Advice Date:     02/02/2024

Irene H Keller
173 Four E Road
Bowman, SC 29018

Basis of Pay:     Biweekly

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Earn | | | 5579.64 | 12033.78 |
| Regular Earn | 69.7455 | 8.00- | 557.96- | |
| Holiday | 69.7455 | 8.00 | 557.96 | 2608.74 |
| Floating Hol | | | 0.00 | 1492.82 |
| Gross Pay | | | 5579.64 | 16135.34 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Other Benefits** | | |
| 401(k) | 223.19 | 645.42 |
| Standard Dental E | 46.74 | 140.22 |
| Group Life Insura | 21.23 | 63.69 |
| PPO Plan Employer | 692.12 | 2076.36 |
| Standard Vision E | 3.76 | 11.28 |

## Deductions Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 852.90 | 2419.63 |
| Fed MED/EE | 77.83 | 224.73 |
| Fed OASDI/EE | 332.78 | 960.90 |
| SC Withholdng | 308.07 | 886.55 |

## Deductions Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 223.19 | 645.42 |
| DVM-Accident | 14.90 | 44.70 |
| Employee Loan 401(k) | 405.61 | 1216.83 |
| DVM-Identity theft | 6.25 | 18.75 |
| Other Deductions | 250.45 | 751.35 |
| *Excluded from Federal Taxable Wages | | |

| | This Period | Year-to-Date |
|---|---|---|
| Fed Taxable Wages | 5144.12 | 14852.93 |

## Message

| | This Period | Year-to-Date |
|---|---|---|
| Net Pay | 3107.66 | 8966.48 |

SWB Mercedes-Benz 000377

# Earnings  Statement

Period  Beg/End: Page  001 of  001
01/14/2024 - 01/27/2024
Advice  Date: 02/02/2024

Irene  H  Keller
173  Four  E  Road
Bowman,  SC  29018

Basis  of  Pay:        Biweekly

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular  Earn | | | 5579.64 | 12591.74 |
| Holiday | | | 0.00 | 2050.78 |
| Floating  Hol | | | 0.00 | 1492.82 |
| Gross  Pay | | | 5579.64 | 16135.34 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|

## Employer Paid Benefits

| | This Period | Year-to-Date |
|---|---|---|
| Standard  Dental  E | 46.74 | 140.22 |
| Standard  Vision  E | 3.76 | 11.28 |
| PPO  Plan  Employer | 692.12 | 2076.36 |
| 401(k) | 223.19 | 645.42 |
| Group  Life  Insura | 21.23 | 63.69 |

## Employee Tax

| | This Period | Year-to-Date |
|---|---|---|
| Fed  Withholdng | 832.22 | 2398.95 |
| Fed  MED/EE | 77.83 | 224.73 |
| Fed  OASDI/EE | 332.78 | 960.90 |
| SC  Withholdng | 302.57 | 881.05 |

## Employee Tax Deductions

| | This Period | Year-to-Date |
|---|---|---|
| DVM-Identity  theft | 6.25 | 18.75 |
| DVM  Voluntary  Life | 16.89 | 50.67 |
| Employee  Loan  401(k) | 405.61 | 1216.83 |
| DVM-Accident | 14.90 | 44.70 |
| Other  Deductions | 456.75 | 1346.10 |

*Excluded  from  Federal  Taxable  Wages

| Fed Taxable  Wages | 5144.12 | 14852.93 |
|---|---|---|

## Message

| Net  Pay | 3133.84 | 8992.66 |
|---|---|---|

# Earnings Statement

Page 001 of 001
Period Beg/End: 01/28/2024 - 02/10/2024
Advice Date: 02/16/2024

Irene H Keller
173 Four E Road
Bowman, SC 29018

Basis of Pay:    Biweekly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Earn | | | 5579.64 | 17613.42 |
| Floating Hol | | | 0.00 | 1492.82 |
| Holiday | | | 0.00 | 2608.74 |
| Gross Pay | | | 5579.64 | 21714.98 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Other Benefits** | | |
| 401(k) | 223.19 | 868.61 |
| Standard Dental E | 46.74 | 186.96 |
| Group Life Insura | 21.23 | 84.92 |
| PPO Plan Employer | 692.12 | 2768.48 |
| Standard Vision E | 3.76 | 15.04 |

## Deductions Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 852.90 | 3272.53 |
| Fed MED/EE | 77.82 | 302.55 |
| Fed OASDI/EE | 332.77 | 1293.67 |
| SC Withholdng | 308.07 | 1194.62 |

## Deductions Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 223.19 | 868.61 |
| DVM-Accident | 14.90 | 59.60 |
| Employee Loan 401(k) | 405.61 | 1622.44 |
| DVM-Identity theft | 6.25 | 25.00 |
| Other Deductions | 250.45 | 1001.80 |
| *Excluded from Federal Taxable Wages | | |

| | | This Period | Year-to-Date |
|---|---|---|---|
| Fed Taxable Wages | | 5144.12 | 19997.05 |

**Message**

| Net Pay | 3107.68 | 12074.16 |
|---|---|---|

SWB Mercedes-Benz 000379

# Earnings Statement

Period Beg/End:      Page 001 of 001
02/11/2024 - 02/24/2024
Advice Date:      03/01/2024

Irene H Keller
173 Four E Road
Bowman, SC 29018

Basis of Pay:      Biweekly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Earn | | | 5579.64 | 23193.06 |
| Floating Hol | | | 0.00 | 1492.82 |
| Holiday | | | 0.00 | 2608.74 |
| Gross Pay | | | 5579.64 | 27294.62 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Other Benefits** | | |
| 401(k) | 223.19 | 1091.80 |
| Standard Dental E | 46.74 | 233.70 |
| Group Life Insura | 21.23 | 106.15 |
| PPO Plan Employer | 692.12 | 3460.60 |
| Standard Vision E | 3.76 | 18.80 |

## Deductions Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 852.90 | 4125.43 |
| Fed MED/EE | 77.83 | 380.38 |
| Fed OASDI/EE | 332.77 | 1626.44 |
| SC Withholdng | 308.07 | 1502.69 |

## Deductions Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 223.19 | 1091.80 |
| DVM-Accident | 14.90 | 74.50 |
| Employee Loan 401(k) | 405.61 | 2028.05 |
| DVM-Identity theft | 6.25 | 31.25 |
| Other Deductions | 250.45 | 1252.25 |

*Excluded from Federal Taxable Wages

| | This Period | Year-to-Date |
|---|---|---|
| Fed Taxable Wages | 5144.12 | 25141.17 |

## Message

| | This Period | Year-to-Date |
|---|---|---|
| Net Pay | 3107.67 | 15181.83 |

SWB Mercedes-Benz 000380

# Earnings Statement

Page 001 of 001
Period Beg/End: 02/25/2024 - 03/09/2024
Advice Date: 03/15/2024

Irene H Keller
173 Four E Road
Bowman, SC 29018

Basis of Pay: Biweekly

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Earn | | | 5579.64 | 28772.70 |
| Floating Hol | | | 0.00 | 1492.82 |
| Holiday | | | 0.00 | 2608.74 |
| Gross Pay | | | 5579.64 | 32874.26 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Other Benefits** | | |
| 401(k) | 223.19 | 1314.99 |
| Standard Dental E | 46.74 | 280.44 |
| Group Life Insura | 21.23 | 127.38 |
| PPO Plan Employer | 692.12 | 4152.72 |
| Standard Vision E | 3.76 | 22.56 |

## Deductions Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 832.22 | 4957.65 |
| Fed MED/EE | 77.82 | 458.20 |
| Fed OASDI/EE | 332.78 | 1959.22 |
| SC Withholdng | 302.57 | 1805.26 |

## Deductions Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 223.19 | 1314.99 |
| DVM-Accident | 14.90 | 89.40 |
| Employee Loan 401(k) | 405.61 | 2433.66 |
| DVM-Identity theft | 6.25 | 37.50 |
| Other Deductions | 250.45 | 1502.70 |
| *Excluded from Federal Taxable Wages | | |

| | This Period | Year-to-Date |
|---|---|---|
| Fed Taxable Wages | 5144.12 | 30285.29 |

## Message

| | This Period | Year-to-Date |
|---|---|---|
| Net Pay | 3133.85 | 18315.68 |

# Earnings Statement

Page 001 of 001
Period Beg/End: 03/20/2024 - 03/20/2024
Advice Date: 03/22/2024

Irene H Keller
173 Four E Road
Bowman, SC 29018

Basis of Pay: Biweekly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Variable Com | | | 56404.83 | 56404.83 |
| Floating Hol | | | 0.00 | 1492.82 |
| Holiday | | | 0.00 | 2608.74 |
| Regular Earn | | | 0.00 | 28772.70 |
| Gross Pay | | | 56404.83 | 89279.09 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Other Benefits** | | |
| 401(k) | 2256.19 | 3571.18 |
| Standard Dental E | 0.00 | 280.44 |
| Group Life Insura | 0.00 | 127.38 |
| PPO Plan Employer | 0.00 | 4152.72 |
| Standard Vision E | 0.00 | 22.56 |

## Deductions Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 0.00 | 4957.65 |
| Fed MED/EE | 817.87 | 1276.07 |
| Fed OASDI/EE | 3497.10 | 5456.32 |
| SC Withholdng | 3465.51 | 5270.77 |

## Deductions Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 2256.19 | 3571.18 |
| DVM-Accident | 0.00 | 89.40 |
| Employee Loan 401(k) | 0.00 | 2433.66 |
| DVM-Identity theft | 0.00 | 37.50 |
| Other Deductions | 0.00 | 1502.70 |
| *Excluded from Federal Taxable Wages | | |

| | This Period | Year-to-Date |
|---|---|---|
| Fed Taxable Wages | 54148.64 | 84433.93 |

## Message

| | This Period | Year-to-Date |
|---|---|---|
| Net Pay | 46368.16 | 64683.84 |

# Earnings Statement

Page 001 of 001
Period Beg/End:    03/10/2024 - 03/23/2024
Advice Date:       03/28/2024

Irene H Keller
173 Four E Road
Bowman, SC 29018

Basis of Pay:    Biweekly

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Earn | | | 5579.64 | 31562.52 |
| Regular Earn | 69.7455 | 40.00- | 2789.82- | |
| Vacation | 69.7455 | 40.00 | 2789.82 | 2789.82 |
| Floating Hol | | | 0.00 | 1492.82 |
| Holiday | | | 0.00 | 2608.74 |
| Variable Com | | | 0.00 | 56404.83 |
| Gross Pay | | | 5579.64 | 94858.73 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Other Benefits** | | |
| 401(k) | 223.19 | 3794.37 |
| Standard Dental E | 46.74 | 327.18 |
| Group Life Insura | 21.23 | 148.61 |
| PPO Plan Employer | 692.12 | 4844.84 |
| Standard Vision E | 3.76 | 26.32 |

## Deductions Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 0.00 | 4957.65 |
| Fed MED/EE | 77.83 | 1353.90 |
| Fed OASDI/EE | 332.77 | 5789.09 |
| SC Withholdng | 302.57 | 5573.34 |

## Deductions Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 223.19 | 3794.37 |
| DVM-Accident | 14.90 | 104.30 |
| Employee Loan 401(k) | 405.61 | 2839.27 |
| DVM-Identity theft | 6.25 | 43.75 |
| Other Deductions | 250.45 | 1753.15 |
| *Excluded from Federal Taxable Wages | | |

| | This Period | Year-to-Date |
|---|---|---|
| Fed Taxable Wages | 5144.12 | 89578.05 |

## Message

| | This Period | Year-to-Date |
|---|---|---|
| Net Pay | 3966.07 | 68649.91 |

# Earnings Statement

Page 001 of 001
Period Beg/End:    03/24/2024 - 04/06/2024
Advice Date:    04/12/2024

Irene H Keller
173 Four E Road
Bowman, SC 29018

Basis of Pay: Biweekly

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Earn | | | 5579.64 | 35468.27 |
| Regular Earn | 69.7455 | 24.00- | 1673.89- | |
| Holiday | 69.7455 | 8.00 | 557.96 | 3166.70 |
| Vacation | 69.7455 | 16.00 | 1115.93 | 3905.75 |
| Floating Hol | | | 0.00 | 1492.82 |
| Variable Com | | | 0.00 | 56404.83 |
| Gross Pay | | | 5579.64 | 100438.37 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Other Benefits** | | |
| 401(k) | 223.19 | 4017.56 |
| Standard Dental E | 46.74 | 373.92 |
| Group Life Insura | 21.23 | 169.84 |
| PPO Plan Employer | 692.12 | 5536.96 |
| Standard Vision E | 3.76 | 30.08 |

## Deductions Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 832.22 | 5789.87 |
| Fed MED/EE | 77.83 | 1431.73 |
| Fed OASDI/EE | 332.77 | 6121.86 |
| SC Withholdng | 302.57 | 5875.91 |

## Deductions Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 223.19 | 4017.56 |
| DVM-Accident | 14.90 | 119.20 |
| Employee Loan 401(k) | 405.61 | 3244.88 |
| DVM-Identity theft | 6.25 | 50.00 |
| Other Deductions | 250.45 | 2003.60 |

*Excluded from Federal Taxable Wages

| | This Period | Year-to-Date |
|---|---|---|
| Fed Taxable Wages | 5144.12 | 94722.17 |

## Message

| | This Period | Year-to-Date |
|---|---|---|
| Net Pay | 3133.85 | 71783.76 |

# Earnings Statement

Page 001 of 001
Period Beg/End:   04/07/2024 - 04/20/2024
Advice Date:      04/26/2024

Irene H Keller
173 Four E Road
Bowman, SC 29018

Basis of Pay:        Biweekly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Earn | | | 5579.64 | 41047.91 |
| Floating Hol | | | 0.00 | 1492.82 |
| Variable Com | | | 0.00 | 56404.83 |
| Holiday | | | 0.00 | 3166.70 |
| Vacation | | | 0.00 | 3905.75 |
| Gross Pay | | | 5579.64 | 106018.01 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Other Benefits** | | |
| 401(k) | 223.19 | 4240.75 |
| Standard Dental E | 46.74 | 420.66 |
| Group Life Insura | 21.23 | 191.07 |
| PPO Plan Employer | 692.12 | 6229.08 |
| Standard Vision E | 3.76 | 33.84 |

## Deductions Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 832.22 | 6622.09 |
| Fed MED/EE | 77.82 | 1509.55 |
| Fed OASDI/EE | 332.78 | 6454.64 |
| SC Withholdng | 302.57 | 6178.48 |

## Deductions Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 223.19 | 4240.75 |
| DVM-Accident | 14.90 | 134.10 |
| Employee Loan 401(k) | 405.61 | 3650.49 |
| DVM-Identity theft | 6.25 | 56.25 |
| Other Deductions | 250.45 | 2254.05 |
| *Excluded from Federal Taxable Wages | | |

| | This Period | Year-to-Date |
|---|---|---|
| Fed Taxable Wages | 5144.12 | 99866.29 |

## Message

| | This Period | Year-to-Date |
|---|---|---|
| Net Pay | 3133.85 | 74917.61 |

# Earnings Statement

Page 001 of 001
Period Beg/End: 04/21/2024 - 05/04/2024
Advice Date: 05/10/2024

Irene H Keller
173 Four E Road
Bowman, SC 29018

Basis of Pay: Biweekly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Earn | | | 5579.64 | 46069.59 |
| Regular Earn | 69.7455 | 8.00- | 557.96- | |
| Vacation | 69.7455 | 8.00 | 557.96 | 4463.71 |
| Floating Hol | | | 0.00 | 1492.82 |
| Variable Com | | | 0.00 | 56404.83 |
| Holiday | | | 0.00 | 3166.70 |
| Gross Pay | | | 5579.64 | 111597.65 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Other Benefits** | | |
| 401(k) | 223.19 | 4463.94 |
| Standard Dental E | 46.74 | 467.40 |
| Group Life Insura | 21.23 | 212.30 |
| PPO Plan Employer | 692.12 | 6921.20 |
| Standard Vision E | 3.76 | 37.60 |

## Deductions Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 832.22 | 7454.31 |
| Fed MED/EE | 77.83 | 1587.38 |
| Fed OASDI/EE | 332.77 | 6787.41 |
| SC Withholdng | 302.57 | 6481.05 |

## Deductions Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 223.19 | 4463.94 |
| DVM-Accident | 14.90 | 149.00 |
| Employee Loan 401(k) | 405.61 | 4056.10 |
| DVM-Identity theft | 6.25 | 62.50 |
| Other Deductions | 250.45 | 2504.50 |
| *Excluded from Federal Taxable Wages | | |

| | This Period | Year-to-Date |
|---|---|---|
| Fed Taxable Wages | 5144.12 | 105010.41 |

## Message

| | This Period | Year-to-Date |
|---|---|---|
| Net Pay | 3133.85 | 78051.46 |

SWB Mercedes-Benz 000386

# Earnings Statement

| | |
|---|---|
| | Page 001 of 001 |
| Period Beg/End: | 05/05/2024 - 05/18/2024 |
| Advice Date: | 05/24/2024 |

Irene H Keller
173 Four E Road
Bowman, SC 29018

Basis of Pay:        Biweekly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Earn | | | 5579.64 | 50533.30 |
| Regular Earn | 69.7455 | 16.00- | 1115.93- | |
| Vacation | 69.7455 | 16.00 | 1115.93 | 5579.64 |
| Floating Hol | | | 0.00 | 1492.82 |
| Variable Com | | | 0.00 | 56404.83 |
| Holiday | | | 0.00 | 3166.70 |
| **Gross Pay** | | | **5579.64** | **117177.29** |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Other Benefits** | | |
| 401(k) | 223.19 | 4687.13 |
| Standard Dental E | 46.74 | 514.14 |
| Group Life Insura | 21.23 | 233.53 |
| PPO Plan Employer | 692.12 | 7613.32 |
| Standard Vision E | 3.76 | 41.36 |

## Deductions Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 832.22 | 8286.53 |
| Fed MED/EE | 77.82 | 1665.20 |
| Fed OASDI/EE | 332.77 | 7120.18 |
| SC Withholdng | 302.57 | 6783.62 |

## Deductions Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 223.19 | 4687.13 |
| DVM-Accident | 14.90 | 163.90 |
| Employee Loan 401(k) | 405.61 | 4461.71 |
| DVM-Identity theft | 6.25 | 68.75 |
| Other Deductions | 250.45 | 2754.95 |
| *Excluded from Federal Taxable Wages | | |

| | This Period | Year-to-Date |
|---|---|---|
| Fed Taxable Wages | 5144.12 | 110154.53 |

**Message**

| | This Period | Year-to-Date |
|---|---|---|
| **Net Pay** | **3133.86** | **81185.32** |

SWB Mercedes-Benz 000387

# Earnings Statement

|  |  |
|---|---|
| | Page 001 of 001 |
| Period Beg/End: | 05/19/2024 - 06/01/2024 |
| Advice Date: | 06/07/2024 |

Irene H Keller
173 Four E Road
Bowman, SC 29018

Basis of Pay: Biweekly

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Earn | | | 5579.64 | 53323.12 |
| Regular Earn | 69.7455 | 40.00- | 2789.82- | |
| Holiday | 69.7455 | 8.00 | 557.96 | 3724.66 |
| Vacation | 69.7455 | 32.00 | 2231.86 | 7811.50 |
| Floating Hol | | | 0.00 | 1492.82 |
| Variable Com | | | 0.00 | 56404.83 |
| Gross Pay | | | 5579.64 | 122756.93 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Other Benefits** | | |
| 401(k) | 223.19 | 4910.32 |
| Standard Dental E | 46.74 | 560.88 |
| Group Life Insura | 21.23 | 254.76 |
| PPO Plan Employer | 692.12 | 8305.44 |
| Standard Vision E | 3.76 | 45.12 |

## Deductions Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 832.22 | 9118.75 |
| Fed MED/EE | 77.83 | 1743.03 |
| Fed OASDI/EE | 332.78 | 7452.96 |
| SC Withholdng | 302.57 | 7086.19 |

## Deductions Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 223.19 | 4910.32 |
| DVM-Accident | 14.90 | 178.80 |
| Employee Loan 401(k) | 405.61 | 4867.32 |
| DVM-Identity theft | 6.25 | 75.00 |
| Other Deductions | 250.45 | 3005.40 |
| *Excluded from Federal Taxable Wages | | |

| | This Period | Year-to-Date |
|---|---|---|
| Fed Taxable Wages | 5144.12 | 115298.65 |

## Message

| | This Period | Year-to-Date |
|---|---|---|
| Net Pay | 3133.84 | 84319.16 |

SWB Mercedes-Benz 000388

# Earnings Statement

|  |  |
|---|---|
| | Page 001 of 001 |
| Period Beg/End: | 06/02/2024 - 06/15/2024 |
| Advice Date: | 06/21/2024 |

Irene H Keller
173 Four E Road
Bowman, SC 29018

Basis of Pay: Biweekly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Earn | | | 5579.64 | 58902.76 |
| Floating Hol | | | 0.00 | 1492.82 |
| Variable Com | | | 0.00 | 56404.83 |
| Holiday | | | 0.00 | 3724.66 |
| Vacation | | | 0.00 | 7811.50 |
| Gross Pay | | | 5579.64 | 128336.57 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Other Benefits** | | |
| 401(k) | 223.19 | 5133.51 |
| Standard Dental E | 46.74 | 607.62 |
| Group Life Insura | 21.23 | 275.99 |
| PPO Plan Employer | 692.12 | 8997.56 |
| Standard Vision E | 3.76 | 48.88 |

## Deductions Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 832.22 | 9950.97 |
| Fed MED/EE | 77.83 | 1820.86 |
| Fed OASDI/EE | 332.77 | 7785.73 |
| SC Withholdng | 302.57 | 7388.76 |

## Deductions Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 223.19 | 5133.51 |
| DVM-Accident | 14.90 | 193.70 |
| Employee Loan 401(k) | 405.61 | 5272.93 |
| DVM-Identity theft | 6.25 | 81.25 |
| Other Deductions | 250.45 | 3255.85 |
| *Excluded from Federal Taxable Wages | | |

| | This Period | Year-to-Date |
|---|---|---|
| Fed Taxable Wages | 5144.12 | 120442.77 |

## Message

| | This Period | Year-to-Date |
|---|---|---|
| Net Pay | 3133.85 | 87453.01 |

# Earnings Statement

Period Beg/End:                  Page 001 of 001
Advice Date:                     06/16/2024 - 06/29/2024
                                 07/05/2024

Irene  H  Keller
173  Four  E  Road
Bowman,   SC  29018

Basis  of  Pay:          Biweekly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular  Earn | | | 5579.64 | 61134.62 |
| Regular  Earn | 69.7455 | 48.00- | 3347.78- | |
| Holiday | 69.7455 | 8.00 | 557.96 | 4282.62 |
| Floating  Hol | 69.7455 | 40.00 | 2789.82 | 4282.64 |
| Variable  Com | | | 0.00 | 56404.83 |
| Vacation | | | 0.00 | 7811.50 |
| Gross  Pay | | | 5579.64 | 133916.21 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Other  Benefits** | | |
| 401(k) | 223.19 | 5356.70 |
| Standard  Dental  E | 46.74 | 654.36 |
| Group  Life  Insura | 21.23 | 297.22 |
| PPO  Plan  Employer | 692.12 | 9689.68 |
| Standard  Vision  E | 3.76 | 52.64 |

## Deductions  Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed  Withholdng | 832.22 | 10783.19 |
| Fed  MED/EE | 77.82 | 1898.68 |
| Fed  OASDI/EE | 332.77 | 8118.50 |
| SC  Withholdng | 302.57 | 7691.33 |

## Deductions  Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 223.19 | 5356.70 |
| DVM-Accident | 14.90 | 208.60 |
| Employee  Loan  401(k) | 405.61 | 5678.54 |
| DVM-Identity  theft | 6.25 | 87.50 |
| Other  Deductions | 250.45 | 3506.30 |
| *Excluded  from  Federal  Taxable  Wages | | |

| | This Period | Year-to-Date |
|---|---|---|
| Fed  Taxable  Wages | 5144.12 | 125586.89 |

## Message

| | This Period | Year-to-Date |
|---|---|---|
| Net  Pay | 3133.86 | 90586.87 |

SWB Mercedes-Benz 000390

# Earnings Statement

|  |  |
|---|---|
| | Page 001 of 001 |
| Period Beg/End: | 06/30/2024 - 07/13/2024 |
| Advice Date: | 07/19/2024 |

Irene H Keller
173 Four E Road
Bowman, SC 29018

Basis of Pay:        Biweekly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Earn | | | 5579.64 | 63924.44 |
| Regular Earn | 69.7455 | 40.00- | 2789.82- | |
| Holiday | 69.7455 | 8.00 | 557.96 | 4840.58 |
| Vacation | 69.7455 | 32.00 | 2231.86 | 10043.36 |
| Variable Com | | | 0.00 | 56404.83 |
| Floating Hol | | | 0.00 | 4282.64 |
| Gross Pay | | | 5579.64 | 139495.85 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Other Benefits** | | |
| 401(k) | 223.19 | 5579.89 |
| Standard Dental E | 46.74 | 701.10 |
| Group Life Insura | 21.23 | 318.45 |
| PPO Plan Employer | 692.12 | 10381.80 |
| Standard Vision E | 3.76 | 56.40 |

## Deductions Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 832.22 | 11615.41 |
| Fed MED/EE | 77.83 | 1976.51 |
| Fed OASDI/EE | 332.78 | 8451.28 |
| SC Withholdng | 302.57 | 7993.90 |

## Deductions Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 223.19 | 5579.89 |
| DVM-Accident | 14.90 | 223.50 |
| Employee Loan 401(k) | 405.61 | 6084.15 |
| DVM-Identity theft | 6.25 | 93.75 |
| Other Deductions | 250.45 | 3756.75 |
| *Excluded from Federal Taxable Wages | | |

| | This Period | Year-to-Date |
|---|---|---|
| Fed Taxable Wages | 5144.12 | 130731.01 |

**Message**

| | This Period | Year-to-Date |
|---|---|---|
| Net Pay | 3133.84 | 93720.71 |

# Earnings Statement

Page 001 of 001
Period Beg/End: 07/14/2024 - 07/27/2024
Advice Date: 08/02/2024

Irene H Keller
173 Four E Road
Bowman, SC 29018

Basis of Pay: Biweekly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Earn | | | 5579.64 | 69504.08 |
| Variable Com | | | 0.00 | 56404.83 |
| Holiday | | | 0.00 | 4840.58 |
| Vacation | | | 0.00 | 10043.36 |
| Floating Hol | | | 0.00 | 4282.64 |
| Gross Pay | | | 5579.64 | 145075.49 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Other Benefits** | | |
| 401(k) | 223.19 | 5803.08 |
| Standard Dental E | 46.74 | 747.84 |
| Group Life Insura | 21.23 | 339.68 |
| PPO Plan Employer | 692.12 | 11073.92 |
| Standard Vision E | 3.76 | 60.16 |

## Deductions Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 832.22 | 12447.63 |
| Fed MED/EE | 77.82 | 2054.33 |
| Fed OASDI/EE | 332.77 | 8784.05 |
| SC Withholdng | 302.57 | 8296.47 |

## Deductions Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 223.19 | 5803.08 |
| DVM-Accident | 14.90 | 238.40 |
| Employee Loan 401(k) | 405.61 | 6489.76 |
| DVM-Identity theft | 6.25 | 100.00 |
| Other Deductions | 250.45 | 4007.20 |
| *Excluded from Federal Taxable Wages | | |

| | This Period | Year-to-Date |
|---|---|---|
| Fed Taxable Wages | 5144.12 | 135875.13 |

## Message

| | This Period | Year-to-Date |
|---|---|---|
| Net Pay | 3133.86 | 96854.57 |

SWB Mercedes-Benz 000392

# Earnings Statement

| | |
|---|---|
| | Page 001 of 001 |
| Period Beg/End: | 07/28/2024 - 08/10/2024 |
| Advice Date: | 08/16/2024 |

Irene H Keller
173 Four E Road
Bowman, SC 29018

Basis of Pay:          Biweekly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Earn | | | 5579.64 | 73409.83 |
| Regular Earn | 69.7455 | 24.00- | 1673.89- | |
| Vacation | 69.7455 | 24.00 | 1673.89 | 11717.25 |
| Variable Com | | | 0.00 | 56404.83 |
| Holiday | | | 0.00 | 4840.58 |
| Floating Hol | | | 0.00 | 4282.64 |
| **Gross Pay** | | | **5579.64** | **150655.13** |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Other Benefits** | | |
| 401(k) | 223.19 | 6026.27 |
| Standard Dental E | 46.74 | 794.58 |
| Group Life Insura | 21.23 | 360.91 |
| PPO Plan Employer | 692.12 | 11766.04 |
| Standard Vision E | 3.76 | 63.92 |

## Deductions Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 832.22 | 13279.85 |
| Fed MED/EE | 77.83 | 2132.16 |
| Fed OASDI/EE | 332.77 | 9116.82 |
| SC Withholdng | 302.57 | 8599.04 |

## Deductions Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 223.19 | 6026.27 |
| DVM-Accident | 14.90 | 253.30 |
| Employee Loan 401(k) | 405.61 | 6895.37 |
| DVM-Identity theft | 6.25 | 106.25 |
| Other Deductions | 250.45 | 4257.65 |
| *Excluded from Federal Taxable Wages | | |

| | This Period | Year-to-Date |
|---|---|---|
| Fed Taxable Wages | 5144.12 | 141019.25 |

## Message

| | This Period | Year-to-Date |
|---|---|---|
| **Net Pay** | **3133.85** | **99988.42** |

SWB Mercedes-Benz 000393

# Earnings Statement

Page 001 of 001
Period Beg/End:    08/11/2024 - 08/24/2024
Advice Date:    08/30/2024

Irene H Keller
173 Four E Road
Bowman, SC 29018

Basis of Pay:    Biweekly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Earn | | | 5579.64 | 78989.47 |
| Variable Com | | | 0.00 | 56404.83 |
| Holiday | | | 0.00 | 4840.58 |
| Floating Hol | | | 0.00 | 4282.64 |
| Vacation | | | 0.00 | 11717.25 |
| Gross Pay | | | 5579.64 | 156234.77 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Other Benefits** | | |
| 401(k) | 223.19 | 6249.46 |
| Standard Dental E | 46.74 | 841.32 |
| Group Life Insura | 21.23 | 382.14 |
| PPO Plan Employer | 692.12 | 12458.16 |
| Standard Vision E | 3.76 | 67.68 |

## Deductions Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 832.22 | 14112.07 |
| Fed MED/EE | 77.83 | 2209.99 |
| Fed OASDI/EE | 332.78 | 9449.60 |
| SC Withholdng | 302.57 | 8901.61 |

## Deductions Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 223.19 | 6249.46 |
| DVM-Accident | 14.90 | 268.20 |
| Employee Loan 401(k) | 405.61 | 7300.98 |
| DVM-Identity theft | 6.25 | 112.50 |
| Other Deductions | 250.45 | 4508.10 |
| *Excluded from Federal Taxable Wages | | |

| | This Period | Year-to-Date |
|---|---|---|
| Fed Taxable Wages | 5144.12 | 146163.37 |

**Message**

| | This Period | Year-to-Date |
|---|---|---|
| Net Pay | 3133.84 | 103122.26 |

SWB Mercedes-Benz 000394

# Earnings Statement

|  |  |
|---|---|
| | Page 001 of 001 |
| Period Beg/End: | 08/25/2024 - 09/07/2024 |
| Advice Date: | 09/13/2024 |

Irene H Keller
173 Four E Road
Bowman, SC 29018

Basis of Pay:     Biweekly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Earn | | | 5579.64 | 84011.15 |
| Regular Earn | 69.7455 | 8.00- | 557.96- | |
| Holiday | 69.7455 | 8.00 | 557.96 | 5398.54 |
| Variable Com | | | 0.00 | 56404.83 |
| Floating Hol | | | 0.00 | 4282.64 |
| Vacation | | | 0.00 | 11717.25 |
| Gross Pay | | | 5579.64 | 161814.41 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Other Benefits** | | |
| 401(k) | 223.19 | 6472.65 |
| Standard Dental E | 46.74 | 888.06 |
| Group Life Insura | 21.23 | 403.37 |
| PPO Plan Employer | 692.12 | 13150.28 |
| Standard Vision E | 3.76 | 71.44 |

## Deductions Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 832.22 | 14944.29 |
| Fed MED/EE | 77.82 | 2287.81 |
| Fed OASDI/EE | 332.77 | 9782.37 |
| SC Withholdng | 302.57 | 9204.18 |

## Deductions Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 223.19 | 6472.65 |
| DVM-Accident | 14.90 | 283.10 |
| Employee Loan 401(k) | 405.61 | 7706.59 |
| DVM-Identity theft | 6.25 | 118.75 |
| Other Deductions | 250.45 | 4758.55 |
| *Excluded from Federal Taxable Wages | | |

| | | This Period | Year-to-Date |
|---|---|---|---|
| Fed Taxable Wages | | 5144.12 | 151307.49 |

**Message**

| Net Pay | 3133.86 | 106256.12 |
|---|---|---|

SWB Mercedes-Benz 000395

# Earnings Statement

|  |  |
|---|---|
| | Page 001 of 001 |
| Period Beg/End: | 09/08/2024 - 09/21/2024 |
| Advice Date: | 09/27/2024 |

Irene H Keller
173 Four E Road
Bowman, SC 29018

Basis of Pay:          Biweekly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Earn | | | 5579.64 | 89590.79 |
| Variable Com | | | 0.00 | 56404.83 |
| Floating Hol | | | 0.00 | 4282.64 |
| Vacation | | | 0.00 | 11717.25 |
| Holiday | | | 0.00 | 5398.54 |
| Gross Pay | | | 5579.64 | 167394.05 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Other Benefits** | | |
| 401(k) | 223.19 | 6695.84 |
| Standard Dental E | 46.74 | 934.80 |
| Group Life Insura | 21.23 | 424.60 |
| PPO Plan Employer | 692.12 | 13842.40 |
| Standard Vision E | 3.76 | 75.20 |

## Deductions Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 832.22 | 15776.51 |
| Fed MED/EE | 77.83 | 2365.64 |
| Fed OASDI/EE | 332.77 | 10115.14 |
| SC Withholdng | 302.57 | 9506.75 |

## Deductions Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 223.19 | 6695.84 |
| DVM-Accident | 14.90 | 298.00 |
| Employee Loan 401(k) | 405.61 | 8112.20 |
| DVM-Identity theft | 6.25 | 125.00 |
| Other Deductions | 250.45 | 5009.00 |
| *Excluded from Federal Taxable Wages | | |

| | This Period | Year-to-Date |
|---|---|---|
| Fed Taxable Wages | 5144.12 | 156451.61 |

**Message**

| | This Period | Year-to-Date |
|---|---|---|
| Net Pay | 3133.85 | 109389.97 |

SWB Mercedes-Benz 000396

# Earnings Statement

|  |  |
|---|---|
| Period Beg/End: | Page 001 of 001<br>09/22/2024 - 10/05/2024 |
| Advice Date: | 10/11/2024 |

Irene H Keller
173 Four E Road
Bowman,  SC  29018

Basis of Pay:         Biweekly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Earn |  |  | 5579.64 | 95170.43 |
| Variable Com |  |  | 0.00 | 56404.83 |
| Floating Hol |  |  | 0.00 | 4282.64 |
| Vacation |  |  | 0.00 | 11717.25 |
| Holiday |  |  | 0.00 | 5398.54 |
| Gross Pay |  |  | 5579.64 | 172973.69 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Other Benefits** | | |
| 401(k) | 223.19 | 6919.03 |
| Standard Dental E | 46.74 | 981.54 |
| Group Life Insura | 21.23 | 445.83 |
| PPO Plan Employer | 692.12 | 14534.52 |
| Standard Vision E | 3.76 | 78.96 |

## Deductions Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 832.22 | 16608.73 |
| Fed MED/EE | 77.82 | 2443.46 |
| Fed OASDI/EE | 332.78 | 10447.92 |
| SC Withholdng | 302.57 | 9809.32 |

## Deductions Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 223.19 | 6919.03 |
| DVM-Accident | 14.90 | 312.90 |
| Employee Loan 401(k) | 405.61 | 8517.81 |
| DVM-Identity theft | 6.25 | 131.25 |
| Other Deductions | 250.45 | 5259.45 |
| *Excluded from Federal Taxable Wages | | |

| | This Period | Year-to-Date |
|---|---|---|
| Fed Taxable Wages | 5144.12 | 161595.73 |

## Message

| | This Period | Year-to-Date |
|---|---|---|
| Net Pay | 3133.85 | 112523.82 |

SWB Mercedes-Benz 000397

# Earnings Statement

Period Beg/End:
Advice Date:

Page 001 of 001
10/06/2024 - 10/19/2024
10/25/2024

Irene H Keller
173 Four E Road
Bowman, SC 29018

Basis of Pay:   Biweekly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Earn | | | 5579.64 | 100750.07 |
| Variable Com | | | 0.00 | 56404.83 |
| Floating Hol | | | 0.00 | 4282.64 |
| Vacation | | | 0.00 | 11717.25 |
| Holiday | | | 0.00 | 5398.54 |
| Gross Pay | | | 5579.64 | 178553.33 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Other Benefits** | | |
| 401(k) | 223.19 | 7142.22 |
| Standard Dental E | 46.74 | 1028.28 |
| Group Life Insura | 21.23 | 467.06 |
| PPO Plan Employer | 692.12 | 15226.64 |
| Standard Vision E | 3.76 | 82.72 |

## Deductions Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 832.22 | 17440.95 |
| Fed MED/EE | 77.83 | 2521.29 |
| Fed OASDI/EE | 5.28 | 10453.20 |
| SC Withholdng | 302.57 | 10111.89 |

## Deductions Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 223.19 | 7142.22 |
| DVM-Accident | 14.90 | 327.80 |
| Employee Loan 401(k) | 405.61 | 8923.42 |
| DVM-Identity theft | 6.25 | 137.50 |
| Other Deductions | 250.45 | 5509.90 |
| *Excluded from Federal Taxable Wages | | |

| | This Period | Year-to-Date |
|---|---|---|
| Fed Taxable Wages | 5144.12 | 166739.85 |

## Message

| | This Period | Year-to-Date |
|---|---|---|
| Net Pay | 3461.34 | 115985.16 |

# Earnings Statement

|  |  |
|---|---|
| Period Beg/End: | Page 001 of 001 |
| Advice Date: | 10/20/2024 - 11/02/2024 |
|  | 11/08/2024 |

Irene H Keller
173 Four E Road
Bowman, SC 29018

Basis of Pay:     Biweekly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Earn |  |  | 5579.64 | 106329.71 |
| Variable Com |  |  | 0.00 | 56404.83 |
| Floating Hol |  |  | 0.00 | 4282.64 |
| Vacation |  |  | 0.00 | 11717.25 |
| Holiday |  |  | 0.00 | 5398.54 |
| Gross Pay |  |  | 5579.64 | 184132.97 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Other Benefits** |  |  |
| 401(k) | 223.19 | 7365.41 |
| Standard Dental E | 46.74 | 1075.02 |
| Group Life Insura | 21.23 | 488.29 |
| PPO Plan Employer | 692.12 | 15918.76 |
| Standard Vision E | 3.76 | 86.48 |

## Deductions Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 832.22 | 18273.17 |
| Fed MED/EE | 77.83 | 2599.12 |
| Fed OASDI/EE | 0.00 | 10453.20 |
| SC Withholdng | 302.57 | 10414.46 |

## Deductions Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 223.19 | 7365.41 |
| DVM-Accident | 14.90 | 342.70 |
| Employee Loan 401(k) | 405.61 | 9329.03 |
| DVM-Identity theft | 6.25 | 143.75 |
| Other Deductions | 250.45 | 5760.35 |
| *Excluded from Federal Taxable Wages |  |  |

| | This Period | Year-to-Date |
|---|---|---|
| Fed Taxable Wages | 5144.12 | 171883.97 |

## Message

| | This Period | Year-to-Date |
|---|---|---|
| Net Pay | 3466.62 | 119451.78 |

SWB Mercedes-Benz 000399

# Earnings Statement

|  |  |
|---|---|
| Period Beg/End: | Page 001 of 001 |
| Advice Date: | 11/03/2024 - 11/16/2024 |
|  | 11/22/2024 |

Irene H Keller
173 Four E Road
Bowman, SC 29018

Basis of Pay:    Biweekly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Earn |  |  | 5579.64 | 111909.35 |
| Variable Com |  |  | 0.00 | 56404.83 |
| Floating Hol |  |  | 0.00 | 4282.64 |
| Vacation |  |  | 0.00 | 11717.25 |
| Holiday |  |  | 0.00 | 5398.54 |
| Gross Pay |  |  | 5579.64 | 189712.61 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Other Benefits** |  |  |
| 401(k) | 223.19 | 7588.60 |
| Standard Dental E | 46.74 | 1121.76 |
| Group Life Insura | 21.23 | 509.52 |
| PPO Plan Employer | 692.12 | 16610.88 |
| Standard Vision E | 3.76 | 90.24 |

## Deductions Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 832.22 | 19105.39 |
| Fed MED/EE | 77.82 | 2676.94 |
| Fed OASDI/EE | 0.00 | 10453.20 |
| SC Withholdng | 302.57 | 10717.03 |

## Deductions Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 223.19 | 7588.60 |
| DVM-Accident | 14.90 | 357.60 |
| Employee Loan 401(k) | 405.61 | 9734.64 |
| DVM-Identity theft | 6.25 | 150.00 |
| Other Deductions | 250.45 | 6010.80 |
| *Excluded from Federal Taxable Wages | | |

| | This Period | Year-to-Date |
|---|---|---|
| Fed Taxable Wages | 5144.12 | 177028.09 |

## Message

| Net Pay | 3466.63 | 122918.41 |
|---|---|---|

SWB Mercedes-Benz 000400

# Earnings Statement

| | |
|---|---|
| | Page 001 of 001 |
| Period Beg/End: | 11/17/2024 - 11/30/2024 |
| Advice Date: | 12/06/2024 |

Irene H Keller
173 Four E Road
Bowman, SC 29018

Basis of Pay:      Biweekly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Earn | | | 5579.64 | 116373.06 |
| Regular Earn | 69.7455 | 16.00- | 1115.93- | |
| Holiday | 69.7455 | 16.00 | 1115.93 | 6514.47 |
| Variable Com | | | 0.00 | 56404.83 |
| Floating Hol | | | 0.00 | 4282.64 |
| Vacation | | | 0.00 | 11717.25 |
| **Gross Pay** | | | **5579.64** | **195292.25** |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Other Benefits** | | |
| 401(k) | 223.19 | 7811.79 |
| Standard Dental E | 46.74 | 1168.50 |
| Group Life Insura | 21.23 | 530.75 |
| PPO Plan Employer | 692.12 | 17303.00 |
| Standard Vision E | 3.76 | 94.00 |

## Deductions Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 832.22 | 19937.61 |
| Fed MED/EE | 77.83 | 2754.77 |
| Fed OASDI/EE | 0.00 | 10453.20 |
| SC Withholdng | 302.57 | 11019.60 |

## Deductions Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 223.19 | 7811.79 |
| DVM-Accident | 14.90 | 372.50 |
| Employee Loan 401(k) | 405.61 | 10140.25 |
| DVM-Identity theft | 6.25 | 156.25 |
| Other Deductions | 250.45 | 6261.25 |
| *Excluded from Federal Taxable Wages | | |

| | This Period | Year-to-Date |
|---|---|---|
| Fed Taxable Wages | 5144.12 | 182172.21 |

## Message

| | This Period | Year-to-Date |
|---|---|---|
| **Net Pay** | **3466.62** | **126385.03** |

SWB Mercedes-Benz 000401

# Earnings Statement

Period Beg/End:     12/01/2024 - 12/14/2024
Advice Date:        12/20/2024

Page 001 of 001

Irene H Keller
173 Four E Road
Bowman,  SC  29018

Basis of Pay:        Biweekly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular  Earn | | | 5579.64 | 121952.70 |
| Variable  Com | | | 0.00 | 56404.83 |
| Floating  Hol | | | 0.00 | 4282.64 |
| Vacation | | | 0.00 | 11717.25 |
| Holiday | | | 0.00 | 6514.47 |
| Gross  Pay | | | 5579.64 | 200871.89 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Other Benefits** | | |
| 401(k) | 223.19 | 8034.98 |
| Standard  Dental  E | 46.74 | 1215.24 |
| Group  Life  Insura | 21.23 | 551.98 |
| PPO  Plan  Employer | 692.12 | 17995.12 |
| Standard  Vision  E | 3.76 | 97.76 |

## Deductions Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed  Withholdng | 832.22 | 20769.83 |
| Fed  MED/EE | 77.82 | 2832.59 |
| Fed  OASDI/EE | 0.00 | 10453.20 |
| SC  Withholdng | 302.57 | 11322.17 |

## Deductions Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 223.19 | 8034.98 |
| DVM-Accident | 14.90 | 387.40 |
| Employee  Loan  401(k) | 405.61 | 10545.86 |
| DVM-Identity  theft | 6.25 | 162.50 |
| Other  Deductions | 250.45 | 6511.70 |

*Excluded  from  Federal  Taxable  Wages

| | This Period | Year-to-Date |
|---|---|---|
| Fed  Taxable  Wages | 5144.12 | 187316.33 |

## Message

| | This Period | Year-to-Date |
|---|---|---|
| Net  Pay | 3466.63 | 129851.66 |

# Earnings Statement

Page 001 of 001
Period Beg/End: 12/15/2024 - 12/28/2024
Advice Date: 01/03/2025

Irene H Keller
173 Four E Road
Bowman, SC 29018

Basis of Pay: Biweekly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Earn | | | 5579.64 | 2789.82 |
| Regular Earn | 69.7455 | 40.00- | 2789.82- | |
| Holiday | 69.7455 | 16.00 | 1115.93 | 1115.93 |
| Vacation | 69.7455 | 24.00 | 1673.89 | 1673.89 |
| Gross Pay | | | 5579.64 | 5579.64 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Other Benefits** | | |
| 401(k) | 223.19 | 223.19 |
| Standard Dental E | 55.44 | 55.44 |
| Group Life Insura | 21.23 | 21.23 |
| PPO Plan Employer | 814.66 | 814.66 |
| Standard Vision E | 3.76 | 3.76 |

## Deductions Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 831.11 | 831.11 |
| Fed MED/EE | 77.76 | 77.76 |
| Fed OASDI/EE | 332.49 | 332.49 |
| SC Withholdng | 302.27 | 302.27 |

## Deductions Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 223.19 | 223.19 |
| DVM-Accident | 14.90 | 14.90 |
| DVM Critical illness | 14.19 | 14.19 |
| Employee Loan 401(k) | 405.61 | 405.61 |
| Other Deductions | 264.96 | 264.96 |

*Excluded from Federal Taxable Wages

| | This Period | Year-to-Date |
|---|---|---|
| Fed Taxable Wages | 5139.49 | 5139.49 |

## Message

| | This Period | Year-to-Date |
|---|---|---|
| Net Pay | 3113.16 | 3113.16 |

# Earnings  Statement

Page  001 of  001
Period  Beg/End:      12/29/2024 - 01/11/2025
Advice  Date:        01/17/2025

Irene  H  Keller
173  Four  E  Road
Bowman,   SC  29018

Basis  of Pay:        Biweekly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular  Earn | | | 5579.64 | 6137.60 |
| Regular  Earn | 69.7455 | 32.00- | 2231.86- | |
| Holiday | 69.7455 | 16.00 | 1115.93 | 2231.86 |
| Vacation | 69.7455 | 16.00 | 1115.93 | 2789.82 |
| Gross  Pay | | | 5579.64 | 11159.28 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Other  Benefits** | | |
| 401(k) | 223.19 | 446.38 |
| Standard  Dental  E | 55.44 | 110.88 |
| Group  Life  Insura | 21.23 | 42.46 |
| PPO  Plan  Employer | 814.66 | 1629.32 |
| Standard  Vision  E | 3.76 | 7.52 |

### Deductions  Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed  Withholdng | 831.11 | 1662.22 |
| Fed  MED/EE | 77.76 | 155.52 |
| Fed  OASDI/EE | 332.48 | 664.97 |
| SC  Withholdng | 302.27 | 604.54 |

### Deductions  Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 223.19 | 446.38 |
| DVM-Accident | 14.90 | 29.80 |
| DVM Critical  illness | 14.19 | 28.38 |
| Employee  Loan  401(k) | 405.61 | 811.22 |
| Other  Deductions | 264.96 | 529.92 |
| *Excluded  from  Federal  Taxable  Wages | | |

| | This Period | Year-to-Date |
|---|---|---|
| Fed  Taxable  Wages | 5139.49 | 10278.98 |

### Message

| | This Period | Year-to-Date |
|---|---|---|
| Net  Pay | 3113.17 | 6226.33 |

SWB Mercedes-Benz 000404

# Earnings Statement

Page 001 of 001
Period Beg/End:    01/12/2025 - 01/25/2025
Advice Date:       01/31/2025

Irene H Keller
173 Four E Road
Bowman, SC 29018

Basis of Pay:        Biweekly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Earn | | | 1115.93 | 4463.72 |
| Regular Earn | 69.7455 | 40.00- | 2789.81- | |
| Vacation | 69.7455 | 16.00 | 1115.93 | 3905.75 |
| Floating Hol | 69.7455 | 16.00 | 1115.92 | 1115.92 |
| Holiday | 69.7455 | 8.00 | 557.96 | 2789.82 |
| Gross Pay | | | 1115.93 | 12275.21 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Other Benefits** | | |
| 401(k) | 44.64 | 491.02 |
| Standard Dental E | 55.44 | 166.32 |
| Group Life Insura | 21.23 | 63.69 |
| PPO Plan Employer | 814.66 | 2443.98 |
| Standard Vision E | 3.76 | 11.28 |

## Deductions Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 29.28 | 1691.50 |
| Fed MED/EE | 13.03 | 168.55 |
| Fed OASDI/EE | 55.74 | 720.71 |
| SC Withholdng | 28.02 | 632.56 |

## Deductions Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 44.64 | 491.02 |
| DVM-Accident | 14.90 | 44.70 |
| Employee Loan 401(k) | 405.61 | 1216.83 |
| DVM-Identity theft | 6.25 | 18.75 |
| Other Deductions | 258.71 | 804.51 |

*Excluded from Federal Taxable Wages

| | | This Period | Year-to-Date |
|---|---|---|---|
| Fed Taxable Wages | | 854.33 | 11133.31 |

## Message

| Net Pay | 259.75 | 6486.08 |
|---|---|---|

SWB Mercedes-Benz 000405

# Earnings  Statement

Period  Beg/End:  03/09/2025 - 03/22/2025
Advice  Date:  03/28/2025

Page  001  of  001

Irene  H  Keller
173  Four  E  Road
Bowman,    SC  29018

Basis  of  Pay:        Biweekly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Variable  Com | | | 62554.49 | 62554.49 |
| Holiday | | | 0.00 | 2789.82 |
| Regular  Earn | | | 0.00 | 4463.72 |
| Vacation | | | 0.00 | 3905.75 |
| Floating  Hol | | | 0.00 | 1115.92 |
| Gross  Pay | | | 62554.49 | 74829.70 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Other  Benefits** | | |
| 401(k) | 2502.18 | 2993.20 |
| Standard  Dental  E | 0.00 | 166.32 |
| Group  Life  Insura | 0.00 | 63.69 |
| PPO  Plan  Employer | 0.00 | 2443.98 |
| Standard  Vision  E | 0.00 | 11.28 |

## Deductions  Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed  Withholdng | 0.00 | 1691.50 |
| Fed  MED/EE | 907.04 | 1075.59 |
| Fed  OASDI/EE | 3878.38 | 4599.09 |
| SC  Withholdng | 3723.24 | 4355.80 |

## Deductions  Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 2502.18 | 2993.20 |
| DVM-Accident | 0.00 | 44.70 |
| DVM  Critical  illness | 0.00 | 28.38 |
| Employee  Loan  401(k) | 0.00 | 1216.83 |
| Other  Deductions | 0.00 | 794.88 |
| *Excluded  from  Federal  Taxable  Wages | | |

| | | |
|---|---|---|
| Fed  Taxable  Wages | 60052.31 | 71185.62 |

## Message

| Net  Pay | 51543.65 | 58029.73 |
|---|---|---|

# Earnings Statement

Page 001 of 001
Period Beg/End:    05/04/2025 - 05/17/2025
Advice Date:    05/23/2025

Irene H Keller
173 Four E Road
Bowman, SC 29018

Basis of Pay:    Biweekly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Earn | | | 5790.83 | 10254.55 |
| Holiday | | | 0.00 | 2789.82 |
| Vacation | | | 0.00 | 3905.75 |
| Floating Hol | | | 0.00 | 1115.92 |
| Variable Com | | | 0.00 | 62554.49 |
| Gross Pay | | | 5790.83 | 80620.53 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Other Benefits** | | |
| 401(k) | 231.63 | 3224.83 |
| Standard Dental E | 55.44 | 221.76 |
| Group Life Insura | 21.23 | 84.92 |
| PPO Plan Employer | 814.66 | 3258.64 |
| Standard Vision E | 3.76 | 15.04 |

## Deductions Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 530.22 | 2221.72 |
| Fed MED/EE | 80.82 | 1156.41 |
| Fed OASDI/EE | 345.58 | 4944.67 |
| SC Withholdng | 305.17 | 4660.97 |

## Deductions Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 231.63 | 3224.83 |
| DVM-Accident | 14.90 | 59.60 |
| DVM Critical illness | 14.19 | 42.57 |
| Employee Loan 401(k) | 405.61 | 1622.44 |
| Other Deductions | 264.96 | 1059.84 |

*Excluded from Federal Taxable Wages

| | This Period | Year-to-Date |
|---|---|---|
| Fed Taxable Wages | 5342.24 | 76527.86 |

## Message

| Net Pay | 3597.75 | 61627.48 |
|---|---|---|

SWB Mercedes-Benz 000407

# Earnings Statement

Period Beg/End:    Page 001 of 001
Advice Date:       05/18/2025 - 05/31/2025
                   06/06/2025

Irene H Keller
173 Four E Road
Bowman, SC 29018

Basis of Pay:      Biweekly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Earn | | | 5790.83 | 15466.30 |
| Regular Earn | 72.3854 | 8.00- | 579.08- | |
| Holiday | 72.3854 | 8.00 | 579.08 | 3368.90 |
| Vacation | | | 0.00 | 3905.75 |
| Floating Hol | | | 0.00 | 1115.92 |
| Variable Com | | | 0.00 | 62554.49 |
| Gross Pay | | | 5790.83 | 86411.36 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Other Benefits** | | |
| 401(k) | 231.63 | 3456.46 |
| Standard Dental E | 55.44 | 277.20 |
| Group Life Insura | 21.23 | 106.15 |
| PPO Plan Employer | 814.66 | 4073.30 |
| Standard Vision E | 3.76 | 18.80 |

## Deductions Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 530.22 | 2751.94 |
| Fed MED/EE | 80.83 | 1237.24 |
| Fed OASDI/EE | 345.58 | 5290.25 |
| SC Withholdng | 305.17 | 4966.14 |

## Deductions Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 231.63 | 3456.46 |
| DVM-Accident | 14.90 | 74.50 |
| DVM Critical illness | 14.19 | 56.76 |
| Employee Loan 401(k) | 405.61 | 2028.05 |
| Other Deductions | 264.96 | 1324.80 |
| *Excluded from Federal Taxable Wages | | |

| | | This Period | Year-to-Date |
|---|---|---|---|
| Fed Taxable Wages | | 5342.24 | 81870.10 |

## Message

| Net Pay | This Period | Year-to-Date |
|---|---|---|
| Net Pay | 3597.74 | 65225.22 |

# Earnings Statement

Page 001 of 001
Period Beg/End: 06/01/2025 - 06/14/2025
Advice Date: 06/20/2025

Irene H Keller
173 Four E Road
Bowman, SC 29018

Basis of Pay: Biweekly

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Earn | | | 5790.83 | 21257.13 |
| Vacation | | | 0.00 | 3905.75 |
| Floating Hol | | | 0.00 | 1115.92 |
| Variable Com | | | 0.00 | 62554.49 |
| Holiday | | | 0.00 | 3368.90 |
| Gross Pay | | | 5790.83 | 92202.19 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Other Benefits** | | |
| 401(k) | 231.63 | 3688.09 |
| Standard Dental E | 55.44 | 332.64 |
| Group Life Insura | 21.23 | 127.38 |
| PPO Plan Employer | 814.66 | 4887.96 |
| Standard Vision E | 3.76 | 22.56 |

## Deductions Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 530.22 | 3282.16 |
| Fed MED/EE | 80.82 | 1318.06 |
| Fed OASDI/EE | 345.58 | 5635.83 |
| SC Withholdng | 305.17 | 5271.31 |

## Deductions Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 231.63 | 3688.09 |
| DVM-Accident | 14.90 | 89.40 |
| DVM Critical illness | 14.19 | 70.95 |
| Employee Loan 401(k) | 405.61 | 2433.66 |
| Other Deductions | 264.96 | 1589.76 |

*Excluded from Federal Taxable Wages

| | This Period | Year-to-Date |
|---|---|---|
| Fed Taxable Wages | 5342.24 | 87212.34 |

## Message

| | This Period | Year-to-Date |
|---|---|---|
| Net Pay | 3597.75 | 68822.97 |

SWB Mercedes-Benz 000409

# Earnings Statement

Page 001 of 001
Period Beg/End: 06/15/2025 - 06/28/2025
Advice Date: 07/03/2025

Irene H Keller
173 Four E Road
Bowman, SC 29018

Basis of Pay:     Biweekly

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Earn | | | 5790.83 | 26468.88 |
| Regular Earn | 72.3854 | 8.00- | 579.08- | |
| Holiday | 72.3854 | 8.00 | 579.08 | 3947.98 |
| Vacation | | | 0.00 | 3905.75 |
| Floating Hol | | | 0.00 | 1115.92 |
| Variable Com | | | 0.00 | 62554.49 |
| Gross Pay | | | 5790.83 | 97993.02 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Other Benefits** | | |
| 401(k) | 231.63 | 3919.72 |
| Standard Dental E | 55.44 | 388.08 |
| Group Life Insura | 21.23 | 148.61 |
| PPO Plan Employer | 814.66 | 5702.62 |
| Standard Vision E | 3.76 | 26.32 |

## Deductions Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 530.22 | 3812.38 |
| Fed MED/EE | 80.82 | 1398.88 |
| Fed OASDI/EE | 345.58 | 5981.41 |
| SC Withholdng | 305.17 | 5576.48 |

## Deductions Other

| | This Period | Year-to-Date |
|---|---|---|
| *401(k) | 231.63 | 3919.72 |
| DVM-Accident | 14.90 | 104.30 |
| DVM Critical illness | 14.19 | 85.14 |
| Employee Loan 401(k) | 198.57 | 2632.23 |
| Other Deductions | 264.96 | 1854.72 |

*Excluded from Federal Taxable Wages

| | This Period | Year-to-Date |
|---|---|---|
| Fed Taxable Wages | 5342.24 | 92554.58 |

**Message**

| | This Period | Year-to-Date |
|---|---|---|
| Net Pay | 3804.79 | 72627.76 |

SWB Mercedes-Benz 000410

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| Irene Keller, ) | Case No.: **2:24-cv-05884-DCN** |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | **AFFIDAVIT OF AUTHENTICITY AND** |
| Howard Anthony James and Penske Truck ) | **ACCURACY OF RECORDS** |
| Leasing Co., ) | |
| ) | |
| Defendants. ) | |

I HEREBY CERTIFY that the records attached hereto are true, correct, accurate and authentic copies of the records of **Irene Keller.** This affidavit is made by the undersigned, who has knowledge of the matter with regards to these records. These records were made at or near the time of each occurrence of the matters set forth therein or were made at or near the time of each occurrence of the matters set forth therein by persons with knowledge of those matters. These records have been kept in the course of the regularly conducted business of **MERCEDES-BENZ VANS LLC** and these records were made by its regularly conducted activity as a regular practice.

RECORDS CUSTODIAN FOR
**MERCEDES-BENZ VANS LLC**

Weston Cavett
_____
By: (print name)
(title) Manager, Business Services Function

_____
(signature)

Sworn to and subscribed before me
this 31 ˢᵗ day of July , 2025.

_Isaac Grosswiler_
Notary Public for the State of _South Carolina_
My Commission Expires: _January 6, 2031_

*(Notary seal: ISAAC GROSSWILER — NOTARY PUBLIC — STATE OF SOUTH CAROLINA — My Commission Expires January 6, 2031)*

SWB Mercedes-Benz 000446