Lowcountry Outpatient Surgery Center
93 Springview Lane Unit A, SUMMERVILLE, SC  29485
843-285-6065

---

Patient: IRENE H. KELLER

Performing Physician: Christopher T Battista, MD        Date of Procedure: 01/15/2025
Assisting: Carey T Lennon
Pre-Op Diagnosis: M51.26 - OTH INTERVERTEBRAL DISC DISPLACEMENT LUMBAR RGN
Post-Op Diagnosis: M51.26 - OTH INTERVERTEBRAL DISC DISPLACEMENT LUMBAR RGN
Scheduled Procedure(s): LAMINECTOMY/DISCETOMY L5-S1
Performed Procedure(s): LAMINECTOMY/DISCETOMY L5-S1
Anesthesia Type(Primary): General        Anesthesia Type(Secondary):
Anesthesia Provider:
EBL: < 50 ml
Implant(s):

| Implant | Manufacturer | Size | Quantity | Site | Side | Serial # | Lot # | Expiration Date |
|---|---|---|---|---|---|---|---|---|

Specimen(s):

| Specimen | Site | Side |
|---|---|---|

Description of Procedure :
Primary Surgeon: Dr. Christopher T. Battista, M.D.

Lowcountry Outpatient Surgery Center
93 Springview Lane Unit A, SUMMERVILLE, SC  29485
843-285-6065

---

UOP: None Recorded

Fluids: Crystalloid

Drains: None

Blood Given: None.

Complications: None.

Specimens Submitted: None.

Findings:
- Severe bilateral neural element compression was seen secondary to a disc disruption, epidural fibrosis, and foraminal narrowing, in addition to a nucleus pulposus protrusion.
- At L5-LS1, in addition to the spinal stenosis elements outlined above, a primary additional finding was of a moderate fibrosed disc protrusion, causing bilateral L5 and S1 nerve root compression was noted.
- There was nerve root flattening, swelling, and a noted inflammation on the right S1 nerve root worse than the left.
- All of the above stenotic and neurologically compressive tissues were excised.
- The cauda equina and nerve roots that were initially visualized as being compressed, were noted to be decompressed at the completion of the surgery.

Indications for Procedure:
Irene is a pleasant 50-year-old lady who has been followed by myself for a spinal disc disruption that happened subsequent to a motor vehicle accident she was involved with on 2/16/24. The patient's neuroradiographic imaging has been consistent with lumbar stenosis and the patient's symptoms of intractable back and radicular pain. The clinical exam has been consistent with back and leg pain that has failed to improve with conservative management.  The patient has failed multimodal conservative care including prolonged activity modification, oral pain medications, exercise based physical therapy and interventional pain measures. The patient was given both surgical and non-surgical options for treatment of their condition.  Based on the findings above the patient has elected to proceed with surgery as outlined above and preoperative clearance and informed consent were obtained.

Consent:
Lengthy detailed discussions were held with the patient regarding the risks and benefits to surgery including but not limited to the possibility of bleeding, transfusion, infection, blood vessel injury, blood vessel and lung clots, lymphatic injury, epidural hematoma formation, nerve injury, paralysis, dural spinal fluid leakage, urologic dysfunction, sexual dysfunction, surgical instrument or implant failure, spinal instability, spinal vertebral fracture, disk herniation, re-herniation, need for further surgery, esophageal injury, difficulty swallowing, hoarseness or loss of vocalization, syncope, dizziness, headache, blindness, renal failure, pneumonia, respiratory or cardiac arrest, stroke, coma, and even death.

It is well understood by the patient that the outcome of complex spinal surgery such as this cannot be guaranteed.  All questions were answered to the patient's satisfaction, and the patient expressed excellent understanding of the above-mentioned concepts.  Based on the discussion above, the patient elected to proceed with surgery as outlined above and signed informed consent.

CPT © 2025 American Medical Association. All rights reserved.          Printed on 5/7/2025 08:24 EDT

SWB LCOS 000063

Lowcountry Outpatient Surgery Center
93 Springview Lane Unit A, SUMMERVILLE, SC  29485
843-285-6065

---

Procedure:
The patient was brought to the holding area on the day of surgery. In the holding area the patient was seen and examined by myself and the surgical site was marked with my initials with an indelible pen. The patient was then transferred to the OR by the nursing staff. In the OR the patient was given a dose of IV antibiotics within an hour of the surgical start. The patient then underwent general anesthetic while on their hospital bed by the anesthesia provider. SCD's were placed on the lower extremities and then the patient was turned prone onto the OR Wilson Frame table. All pressure points were well padded prior to surgical start. A timeout procedure was then performed just prior to sterile prepping and draping in order to confirm patient's identity, procedure, laterality, site, patient allergies, and preoperative administration of antibiotics and DVT prophylaxis.

The back was then prepped and draped in the usual sterile fashion. Fluoroscopy was then used to identify the appropriate surgical level. The skin over the target level was then anesthetized with local anesthetic. The skin was then incised with a scalpel and dissection was carried down to the lumbar fascia.

The lumbodorsal fascia was then divided with sequentially larger dilators until the self-retaining retractor could be placed on the posterior elements of the correct operative levels. An AP and lateral lumbar x-ray were obtained and demonstrated the retractor over the correct operative levels.

The intraoperative microscope was then brought into the operative field for the laminectomy.

I then performed the laminectomy of L5. Using a combination of the high-speed bur, Kerrison punches, spinal curettes, and the microscopic instruments, a laminectomy was performed to decompress the lamina and expose the ligamentum flavum beneath. The cauda equina and nerve roots were seen to be compressed by disc herniation. A partial medial facetectomy was performed to decompress the lateral recess and expose the lateral ligamentum. The flavum was then removed to decompress the dura and nerve roots beneath. At the conclusion of the decompression the cauda equina and the bilateral L5 nerve roots were visualized and found to be decompressed.

I then performed the laminectomy of S1. Using a combination of the high-speed bur, Kerrison punches, spinal curettes, and the microscopic instruments, a laminectomy was performed to decompress the lamina and expose the ligamentum beneath. The cauda equina and nerve roots were seen to be compressed by the disc herniation. A partial medial facetectomy was performed to decompress the lateral recess and expose the lateral ligamentum. The flavum was then removed to decompress the dura and nerve roots beneath. At the conclusion of the decompression the cauda equina and the bilateral S1 nerve roots were visualized and found to be decompressed.

At this point the L5-S1 intervertebral disc space was explored. The dura was retracted to expose the dorsal annulus at the operative level. Epidural tethering was manually dissected with the microscopic instruments and bleeding was cauterized with the bipolar cautery. A disc protrusion was identified that was noted to be compressing the cauda equina and the L5 and S1 nerve roots, which were found to be swollen and edematous just caudal to the area of compression.

A small annulotomy was made with a penfield dissector and multiple fragments of disrupted disc material were removed with the pituitary rongeur. A 14-gauge angiocatheter was placed through the annular fissure into the disc space, and the disc space was irrigated out under pressure, causing further loose pieces of disc material to be forced out so they could be removed. The goal of this maneuver was to prevent recurrent disc herniation.

Lowcountry Outpatient Surgery Center
93 Springview Lane Unit A, SUMMERVILLE, SC  29485
843-285-6065

---

At the end of the discectomy portion of the procedure, the bilateral L5 and S1 neural elements were free and clear of compression and able to be mobilized. The bilateral foramina were also free and clear of compression, impingement, or obstruction.

Upon conclusion of the decompression no evidence of a CSF leak was noted with a valsalva maneuver. Final hemostasis was achieved with surgiflo hemostatic agent and bone wax.

The wound was then copiously irrigated and then closed in layers using vicryl and monocryl suture. The skin was then dressed with a sterile bandage. All sponge and needle counts were deemed to be correct at the conclusion of the closure.

The patient was then placed supine on the hospital bed and extubated and transferred to the post-anesthesia care unit in a stable condition.


Christopher T. Battista, MD
Lowcountry Orthopedics
Board Certified Orthopedic Surgeon
Fellowship Trained Spine Surgeon
**Signed by**
Christopher T Battista, MD on 01/15/2025 09:13

**Lab Pathology Review**

| Order ID | Specimen ID | Specimen | Test | Lab | Results | Type | Reviewed |
|---|---|---|---|---|---|---|---|

I have reviewed the above results and taken any necessary actions.

Post-op Call (General)

**Communication Log**

Primary Language: English               Communication Attempts[3]

| Date | Time | Performed By | Status | Spoke With | Spoke with Patient in Primary Language |
|---|---|---|---|---|---|
| 01/17/2025 | 09:31 | Heather Shinkle, RN PreOp - RN | Left Message | | N/A |
| 01/20/2025 | 08:55 | Evelyn Drew, PreOp/PACU RN | Left Message | | N/A |
| 01/21/2025 | 09:46 | Shawna Blanton, RN PreOp - RN | Call Completed | Patient | Yes |