# Mercedes-Benz

Mercedes-Benz Vans, LLC

7/14/2025

Keller, Hope
173 Four E Road
Bowman, SC 29018
Orangeburg
843/860-7132
Jah.keller@yahoo.com

Dear Hope:

You have not worked a shift at Mercedes-Benz Vans, LLC (MBV) since 6/18/2025. Recently you were approved for Long Term Disability. It is MBV's current understanding that you will not be able to return to work for an undetermined period of time. Additionally, you have exhausted all eligible leave pursuant to the Family and Medical Leave Act. You are also not on any type of approved personal leave of absence, protected leave, and/or reasonable accommodation.

In such circumstances where a team member is unable to return to work for an undetermined amount of time, we normally move to remove a team member from the payroll and terminate his/her employment. We hope you plan to return to work at Mercedes-Benz, but if you are going to be out for an extended period of time, we need to move forward with separation. If there is any further information or documents that you would like to provide about your ability to return to work, we invite you to do so and we will review the information

If our understanding of the facts stated above are incorrect or if you have any information that you would like us to consider, please contact me within 7 days from the date of this letter, 7/21/2025. If we have not heard from you within that timeline, additional information regarding the separation of your employment / voluntary resignation will be sent separately.

Kind regards / Mit freundlichen Grüßen / Saludos cordiales,

*Sarah Saltarelli*

**HRBP Assembly**

Mercedes-Benz Vans, LLC
8501 Palmetto Commerce Parkway
Ladson, SC 29456
Mobile: +1 (854)- 500-1902
Email: Sarah.Saltarelli@Mercedes-Benz.com

**German**
Wenn es sich bei den in dieser Mail übermittelten Informationen um **personenbezogene Daten** handelt, erfordern diese einen verantwortungsbewussten Umgang und dürfen nur für ihren **vorgesehenen Zweck** und nur durch hierzu **berechtigte Mitarbeiter verwendet** werden. Nach Zweckerreichung sind die Daten durch Sie zu **löschen**. Wenn diese E-Mail nicht für Sie bestimmt ist, bitten wir Sie, uns umgehend über den irrtümlichen Empfang zu informieren und diese E-Mail zu löschen.

**English**
If the information transmitted in this email is **personal data**, it requires responsible handling and may only be used for its **intended purpose** and only by **authorized employees**. After the purpose has been achieved, you must **delete** the data. If you are not the addressee, please inform us immediately that you have received this email by mistake, and delete it. We thank you for your support.



Mercedes-Benz – are registered trademarks of Daimler AG, Stuttgart, Germany

Mercedes-Benz Vans, LLC
8501 Palmetto Commerce Pkwy,
Ladson, SC  29456, USA