Page 1

```
         UNITED STATES DISTRICT COURT
          DISTRICT OF SOUTH CAROLINA
             CHARLESTON DIVISION

 IRENE KELLER,

         Plaintiffs,

    vs.              CASE NO. 2:24-cv-05884-DCN

 HOWARD ANTHONY JAMES AND SE INDEPENDENT
 DELIVERY SERVICES, INC.,

         Defendants.

 VTC VIDEO
 DEPOSITION OF:    JACK A. KELLER

 DATE:             October 28, 2025

 TIME:             10:00 AM


 LOCATION:         Morgan & Morgan
                   4401 Belle Oaks Drive
                   Suite 300
                   North Charleston, SC

 TAKEN BY:         Counsel for the Defendants

 REPORTED BY:      Priscilla deJesus,
                   Court Reporter
```

Page 41

```
 1        Q.   And what was that for?
 2        A.   That was for the DUI in Ohio.
 3        Q.   Okay.  Mr. Keller, do you have any
 4   income other than your monthly disability payment?
 5        A.   Personally, I mean, what my wife is
 6   currently earning and then we -- when we sell like
 7   a cow or something off our farm.
 8        Q.   Okay.
 9        A.   That's real sporadic right now.
10        Q.   And what is your wife currently
11   earning?
12        A.   I don't know the exact figure.
13        Q.   Okay.  Where is she working?
14        A.   She's not working.
15        Q.   Okay.  But you just said that she was
16   bringing in income --
17        A.   Yes.
18        Q.   -- but she's not working.  So where --
19        A.   Right.
20        Q.   Where is the income coming from?
21        A.   From her long-term disability.
22        Q.   Oh, okay.  And you don't know what that
23   monthly payment is?
24        A.   Not to the dollar, no.
25        Q.   Okay.  What -- do you know what it is
```

Page 46

```
 1          A.    And the goats and chickens that belong
 2   to my -- my son.
 3          Q.    How many goats are out there?
 4          A.    I'm just guessing.  This is a
 5   approximate number.  I believe there's like seven
 6   or eight.
 7          Q.    And chickens?
 8          A.    Roughly about 45, 50.
 9          Q.    Does Lazy K Ranch Keller Farms, LLC
10   have any employees beside you and your wife?
11          A.    Just she and I.
12          Q.    Keller Farms, LLC, does it have any
13   employees?
14          A.    Not to my knowledge.
15          Q.    So all of the livestock, care and
16   feeding and all of that stuff falls to you and your
17   wife?
18          A.    Me and my son and my daughter-in-law
19   help.
20          Q.    Okay.  So the four of y'all?
21          A.    My wife currently is not able to help
22   at all.
23          Q.    Okay.  She doesn't do anything with the
24   animals right now?
25          A.    She's not able to, no.
```

Page 47

1    Q.   And how long has she been unable to
2  assist with the animals?
3    A.   Shortly after her -- the -- the
4  accident that she -- that -- that we're talking
5  about today she's just not been able to -- to do
6  anything.
7    Q.   So the accident that we're here to talk
8  about happened in February of 2024.  Is that your
9  recollection?
10   A.   Yes, sir.
11   Q.   So it's your testimony that she has not
12  helped with the animals since February of 2024?
13   A.   That's correct.
14   Q.   What was she doing with -- to help with
15  the animals before this incident?
16   A.   I mean, she would help with the
17  feeding, giving them -- giving them grain and some
18  sweet feed.  She would help clean out the stalls.
19  She'd even ride the -- the tractor.  You know,
20  cutting down the -- the pastures, taking the top
21  off of the pastures, raking it up.  Things like
22  that.
23   Q.   So she would help feed the animals?
24   A.   Yes.
25   Q.   Clean -- clean up after them?

Page 48

```
 1          A.   Yes, sir.
 2          Q.   Ride the tractor?
 3          A.   Yes, sir.
 4          Q.   What do y'all use the tractor for?
 5          A.   Oh.  Well, mowing.  Mowing, disking,
 6   sewing seed, putting up fencing.
 7          Q.   Is -- are there any crops out there?
 8          A.   We have a garden, yes.
 9          Q.   Okay.  Is that just for personal use or
10   are y'all trying to sell any of those fruits and
11   vegetables?
12          A.   Currently it's just personal.
13          Q.   Okay.  How many acres do y'all have?
14          A.   26 and a half.
15          Q.   And how many of it are wooded versus
16   cleared?
17          A.   We have approximately 13 acres that
18   are -- that are wooded and the remainder of it
19   is -- is clear.
20          Q.   So about half and half?
21          A.   Yes, sir.  Roughly.
22          Q.   And it's just the two --  how many
23   structures are out there on that property?  Your
24   house?  Your son's house?
25          A.   And we have a -- a -- a barn and an --
```

Page 99

```
 1          Q.   Mr. Keller, I have asked if you have
 2   signed a retention agreement with Morgan & Morgan.
 3   Mr. Klaasmeyer has instructed you not to answer.
 4   Do you intend to follow his instruction?
 5          A.   Yes.
 6          Q.   So you are refusing to answer that
 7   question in accordance with his instruction.
 8   Correct?
 9          A.   Correct.
10          Q.   Okay.  Mr. Keller, how much money do
11   you believe that your wife is entitled to as a
12   result of the 2024 incident?
13          A.   I don't know.  I don't understand that.
14   Entitled?
15          Q.   Yes.  How much money do you believe
16   that she be awarded as a result of this lawsuit?
17          A.   I don't -- we don't have a figure on
18   that.
19          Q.   Okay.  I want you to tell me how her
20   life is different now --
21          A.   Uh-huh.
22          Q.   -- after the 2024 wreck than it was
23   after the 2022 wreck.
24          A.   The most noticeable differences are
25   her day-to-day, being ability to care for herself,
```

1  washing her hair, brushing her hair.  Things like
2  that.
3         Q.    Can she wash her hair?
4         A.    There are times she can and then
5  there's times she can't, depending on pain levels.
6  The same could be said with -- with the brushing
7  and -- of her hair.  There's times she can and
8  there's times she can't.  Now, to get too personal
9  with like putting on her bra and fastening her bra,
10 you know, that she's not able to do.  I have to do
11 that or somebody does.  You know, the -- I mean,
12 you know, we have a -- we have a nice -- we have a
13 lot of property.
14             Can't walk and enjoy that very much
15 anymore at all.  Very limited where she would --
16 you know, we would walk up to a -- you know, feed
17 cows treats, apples, pears, whatever.  We were able
18 to enjoy that.  Now if she does that we -- we -- we
19 have to drive up and then she can't stand out there
20 for very long.
21             No -- no more fishing.  She cannot
22 fish anymore.  Casting a line is no longer fun.
23 Gardening, whether it's in the flower beds or -- or
24 in our -- our vegetable garden where before she was
25 able to do that, now it's with great pain.  So

Page 101

```
 1   that's extremely limited.  Everything she does now
 2   is --  is all limited based on the pain levels that
 3   she's enduring, driving, you know, whereas before
 4   she was still able to drive and now she -- it's not
 5   safe for her to drive.
 6           Q.   Has any doctor told her that she's not
 7   allowed to drive?
 8           A.   I have not heard that said, no.
 9           Q.   Okay.
10           A.   I'm not saying he -- they haven't, but
11   I have not heard that.
12           Q.   Have you seen any doctor's note saying
13   she cannot drive?
14           A.   I have not seen that.
15           Q.   Any other effects that you've noticed
16   since this 2024 wreck?
17           A.   Well, I mean, our intimate life is
18   cut -- cratered out to put it mildly, without
19   getting in a whole lot of detail.  That part of
20   it is no longer fun at all because of the pain.
21   Preparing meals.  You know, just basic stuff that
22   -- that people do in their day-to-day lives.  You
23   know,              it -- it really depends on the
24   pain that she's experiencing as to whether she'll
25   be able to be an active participant or just, you
```

Page 102

```
 1   know, a bystander watching.
 2          Q.   Anything else that you've noticed about
 3   her since --
 4          A.   Well, yeah.  We --
 5          Q.   -- the vehicle wreck?
 6          A.   We talked about, you know, the
 7   enjoyment of shooting.  You know, she can't do that
 8   anymore.  She tries, but because of the situation
 9   with her hands holding a -- a good grip on -- on a
10   pistol or rifle, shotgun, she just -- she can't do
11   that.  So...
12          Q.   To your observation what is her current
13   symptom list?
14          A.   Symptoms?
15          Q.   Yes.
16          A.   As in, like, what hurts?
17          Q.   Correct.
18          A.   I mean, she wakes up every morning in
19   pain.  I mean immediately.  So it's -- it's, you
20   know, her -- her neck, her shoulders, her back,
21   her hands, her feet, her legs.  I mean it's --
22          Q.   Now, you agree with me that after the
23   2022 wreck she had pain in her neck.  Correct?
24          A.   I -- I don't recall her complaining so
25   much about her neck.  It was more in her back --
```