

3200 Devine Street, Suite 103
Columbia, South Carolina 29205
info@garberreporting.com
Telephone: (803) 256-4500

### SHAILESH PATEL, MD

*December 15, 2025*

**Irene Keller**

vs

**Howard Anthony James and Penske Truck Leasing Co.**

**2:24-cv-05884-DCN**

REPORTER: Lorraine B. Whiteley

1    so.  So, basically, I was in a --
2                MADAM COURT REPORTER:  I'm losing audio a
3    little bit.  Doctor, you're dropping off at the end of
4    your sentences.  If you could, keep your voice up for me
5    please, sir.  Thank you.
6                THE DEPONENT:  Okay.  Will do.
7         A    So the opinions that I would offer on this
8    case as related to accident number two were that it was
9    my opinion, to a reasonable degree of medical certainty,
10   that she had an aggravation of a pre-existing condition
11   in the cervical spine as -- as well as the lumbar spine,
12   that she did have an acute worsening of that L5-S1 disc,
13   necessitating the -- the treatment that she had, as well
14   as the eventual surgery that she had.
15   BY MR. HAYES:
16        Q    Okay.  Now, Doctor, your practice is
17   Lowcountry Orthopaedics & Sports Medicine; correct?
18        A    Yes, sir.
19        Q    And your practice began seeing her on April
20   19th, 2023; correct?
21        A    Yes.
22        Q    But you did not actually see her until July
23   17, 2023; correct?
24        A    That's right.
25        Q    And she was referred to you by one of the

```
1         Q    Have you told me all of the opinions you
2    intend to tell the jury in this case?
3         A    Yes.
4         Q    Is there anything about Ms. Keller you're
5    going to tell the jury, that we have not covered in this
6    deposition?
7         A    I -- not that I can think of, I mean, unless
8    I'm asked a different question that you're not asking me.
9         Q    And I understand; I understand that.  I'm
10   just making sure I'm covering my bases.
11        A    Yes.
12        Q    Doctor, that's all the questions I have for
13   you.  Please answer any that Mr. Klaasmeyer may have.
14        A    Sure.
15             MR. HAYES:  Okay.
16             Thank you, Dr. Patel.  My name is Cooper
17   Klaasmeyer; I'm here today on behalf of Ms. Keller.  I
18   just have a few questions for you.  I just want to make
19   sure -- we've kind of summarized your opinions already,
20   but I want to make sure that I've got all of them, just
21   like Mr. Hayes did.
22                     E-X-A-M-I-N-A-T-I-O-N
23   BY MR. KLAASMEYER:
24        Q    So regarding the injuries to Ms. Keller's
25   lumbar spine, you're going to testify, to a reasonable
```

```
1    degree of medical certainty, that the most probable cause
2    of the aggravation or activation was the 2024 car crash;
3    correct?
4         A    That's correct.
5              MR. HAYES:  And I object to the form of that
6    question.  Sorry.
7    BY MR. KLAASMEYER:
8         Q    Okay.  And regarding the aggravation or
9    activation to Ms. Keller's cervical spine, you're going
10   to testify that, to a reasonable degree of medical
11   certainty, the most probable cause of that aggravation or
12   activation was the 2024 car crash?
13             MR. HAYES:  Object to form.
14        A    Yes; that's correct.
15   BY MR. KLAASMEYER:
16        Q    Okay.  You may have already said it, but I'm
17   not sure if I heard it already, but let me make sure I
18   understand:  To a reasonable degree of medical certainty,
19   is the aggravation or activation that Ms. Keller had from
20   the 2024 car crash going to cause her pain for the rest
21   of her life?
22             MR. HAYES:  Object to form.
23        A    Yeah.  So I think it's a permanent condition
24   that will necessitate some of that future medical care
25   that we had talked about.  But again, I haven't made any
```