

3200 Devine Street, Suite 103
Columbia, South Carolina 29205
info@garberreporting.com
Telephone: (803) 256-4500

### CHRISTOPHER BATTISTA, MD

*December 22, 2025*

**Irene Keller**

vs

**Howard Anthony James, et al.**

**2:24-cv-05884-DCN**

REPORTER: Katherine Lynn Freeman

1       again, have another discussion with her on -- on
2       some of the history there, but it is my
3       understanding as we sit here today that she had
4       some level of neck and back issues after accident
5       number one that improved over time and then after
6       accident number two had a notable aggravation of
7       those symptoms.
8  Q.   **Okay.  So I want to also start asking -- or now I**
9       **want to move on to the lumbar spine pathology.**
10      **Do you have an opinion as to the causation of the**
11      **pathologies that you've identified at the lumbar**
12      **spine?**
13 A.   Yeah.  So I would say that -- I believe that the
14      -- the initial accident caused an initial disc
15      injury.  I was able to review her lumbar spine
16      MRI dated 9-8-2022 from American Health Imaging.
17      She had a left-sided pericardial central kind of
18      subarticular disc protrusion there.  Again, that
19      was left-sided when she came to see me.  Most of
20      her symptoms were right-sided and the updated MRI
21      of her low back did demonstrate that there was a
22      notable change there within -- with a herniation
23      with kind of bilateral or right worse than left
24      nerve root impingement.  So I believe that that
25      second accident worsened that pre-existing

| | | |
|---|---|---|
| 1 | | condition, especially off to the right-hand side |
| 2 | | where she did not have any significant or notable |
| 3 | | neural impingement lesions from accident number |
| 4 | | one and was -- was caused or aggravated that |
| 5 | | pre-existing disc injury at L5-S1. |
| 6 | Q. | **Okay. I gotcha. Now shifting gears, Doctor,** |
| 7 | | **your practice is Lowcountry Orthopaedic & Sports** |
| 8 | | **Medicine -- Orthopaedics & Sports Medicine,** |
| 9 | | **correct?** |
| 10 | A. | Yes, sir. That's correct. |
| 11 | Q. | **And your practice first began seeing her in April** |
| 12 | | **of 2023, correct?** |
| 13 | A. | It looks like -- I see that -- I believe Dr. |
| 14 | | Patel saw her in July, but, yes, I believe that |
| 15 | | -- looks like she may have seen one of our hand |
| 16 | | surgeons in April of 2023. You are correct. |
| 17 | Q. | **Okay. But you did not begin seeing her until** |
| 18 | | **October of 2024, correct?** |
| 19 | A. | That's correct. October 21st, 2024 was the first |
| 20 | | time I met her. |
| 21 | Q. | **Okay. Is the practice known as Ortho Sport &** |
| 22 | | **Spine a competitor of your practice?** |
| 23 | A. | I don't know if I'd say that they are a |
| 24 | | competitor. I think that's another group in town |
| 25 | | that sees and treats patients just like some of |

```
 1   A.   That's correct.  Yes, sir.
 2   Q.   Were there any new findings on the March 2024
 3        C-spine MRI as compared to the 2022 C-spine MRI
 4        that you would attribute to accident two?
 5   A.   To my recollection, and I could try to pull them
 6        back up, I don't believe that there was a
 7        significant difference between those two imaging
 8        -- images that were available.
 9   Q.   Okay.  And then same question for the lumbar MRI,
10        are there any new findings on the March 2024
11        lumbar MRI as compared with the 2022 lumbar MRI
12        that you would attribute to accident two?
13   A.   That is what, I guess, I was referring to
14        earlier.  I believe that the initial 9-8-2022 MRI
15        at L5-S1 demonstrated more of a left-sided
16        paracentral disc protrusion, whereas the -- the
17        more updated March 21, 2024 MRI showed a
18        bilateral nerve root impingement from -- from a
19        -- kind of a worsened disc herniation off to that
20        right side.  So again, a worsening of that
21        pre-existing disc injury at L5-S1.
22   Q.   Okay.  And your chart also includes access to Dr.
23        Patel's notes; is that correct?
24   A.   That's correct.
25   Q.   Do you have a -- available to you Dr. Patel's
```