

3200 Devine Street, Suite 103
Columbia, South Carolina 29205
info@garberreporting.com
Telephone: (803) 256-4500

**SHAILESH PATEL, MD**

*December 15, 2025*

**Irene Keller**

vs

**Howard Anthony James and Penske Truck Leasing Co.**

**2:24-cv-05884-DCN**

REPORTER: Lorraine B. Whiteley

```
 1   I'll say something like, yeah, there might be some
 2   therapy, some injections, follow-up visits, et cetera.
 3   But as far as the cost of these things, I have no idea.
 4        Q    Okay.  Have you spoken with Dr. Paul White
 5   concerning Irene Keller?
 6        A    I've spoken to Paul White, before, about cost
 7   projections.  I don't know if that was on this case or
 8   another case.  Let me see.  [Reviewing.]  I don't see
 9   anything in my chart saying that I've spoken with him, so
10   I'm guessing not.
11        Q    Okay.  What are your current recommendations
12   for the future care that Ms. Keller may need, if any?
13        A    It's still early to say right now, Aaron,
14   because she's still being evaluated for that stimulator
15   with Dr. Battista, so.  We just need to see how effective
16   that is, if it works for her or not.
17             But assuming -- let's say she doesn't get
18   that.  Then right now the things that seem to be working
19   best for her I would say probably would be the steroid
20   injections and the PRP.  I don't feel like she got enough
21   relief with that rhizotomy to warrant that in the future.
22             So steroid injections, PRP, PT, would be the
23   crux of the treatment.
24        Q    Okay.  Let me break that down just a little
25   bit.  So when you say steroid injections, do you mean
```

```
 1   cervical, lumbar or both?
 2        A     I kind of lump them together.  But I would
 3   say both.
 4              So in total, whether it's a steroid or PRP
 5   injection, you wouldn't do any more than four in a given
 6   year.  So whether that's one steroid and three PRPs or
 7   two steroids and two PRPs, but -- whether it's back or
 8   neck, you know, it just kind of depends on what -- what
 9   she's feeling.  But, in total, we wouldn't do any more
10   than four a year.
11        Q     Okay.  But you don't have any current
12   recommendations as far as frequency of those procedures;
13   correct?
14        A     Yeah; I don't.  Because -- you know, if she
15   does really well with the stimulator, for example, that's
16   [audio faded].
17        Q     You kind of dropped out on that second half
18   of that last sentence.  Could you say that one more time?
19        A     Yeah.  I was saying if she does really well
20   with the stimulator, then it's possible that she may not
21   need any.
22        Q     Okay.  But you're not recommending cervical
23   epidural steroid injections twice per year at this point?
24   You're not ready to provide that level of projection;
25   correct?
```

1     A    Correct.
2     Q    Okay.  Are you -- okay.  So current
3  recommendations for future care, you mentioned the
4  possibility of cervical injections and lumbar injections,
5  whether that's steroid or PRPs.  Any other future
6  recommendations?
7     A    Physical therapy, I think would be good.
8  She's had that, in the past.  Phys -- so PT would
9  typically be eight to ten visits a year.
10    Q    Okay.
11    A    And then follow-up visits with me or my PA,
12 probably -- I would say maybe three or four times a year
13 should be adequate.
14    Q    And then it seems that you are not
15 recommending in the future -- you recommend -- you
16 mentioned not recommending rhizotomies into the future.
17 Is there anything else that you would not recommend?
18    A    Yeah.  And -- and so we're specific, when I
19 say not recommending rhizotomies, I meant for the lumbar
20 spine.  That's where we did the rhizotomy.  And it wasn't
21 effective for her, so I would not recommend the rhizotomy
22 for the lumbar spine.
23         Whether we do it or not but the neck, I --
24 you know, I haven't determined that yet.  I need to see
25 her a few more times.  Again, I just need to figure out

```
 1   where she is with this stimulator decision or not.
 2        Q     Okay.  And the actual recommendation for a
 3   spinal cord stimulator would come from somebody else?
 4        A     Yeah.  Dr. Battista is the one evaluating her
 5   for that.
 6        Q     Okay.  Do you recommend any follow-up imaging
 7   or has she had the imaging necessary at this point?
 8        A     I would have to defer that to Dr. Battista --
 9   well, at least for the lumbar spine.  I know, typically,
10   he likes to get MRI scans three to five years for the --
11   after surgery, so.  I'll defer the lumbar imaging to
12   Dr. Battista.
13              For the cervical, I would say once every five
14   years is -- that's plenty.
15        Q     Okay.  Do you have any surgical
16   recommendations for her?
17        A     No.
18        Q     Have you spoken with attorney Scott Palmer
19   who is her attorney for accident number one?
20        A     I don't believe so; no.
21        Q     Have you spoken with Cooper Klaasmeyer, John
22   Graham, Jim Biggart or any other attorney at Morgan &
23   Morgan who are her lawyers for accident two?
24        A     Yes.  I spoke with Cooper, last week.
25        Q     Okay.  Prior to that conversation with Cooper
```