

3200 Devine Street, Suite 103
Columbia, South Carolina 29205
info@garberreporting.com
Telephone: (803) 256-4500

**CHRISTOPHER BATTISTA, MD**

*December 22, 2025*

**Irene Keller**

vs

**Howard Anthony James, et al.**

**2:24-cv-05884-DCN**

REPORTER: Katherine Lynn Freeman

```
1         that you have that on the schedule.  Can you tell
2         me when that's scheduled for?
3    A.   I don't see it here in my list, so I would have
4         to go and talk to my scheduler to see when we're
5         planning to get that taken care of for her, but I
6         don't have it right here in front of me.
7    Q.   Okay.  But you believe that that's actually been
8         put on the schedule, that's not just a proposal?
9    A.   As far as I know -- again, when I put them in I
10        just make the proposal and let our staff kind of
11        figure out the arrangements of time, place and
12        all that.  So I don't know if she's actually on
13        the surgical schedule at this point in time or if
14        it was, you know, just still in the pending zone.
15        But I do know that I placed the recommendation
16        for that surgery on 11-10-2025.
17   Q.   Okay.  Other than the spinal cord stimulator
18        trial, do you have any recommendations for her
19        future care within your purview?  Now I
20        understand that you may be aware of what other
21        doctors may be intending to do for her for other
22        part -- other issues she may be having, but as
23        far as the treatment that you would provide to
24        her, do you have any other recommendations for
25        her future care besides the trial of the spinal
```

1           cord stimulator?
2     A.    Yes, sir.  So she underwent a laminectomy and
3           discectomy.  She's had some residual symptoms in
4           her low back.  We got an updated MRI, which
5           demonstrated significantly improved neural
6           element freedom, which is great.  But she still
7           has some persistent pain in the low back and
8           occasionally down the legs.  And so, it would not
9           surprise -- so I guess first of all, I'd say that
10          I would want to continue to see her and treat her
11          over time with medications, recommending
12          injections and possible surgery down the road.
13          And the -- and the most likely surgery for her
14          would be an L5-S1 revision decompression and
15          fusion for definitive stabilization of that -- of
16          that disc injury that she had had there.  Again,
17          we tried to evaluate that more recently with an
18          updated MRI and thankfully everything appears to
19          be in reasonable -- reasonably good standing, but
20          it's my opinion that, you know, she will
21          eventually need a lumbar fusion at that level,
22          unfortunately.
23    Q.    **Okay.  Have you ever recommended any procedures**
24          **to take place at her L4-L5 junction?**
25    A.    I'm just trying to re-review some of my notes

```
 1         here, but not to my recollection.  I believe that
 2         she has an annular herniation at that level, but
 3         I don't believe that we ever recommended a
 4         surgery at that level that I can recall.
 5    Q.   Okay.  Have you ever recommended that she have a
 6         fusion surgery at her C5/C6 level?
 7    A.   I don't believe that I've ever placed that
 8         recommendation for that surgery.  I would say
 9         that that's always on the table if the spinal
10         cord stimulator does not offer her reasonable
11         pain relief, but we would have a lengthy
12         discussion about that with her considering she
13         has chronic changes on her nerve study that gives
14         me some level of pause or hesitation to make that
15         recommendation especially initially.
16    Q.   Okay.  So as you sit here today, have you ever
17         even talked to her about a fusion at C5-6?
18    A.   Let me go and re-review some of my notes here.
19         It would not have surprised me if we, at some
20         point, had discussed a cervical decompression
21         infusion for some definitive pain relief in her
22         neck, but we were so initially worried about her
23         low back and leg symptoms that she was having
24         that that was less of a initial concern.  But I
25         don't think I see anything definitive, at least
```

```
 1          in my notes, saying that we would be doing a
 2          cervical decompression infusion for her.  But in
 3          individuals with chronic radiculopathy, we know
 4          that those can be very difficult to treat with
 5          decompression and decompression infusion
 6          surgeries and so that's why we made an initial
 7          recommendation for a spinal cord stimulator
 8          trial.
 9    Q.    Okay.  So you don't have it anywhere in your
10          notes that you've ever discussed a fusion surgery
11          at C5-6 with her?
12    A.    No.  Not from my review right here right now, no,
13          I don't see anything in there that would say
14          that.
15    Q.    Have you ever spoken with Dr. Paul White out of
16          Atlanta, Georgia?
17    A.    No, sir.  Not to my recollection.
18    Q.    Doctor, what spinal injuries do you believe that
19          Ms. Keller is currently suffering from?
20    A.    So she had a lumbar disc disruption at L5 and S1
21          with neural impingement that we treated with a
22          surgery on January 15th, 2025 by way of a lumbar
23          laminectomy and discectomy.  And then she is also
24          currently experiencing radiculopathy on the right
25          at C6, which she is having neck and radiating arm
```

```
1    A.   That's correct, yes, sir.
2    Q.   Okay.  So as far as the laminectomy goes, some
3         questions about that.  She had had a
4         radiofrequency ablation at L3 through L5 about a
5         month prior on December 11th of 2024; is that
6         correct?
7    A.   Yes, sir.  That's correct.  Right L3 to 5
8         radiofrequency ablations with Dr. Patel on
9         12-11-2024.
10   Q.   And my question is, do you normally do a
11        laminectomy so close in time to a radiofrequency
12        ablation?
13   A.   I mean sometimes those things come along fairly
14        close in time frame.  This was about a month
15        later.  It's not something that we are overly
16        concerned about.  Again, we're trying to do what
17        we can to control pain symptoms in the interim
18        prior to her surgery.  I think at that point in
19        time thankfully there was no kind of steroid use
20        there and we were not planning to use any sort of
21        metal implants that would potentially cause some
22        increase in a risk for infection or things like
23        that.  So at that point we felt like it was at
24        least a reasonable thing to do to give her some
25        level of pain relief until she was able to have
```