IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Irene Keller, | ) | C/A No. 2:24-cv-5884 DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Howard Anthony Jones; and SE Independent Delivery Services, Inc., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following amended schedule is established for this case. This order is entered to administer the trial of cases in a manner consistent with the ends of justice, in the shortest possible time, and at the least possible cost to litigants.

1. <u>Expert Witnesses</u>: Parties shall file and serve a document identifying by full name, address, and telephone number each person whom they expect to call as an expert at trial by the following dates[1]:

   **Plaintiff:     May 15, 2026**
   **Defendant:    June 15, 2026**

2. <u>Discovery</u>: Discovery shall be completed no later than **July 17, 2026**. All discovery requests shall be served in time for the responses thereto to be served by this deadline. All depositions must be taken before this deadline.

3. <u>Motions in Limine</u>: Motions in Limine must be filed at least three weeks prior to commencement of trial.

4. <u>Dispositive Motions</u>: All dispositive motions and all Daubert motions shall be filed on or before **August 17, 2026**.[2]

5. <u>Trial</u>: This case will go to trial during the term of court beginning **September 1, 2026.**

---

1 See Fed. R. Civ. P. 26(a)(2) and (a)(2)(B). Note that while Fed. R. Civ. P. 26(a)(2) does not require filing any portion of the written report or disclosure, Judge Norton requires filing of a document which identifies the expert and certifies compliance with this rule.

2 The court routinely schedules hearings on substantive motions. The court will not consider arguments raised at hearings that were not included in the parties' briefs nor will the court consider any new arguments raised in a reply brief.

AND IT IS SO ORDERED.

_____
David C. Norton
United States District Judge

March 23, 2026
Charleston, South Carolina