# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

PLAINTIFF

    IRENE KELLER,

 -v-

DEFENDANTS

    HOWARD ANTHONY JAMES and
SE INDEPENDENT DELIVERY
SERVICES, INC

Case No.: 2:24-cv-05884-DCN

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF DR. PAUL WHITE**

---

Plaintiff Irene Keller, by and through the undersigned counsel, hereby provides notice of the withdrawal of Plaintiff's prior designation of life care planning expert, Dr. Paul White. Based on developments in trial preparation, Plaintiff does not intend to call Dr. White as a witness at trial.

**MORGAN & MORGAN, P.A.**
By:    /s/Cooper Klaasmeyer
Cooper Klaasmeyer, Esq.
Federal Bar No. 14272
E-Mail: cooper.klaasmeyer@forthepeople.com
4401 Belle Oaks Drive, Suite 300,
North Charleston, SC 29405
(843) 973-5438
*Counsel for Plaintiff*

North Charleston, SC
May 15, 2026