# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| PLAINTIFF | |
| IRENE KELLER, | Case No.: 2:24-cv-05884-DCN |
| -v- | |
| DEFENDANTS | **PLAINTIFF'S RULE 26(A)(2) EXPERT WITNESS DISCLOSURES** |
| HOWARD ANTHONY JAMES and SE INDEPENDENT DELIVERY SERVICES, INC | |

Plaintiff Irene Keller hereby submits her expert disclosure as required by Federal Rule of Civil Procedure 26(a)(2) and the Court's Case Management and Scheduling Order. Plaintiff discloses the following expert witnesses who are expected to be called to offer opinions and testify at trial:

1. **Christopher Leber, MD, CLCP**

Dr. Christopher Leber was retained by Plaintiff to prepare a life care plan addressing Plaintiff's future medical needs and medical expenses resulting from the injuries sustained in the subject collision. Dr. Leber will offer opinions within a reasonable degree of medical probability on the Plaintiff's future medical needs and the reasonable costs of the same. Additionally, Dr. Leber will offer opinions regarding the reasonableness and necessity of Plaintiff's past care.

2. **Andrea Bradford, M.Ed., CRC**

Andrea Bradford was retained by Plaintiff to perform a vocational loss of earnings capacity assessment for Plaintiff's loss of earnings capacity resulting from the injuries sustained in the subject collision. Ms. Bradford will offer opinions within a reasonable degree of vocational rehabilitation probability on the Plaintiff's loss of earning capacity.

3. **Michael Sutton, P.E.**

Michael Sutton was retained by Plaintiff to inspect the vehicles involved in the subject collision and prepare a report regarding the collision. Mr. Sutton will offer opinions within

a reasonable degree of scientific and engineering certainty regarding his reconstruction of the subject collision.

**4.    Michael D. Freeman, MD, PhD, MPH, FAAFS**

Michael D. Freeman was retained by Plaintiff to review the available record and offer biomechanical opinions. Dr. Freeman will offer opinions within a reasonable degree of scientific, engineering, and biomechanical certainty regarding his opinions on the subject incident.

**5.    Oliver G. Wood Jr., Ph.D.**

Oliver Wood was retained by Plaintiff to review the available record and offer economic opinions regarding the value of the economic loss suffered by Plaintiff. Dr. Wood will offer opinions within a reasonable degree of economic certainty.

**6.    Transportation Safety Expert**

Plaintiff expects to disclose a transportation expert following the scheduled 30(b)(6) of Defendant SE Independent Delivery Services, Inc. on May 22, 2026, and pending the depositions of the SE Independent Delivery Services, Inc. employees following the 30(b)(6).[1]

Plaintiff reserves the right to call her treatment providers as witnesses. Plaintiff anticipates that her treatment providers will qualify as experts by knowledge, skill, experience, training, or education, and Plaintiff reserves the right to elicit testimony regarding each provider's opinions, if any, regarding the cause, diagnosis, treatment, and prognosis of Plaintiff's injuries. Plaintiff's treating providers who may be called to testify at trial and are known at this time are as follows:

**1.    Nayyer Islam, MD**

Dr. Islam is a board-certified diagnostic radiologist who has read the magnetic resonance imaging of Plaintiff's spine. Dr. Islam is expected to testify regarding his opinions of the imaging consistent with Dr. Islam's medical records.

**2.    Shailesh Patel, MD**

Dr. Patel is a board-certified pain medicine physician who has provided treatment for Plaintiff's spinal injuries following this crash. Dr. Patel is expected to testify regarding his

---

[1] Upon request by defense counsel, Plaintiff has agreed to take the 30(b)(6) deposition of SE Independent Delivery Services, Inc. prior to other employee depositions, to determine if further depositions are necessary.

treatment of Plaintiff's spinal injuries, his opinions regarding the causation of Plaintiff's spinal injuries, and his recommendations for future care, consistent with Dr. Patel's medical records.

**3.      Christopher Battista, MD**

Dr. Battista is a board-certified orthopedic surgeon who has provided treatment for Plaintiff's spinal injuries following this crash. Dr. Battista is expected to testify regarding his treatment of Plaintiff's spinal injuries, his opinions regarding the causation of Plaintiff's spinal injuries, and his recommendations for future care, consistent with Dr. Battista's medical records.

**4.      Jason Highsmith, MD**

Dr. Highsmith is a board-certified orthopedic surgeon who has provided treatment for Plaintiff's spinal injuries following this crash. Dr. Highsmith is expected to testify regarding his treatment of Plaintiff's spinal injuries, his opinions regarding the causation of Plaintiff's spinal injuries, and his recommendations for future care, consistent with Dr. Highsmith's medical records.

Because Plaintiff's medical care is ongoing, Plaintiff reserves the right to supplement her list of treatment providers and to call any treatment provider as a witness at the trial of this case. Plaintiff also reserves the right to supplement this disclosure later should the case develop in such a way to warrant additional expert testimony on Plaintiff's behalf. Plaintiff further reserves the right to elicit expert testimony from individuals named as experts by other parties, as well as other witnesses later identified who may qualify as experts under the Rules of Evidence.

[*Signature on Following Page*]

**MORGAN & MORGAN, P.A.**
By:      /s/Cooper Klaasmeyer
Cooper Klaasmeyer, Esq.
Federal Bar No. 14272
Email: cooper.klaasmeyer@forthepeople.com
4401 Belle Oaks Drive, Suite 300,
North Charleston, SC 29405
(843) 973-5438
*Counsel for Plaintiff*

North Charleston, SC
May 15, 2026