**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**CHARLESTON DIVISION**

| | | |
|---|---|---|
| **Irene Keller,** | ) | **Civil Action No.: 2:24-CV-05884-DCN** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **DEFENDANTS' EXPERT DISCLOSURES** |
| | ) | |
| **Howard Anthony James and SE** | ) | |
| **Independent Delivery Services, Inc.** | ) | |
| | ) | |
| **Defendants.** | ) | |

Pursuant to Fed. R. Civ. P. 26(a)(2)(A), Defendants Howard Anthony James and SE Independent Delivery Services, Inc. disclose the following experts:

**Marc Paradiso, M.S., P.E.**
Exponent Accident Reconstruction and Analysis
3350 Peachtree Road NE, Suite #1125
Atlanta, GA 30326
(678) 412-4832
MParadiso@Exponent.com

Marc Paradiso is a Licensed Professional Engineer who specializes in accident reconstruction, vehicle crash analysis, and ADAS system analysis. Paradiso is expected to offer opinions within a reasonable degree of scientific and engineering certainty on the force and post-impact accelerations resulting from the subject incident.

Paradiso has provided a first report already and has already given a deposition.

Paradiso is currently in the process of reviewing additional documents and materials and intends to provide a supplemental report shortly as explained in Defendants' recent request for a new scheduling order. *See* Entry No. 61.

**Chimba Mkandawire, Ph.D., P.E., CAISS**
Exponent Accident Reconstruction and Analysis
3350 Peachtree Road NE, Suite #1125
Atlanta, GA 30326
(678) 412-4812
CMkandawire@Exponent.com

Chimba Mkandawire is a Biomechanical Engineer who specializes in analysis issues involving the biomechanics of human injury. Mkandawire is expected to offer opinions within a reasonable degree of scientific, engineering, and biomechanical certainty on the causal biomechanical relationship between the subject incident and the documented injuries.

Mkandawire has provided a first report already and has already given a deposition.

Mkandawire is currently in the process of reviewing additional documents and materials and intends to provide a supplemental report shortly as explained in Defendants' recent request for a new scheduling order. *See* Entry No. 61.

**Michael W. Peelle, MD**
Orthopedic and Neurologic Surgery of the Spine

IMS Legal Strategies
5050 Quorum Drive, Suite 700
Dallas, TX 75254

Dr. Peelle is a Board Certified Orthopedic Surgeon. See his produced CV for additional credentials. He is expected to testify regarding his review of the alleged medical injuries and their causal relationship from the accident as well as appropriate treatment for same.

Dr. Peelle has provided a first report already and has already given a deposition.

Dr. Peelle is currently in the process of reviewing additional documents and materials and intends to provide a supplemental report shortly as explained in Defendants' recent request for a new scheduling order. *See* Entry No. 61.

**Kathryn McKenzie Dillon, M.Ed., CRC, CLCP, CVE**
Life Care Planning Expert Affiliate

IMS Legal Strategies
5050 Quorum Drive, Suite 700
Dallas, TX 75254

Defendant designates Kathryn McKenzie Dillon, M.Ed., CRC, CLCP, CVE, as an expert witness in the fields of life care planning, vocational rehabilitation, vocational evaluation, and earning-capacity assessment. Ms. Dillon is expected to provide opinions regarding the nature and extent of Ms. Keller's long-term medical, therapeutic, and supportive care needs. Her opinions will be based on her review of the medical records, an interview with Ms. Keller if made available,

consultation with consulting physicians including Michael Whitney Pelle, MD, and other materials reasonably relied upon by experts in her fields.

Ms. Dillon will testify regarding the matters and opinions contained in her expert report. She will evaluate the plaintiff's life care plan to determine whether it adheres to accepted life care planning standards of practice and peer-reviewed methodology. She will also offer rebuttal opinions regarding the plaintiff's vocational assessment, including Ms. Keller's ability to work, the need for accommodations or retraining, the availability of suitable employment, pre- and post-injury wage considerations, and Ms. Keller's residual earning capacity. These opinions will be developed in collaboration with the appropriate medical providers to ensure consistency with medically supported restrictions.

Ms. Dillon's opinions may be supplemented as additional information becomes available or as permitted under **Fed. R. Civ. P. 26(e)**.

A full expert report will be produced in accordance with **Fed. R. Civ. P. 26(a)(2)** and in conformity with Defendants' recent request for a new scheduling order. *See* Entry No. 61.

Ms. Dillon's curriculum vitae and testimony list are attached.

**Defendants reserve the right to supplement these disclosed experts with those allowed pursuant to any agreement of the parties and/or leave of the Court.**

A report from these experts with the contents required by FED. R. CIV. P. 26(a)(2)(B) will be provided as soon as possible.

Depending on representatives or individuals Plaintiff seeks to elicit testimony from or about Defendant and Defendant's business operations, Defendants reserve the right to supplement and identify additional witnesses who may have specialized knowledge, skill, or training in the commercial motor carrier industry.

Defendants reserve the right to elicit expert testimony from individuals named as experts by other parties to this case. Defendants further reserve the right to supplement this disclosure at a later time should the case develop in such a way to warrant additional expert testimony on Defendant's behalf either by consent of the parties or with leave from this Court.

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**


s/Jacob M. Kaufman
Mark S. Barrow (Fed. ID. No. 1220)
msb@swblaw.com
Aaron J. Hayes (Fed. ID. No. 11196)
ajh@swblaw.com
Jacob M. Kaufman (Fed. ID. No. 14615)
jmk@swblaw.com
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29201
(803) 256-2233

**ATTORNEYS FOR DEFENDANTS**


Columbia, South Carolina
June 15, 2026

4