**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**CHARLESTON DIVISION**

| | | |
|---|---|---|
| **Irene Keller,** | ) | **Case No.: 2:24-cv-05884-DCN** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **DEFENDANTS' MOTION TO COMPEL AGAINST PLAINTIFF** |
| **Howard Anthony James and SE Independent Delivery Services, Inc.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Defendants move this Court for an Order, pursuant to Rules 34 and 37 of the *Federal Rules of Civil Procedure*, compelling the Plaintiff to more fully and completely respond to the non-objected-to discovery requests served on her by Defendants.

**I. Plaintiff has failed to adequately respond to Request Nos. 1 and 2 of Defendants' First Set of Requests for Production.**

These two requests seek a complete copy of the discovery record in two other cases in which Plaintiff is involved: *Irene Keller v. Loretta Cook*, Case No. 2025CP1801831 (Dorchester County) and *Irene Keller v. Liberty Mutual Insurance Company*, Case No. 2:25-cv-12745-RMG (SC district court, Charleston Division). A copy of Plaintiff's responses to these requests are attached hereto as **Exhibit A**. Plaintiff responds to each of these requests stating that "[n]o responsive documents [are] in Plaintiff's possession."

By virtue of being a party in these respective lawsuits and represented by counsel, Plaintiff is constructively in possession of the discovery record in each of these cases through her attorneys, who act as agents on her behalf in said cases. We would therefore ask that Plaintiff

request the discovery record from her attorneys in the above-mentioned lawsuits and provide those to us pursuant to Requests Nos. 1 and 2 of Defendants' First Set of Requests for Production.

Furthermore, counsel for Plaintiff and counsel for Defendants conducted a conference call on August 14, 2026 to discuss these discovery issues. It is the understanding of the undersigned that Plaintiff has agreed to request and provide such materials. *See* August 14, 2026 Email Correspondence, attached hereto as **Exhibit B**.

**II. Plaintiff has not adequately responded to Defendants' First Request for Production No. 3.**

Request No. 3 seeks any and all evidence and documents related to the August 2022 moor vehicle collision involving Irene Keller, including but not limited to vehicle photographs, scene photographs, videos, diagrams, drawings, witness statements, repair bills, medical bills, medical records, correspondence, insurance claims, emails, text messages, electronic messages sent via any medium, and social media posts. Plaintiff similarly responds that "[n]o responsive documents [are] in Plaintiff's possession."

This response does not clarify whether any such evidence actually exists, or whether Plaintiff herself does not currently have a physical or electronic copy of such evidence. To the extent that such evidence is in the possession of her attorneys or insurers in her other lawsuits mentioned above, we would reiterate our request that Plaintiff request such evidentiary material from her attorneys and/or her insurers in the above-mentioned lawsuits and provide those to us pursuant to Request No. 3. Still, counsel for Plaintiff and counsel for Defendants conducted a conference call on August 14, 2026 to discuss these discovery issues. It is the undersigned's understanding that Plaintiff's counsel agreed to identify Plaintiff's insurers in order to determine

whether Plaintiff's counsel or defense counsel would need to send a subpoena for the requested materials.

To date, the undersigned has not received any additional responsive information or materials requested or subsequently agreed to. The undersigned certifies that they have attempted to resolve the matter informally with Plaintiff's counsel in an effort to avoid involvement of the Court. Such correspondence is attached hereto as **Exhibits C and D**. However, these attempts have not ultimately resolved the discovery dispute. Defendants therefore request that the Court issue an Order compelling Plaintiff to provide complete responses to Defendants' discovery requests within fourteen days of the Court's Order along with the reasonable costs incurred in making this Motion.

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**

s/Jacob M. Kaufman
Mark S. Barrow Fed. I.D. No. 1220
Aaron J. Hayes Fed. I.D. No. 11196
Jacob M. Kaufman Fed. I.D. No. 14615
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC 29211
(803) 256-2233
msb@swblaw.com
ajh@swblaw.com
jmk@swblaw.com

**ATTORNEYS FOR THE DEFENDANTS**

Columbia, South Carolina

September 4, 2026