**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IRENE KELLER,<br><br>Plaintiff,<br><br>v.<br><br>HOWARD ANTHONY JAMES and PENSKE TRUCK LEASING CO.<br><br>Defendants. | Civil Action No.: 2:24-CV-05884-DCN |

**PLAINTIFF'S RESPONSES TO DEFENDANT SE INDEPENDENT DELIVERY SERVICES, INC.'S FIRST REQUEST FOR PRODUCTION**

1. A complete copy of the discovery record, including but not limited to answers to interrogatories, responses to requests to produce, responses to requests to admit, responses to subpoenas, and document production exchanged between the parties in Irene Keller v. Loretta Cook, Case No. 2025CP1801831 (Dorchester County Court of Common Pleas).

   **No responsive documents in Plaintiff's possession.**

2. A complete copy of the discovery record, including but not limited to answers to interrogatories, responses to requests to produce, responses to requests to admit, responses to subpoenas, and document production exchanged between the parties in Irene Keller V. Liberty Mutual Insurance Company, Case No. 2:25-cv-12745-RMG (United States District Court, District of South Carolina, Charleston Division) (former Case No. 2025CP1801933 (Dorchester County Court of Common Pleas)).

   **No responsive documents in Plaintiff's possession.**

3. Any and all evidence and documents related to the August 2022 motor vehicle collision involving Irene Keller, including but not limited to vehicle photographs, scene photographs, videos, diagrams, drawings, witness statements, repair bills, medical bills,

medical records, correspondence, insurance claims, emails, text messages, electronic messages sent via any medium, and social media posts.

**No responsive documents in Plaintiff's possession.**

4. Any and all correspondence, via any medium whatsoever, between Irene Keller and Jack Keller related either the August 2022 motor vehicle collision involving Irene Keller or the subject collision.

**No responsive documents in Plaintiff's possession.**

5. A complete copy of the application(s), and any documentation submitted therewith, filed by Irene Keller requesting social security disability benefits, along with a complete copy of any and all documents provided to Irene Keller by any agency in response to the application(s).

**All responsive documents in Plaintiff's possession have been produced.**

6. Any and all documents, correspondence, or other evidence exchanged between Irene Keller (and her representatives) and any expert retained by Irene Keller for use in this litigation. This Request shall be construed as coextensive with the maximum allowable inquiry provided for by Rule 26(b)(4), FRCP.

**Plaintiff's Rule 26(a)(2) Disclosures will be made in accordance with the Court's scheduling order.**

7. The complete file(s) of any expert retained by Irene Keller for use in this litigation. This Request shall be construed as coextensive with the maximum allowable inquiry provided for by Rule 26(b)(4), FRCP.

**Plaintiff's Rule 26(a)(2) Disclosures will be made in accordance with the Court's scheduling order.**

8. A privilege log, fully compliant with Rule 26(b)(5), FRCP, itemizing any and all items-responsive to any discovery request issued by any defendant in this case, past or present-with-held from production by Irene Keller.

**Plaintiff has not withheld any documents protected by privilege.**

EXHIBIT A

9. Any and all correspondence between Irene Keller and her employer Mercedes Benz Vans, LLC concerning Irene Keller's employment and the termination thereof.

   **All responsive documents in Plaintiff's possession have been produced.**

MORGAN & MORGAN, P.A.

*James G. Biggart II*
James G. Biggart II, Esq.
SC Bar No. 106477
4401 Belle Oaks Drive, 3rd Floor
North Charleston, 29405
T: (843) 973-5186
F: (843) 973-5208
biggartlitigation@forthepeople.com
Attorneys for Plaintiff

July 27, 2026
Charleston, South Carolina

**CERTIFICATE OF SERVICE**

I, Mayla Moussally, an employee of Morgan & Morgan, do hereby certify that on this 27th day of July 2026, I emailed a copy of the above and foregoing documents to counsel of record in said proceeding to the counsel below at their email address listed. Service is perfected via email unless a hard copy was requested in writing by opposing counsel, and then one was mailed to the address below as well:

Mark S. Barrow, Esq.
Mark V. Gende, Esq.
Aaron J. Hayes, Esq.
Sweeny, Wingate & Barrow, P.A.
PO Box 12129
Columbia, SC, 29211
mvg@swblaw.com
ajh@swblaw.com

Mayla Moussally
Litigation Paralegal

July 27, 2026
Charleston, South Carolina