EXHIBIT B

Outlook

## Re: *EXT*Keller v. Howard Anthony James and SE Independent Delivery Services

**From** Jacob Kaufman <JMK@swblaw.com>
**Date** Fri 8/14/2026 2:54 PM
**To** Cooper Klaasmeyer <cooper.klaasmeyer@forthepeople.com>; Mayla Moussally <mayla.moussally@forthepeople.com>; Tiffany N. Nelson <tnn@swblaw.com>; Jonathan Graham <jgraham@forthepeople.com>; TeamGraham <TeamGraham@forthepeople0.mail.onmicrosoft.com>; BiggartLitigation <BiggartLitigation@forthepeople0.mail.onmicrosoft.com>
**Cc** Aaron J. Hayes <AJH@swblaw.com>; Mark S. Barrow <MSB@swblaw.com>

Cooper,

Just confirming from our call that y'all are agreeing to provide the materials from Mrs. Keller's attorneys in her other lawsuits noted in our letter. Let us know when you get something back from them. On the insurance materials issue, could you identify her insurers, so we can determine which of us would need to send the subpoena for that info?

Thanks,

SWB

Jacob M. Kaufman | *Attorney*
Sweeny, Wingate & Barrow, P.A.

1515 Lady St. (29201)
PO Box 12129
Columbia, SC 29211

T ▪ 803-256-2233
F ▪ 803-256-9177
Web | Bio | Email

---

**From:** Cooper Klaasmeyer <cooper.klaasmeyer@forthepeople.com>
**Sent:** Friday, August 14, 2026 1:48 PM
**To:** Jacob Kaufman <JMK@swblaw.com>; Mayla Moussally <mayla.moussally@forthepeople.com>; Tiffany N. Nelson <tnn@swblaw.com>; Jonathan Graham <jgraham@forthepeople.com>; TeamGraham <TeamGraham@forthepeople0.mail.onmicrosoft.com>; BiggartLitigation <BiggartLitigation@forthepeople0.mail.onmicrosoft.com>
**Cc:** Aaron J. Hayes <AJH@swblaw.com>; Mark S. Barrow <MSB@swblaw.com>
**Subject:** RE: *EXT*Keller v. Howard Anthony James and SE Independent Delivery Services

Yes, lets do it.

Thank you,

**Cooper Klaasmeyer**
**Attorney**

**T:** (843) 973-5438
**F:** (854) 429-6281

4401 Belle Oaks Drive, 3rd Floor,
North Charleston, SC 29405