EXHIBIT D

Outlook

## Re: *EXT*Keller v. Howard Anthony James and SE Independent Delivery Services

**From** Jacob Kaufman <JMK@swblaw.com>
**Date** Wed 9/2/2026 5:52 PM
**To** Cooper Klaasmeyer <cooper.klaasmeyer@forthepeople.com>; Mayla Moussally <mayla.moussally@forthepeople.com>; Jonathan Graham <jgraham@forthepeople.com>; TeamGraham <TeamGraham@forthepeople0.mail.onmicrosoft.com>; BiggartLitigation <BiggartLitigation@forthepeople0.mail.onmicrosoft.com>
**Cc** Aaron J. Hayes <AJH@swblaw.com>; Mark S. Barrow <MSB@swblaw.com>; Tiffany N. Nelson <tnn@swblaw.com>

Cooper,

Any word on getting the discovery record and information regarding the insurance carriers based on our call? We can provide another extension under Local Rule 37.01, but we will need to file a motion to compel at the end of the week if we do not hear from you.

Thanks,

Jacob M. Kaufman | *Attorney*
Sweeny, Wingate & Barrow, P.A.

1515 Lady St. (29201)
PO Box 12129
Columbia, SC 29211

T ▪ 803-256-2233
F ▪ 803-256-9177
Web | Bio | Email

---

**From:** Cooper Klaasmeyer <cooper.klaasmeyer@forthepeople.com>
**Sent:** Friday, August 14, 2026 1:48 PM
**To:** Jacob Kaufman <JMK@swblaw.com>; Mayla Moussally <mayla.moussally@forthepeople.com>; Tiffany N. Nelson <tnn@swblaw.com>; Jonathan Graham <jgraham@forthepeople.com>; TeamGraham <TeamGraham@forthepeople0.mail.onmicrosoft.com>; BiggartLitigation <BiggartLitigation@forthepeople0.mail.onmicrosoft.com>
**Cc:** Aaron J. Hayes <AJH@swblaw.com>; Mark S. Barrow <MSB@swblaw.com>
**Subject:** RE: *EXT*Keller v. Howard Anthony James and SE Independent Delivery Services

Yes, lets do it.

Thank you,

**Cooper Klaasmeyer**
**Attorney**

**T:** (843) 973-5438
**F:** (854) 429-6281

4401 Belle Oaks Drive, 3rd Floor,
North Charleston, SC 29405

EXHIBIT D

MORGAN & MORGAN
AMERICA'S LARGEST INJURY LAW FIRM

$35B+ Recovered • 1,100+ Attorneys • 140+ Offices

A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.

**From:** Jacob Kaufman <JMK@swblaw.com>
**Sent:** Friday, August 14, 2026 1:19 PM
**To:** Cooper Klaasmeyer <cooper.klaasmeyer@forthepeople.com>; Mayla Moussally <mayla.moussally@forthepeople.com>; Tiffany N. Nelson <tnn@swblaw.com>; Jonathan Graham <jgraham@forthepeople.com>; TeamGraham <TeamGraham@forthepeople0.mail.onmicrosoft.com>; BiggartLitigation <BiggartLitigation@forthepeople0.mail.onmicrosoft.com>
**Cc:** ajh <ajh@swblaw.com>; Mark S. Barrow <MSB@swblaw.com>
**Subject:** Re: *EXT*Keller v. Howard Anthony James and SE Independent Delivery Services

Can we do 2pm? I have something at 2:30 but it should be fairly short. I could also probably do after 3pm today as well?

You can call (888) 468-1160. Participant Pin: 753689

Thanks,

S·W·B

Jacob M. Kaufman |*Attorney*
Sweeny, Wingate & Barrow, P.A.

1515 Lady St. (29201)
PO Box 12129
Columbia, SC 29211

T▪803-256-2233
F▪803-256-9177
Web | Bio| Email

---

**From:** Cooper Klaasmeyer <cooper.klaasmeyer@forthepeople.com>
**Sent:** Friday, August 14, 2026 12:44 PM
**To:** Jacob Kaufman <JMK@swblaw.com>; Mayla Moussally <mayla.moussally@forthepeople.com>; Tiffany N. Nelson <tnn@swblaw.com>; Jonathan Graham <jgraham@forthepeople.com>; TeamGraham <TeamGraham@forthepeople0.mail.onmicrosoft.com>; BiggartLitigation <BiggartLitigation@forthepeople0.mail.onmicrosoft.com>
**Cc:** Aaron J. Hayes <AJH@swblaw.com>; Mark S. Barrow <MSB@swblaw.com>
**Subject:** RE: *EXT*Keller v. Howard Anthony James and SE Independent Delivery Services

Jacob,

Are you free this afternoon?

Thank you,

**Cooper Klaasmeyer**
**Attorney**

**T:** (843) 973-5438
**F:** (854) 429-6281

4401 Belle Oaks Drive, 3rd Floor,
North Charleston, SC 29405

EXHIBIT D

MORGAN & MORGAN
AMERICA'S LARGEST INJURY LAW FIRM

$35B+ Recovered • 1,100+ Attorneys • 140+ Offices

A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.

---

**From:** Jacob Kaufman <JMK@swblaw.com>
**Sent:** Friday, August 14, 2026 12:00 PM
**To:** Mayla Moussally <mayla.moussally@forthepeople.com>; Tiffany N. Nelson <tnn@swblaw.com>; Jonathan Graham <jgraham@forthepeople.com>; TeamGraham <TeamGraham@forthepeople0.mail.onmicrosoft.com>; BiggartLitigation <BiggartLitigation@forthepeople0.mail.onmicrosoft.com>; Cooper Klaasmeyer <cooper.klaasmeyer@forthepeople.com>
**Cc:** ajh <ajh@swblaw.com>; Mark S. Barrow <MSB@swblaw.com>
**Subject:** Re: *EXT*Keller v. Howard Anthony James and SE Independent Delivery Services

All,

Could we schedule a conference call early next week to discuss the items in the Rule 11 letter we sent on 8/5?

Thanks,

S·W·B

Jacob M. Kaufman |*Attorney*
Sweeny, Wingate & Barrow, P.A.

1515 Lady St. (29201)
PO Box 12129
Columbia, SC 29211

T▪803-256-2233
F▪803-256-9177
Web | Bio| Email

---

**From:** Jacob Kaufman <JMK@swblaw.com>
**Sent:** Wednesday, August 5, 2026 11:22 AM
**To:** Mayla Moussally <mayla.moussally@forthepeople.com>; Tiffany N. Nelson <tnn@swblaw.com>; Jonathan Graham <jgraham@forthepeople.com>; TeamGraham <TeamGraham@forthepeople0.mail.onmicrosoft.com>; BiggartLitigation <BiggartLitigation@forthepeople0.mail.onmicrosoft.com>
**Cc:** Aaron J. Hayes <AJH@swblaw.com>; Mark S. Barrow <MSB@swblaw.com>
**Subject:** Re: *EXT*Keller v. Howard Anthony James and SE Independent Delivery Services

Good afternoon,

Please see the attached letter pursuant to Rule 11, FRCP and Local Rule 37.01.

Thanks,

S·W·B

Jacob M. Kaufman |*Attorney*
Sweeny, Wingate & Barrow, P.A.

1515 Lady St. (29201)
PO Box 12129
Columbia, SC 29211

T▪803-256-2233
F▪803-256-9177
Web | Bio| Email

EXHIBIT D

---

**From:** Mayla Moussally <mayla.moussally@forthepeople.com>
**Sent:** Monday, July 27, 2026 4:24 PM
**To:** Tiffany N. Nelson <tnn@swblaw.com>; Jonathan Graham <jgraham@forthepeople.com>; TeamGraham <TeamGraham@forthepeople0.mail.onmicrosoft.com>; BiggartLitigation <BiggartLitigation@forthepeople0.mail.onmicrosoft.com>
**Cc:** Aaron J. Hayes <AJH@swblaw.com>; Jacob Kaufman <JMK@swblaw.com>; Mark S. Barrow <MSB@swblaw.com>
**Subject:** Re: *EXT*Keller v. Howard Anthony James and SE Independent Delivery Services

Good afternoon,

Attached please find Plaintiff Responses to Defendant SEIDS' Requests to Produce and PL Responses to Defendant SEIDS' Second Request to Produce. Please make sure to download everything as the link will expire on August 25, 2026

Please let me know if you have any issues accessing anything.

DISCOVERY (SUPP) RTP & 2nd RTP 15611130 - Irene Keller

**Mayla Moussally**
**Litigation Paralegal**

**T:** (352) 204-4722
**F:**(352) 204-4749

104 N Main St, Suite 500,
Gainesville, FL 32601

MORGAN & MORGAN
AMERICA'S LARGEST INJURY LAW FIRM

$35B+ Recovered • 1,100+ Attorneys • 140+ Offices

A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.

---

**From:** Tiffany N. Nelson <tnn@swblaw.com>
**Sent:** Friday, June 12, 2026 2:56 PM
**To:** James Biggart <JBiggart@ForThePeople.com>; Jonathan Graham <jgraham@forthepeople.com>; Cooper Klaasmeyer <cooper.klaasmeyer@forthepeople.com>; TeamGraham <TeamGraham@forthepeople0.mail.onmicrosoft.com>; BiggartLitigation <BiggartLitigation@forthepeople0.mail.onmicrosoft.com>
**Cc:** Aaron J. Hayes <AJH@swblaw.com>; Jacob Kaufman <JMK@swblaw.com>; Mark S. Barrow <MSB@swblaw.com>
**Subject:** *EXT*Keller v. Howard Anthony James and SE Independent Delivery Services

**CAUTION:** Use caution when clicking on links or opening attachments in this external email.

Good afternoon,

Attached please find Defendant SE Independent Delivery Services, Inc.'s First Requests for Production to Plaintiff.

Thank you,

Tiffany Nelson

Tiffany N. Nelson |*Legal Assistant to Aaron J. Hayes and Jacob M. Kaufman*
Sweeny, Wingate & Barrow, P.A.
S·W·B
tnn@swblaw.com
1515 Lady St. (29201)
Post Office Box 12129
Columbia, SC 29211
T ▪ 803-256-2233
F ▪ 803-256-9177
Web

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.