**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**CHARLESTON DIVISION**

| | | |
|---|---|---|
| **Irene Keller,** | ) | **Civil Action No.: 2:24-CV-05884-DCN** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **DEFENDANTS' AMENDED EXPERT DISCLOSURES** |
| | ) | |
| **Howard Anthony James and SE Independent Delivery Services, Inc.** | ) | |
| | ) | |
| **Defendants.** | ) | |

Pursuant to Fed. R. Civ. P. 26(a)(2)(A), and in accordance with the operative scheduling order (ECF 63), Defendants Howard Anthony James and SE Independent Delivery Services, Inc. disclose the following experts:

**Marc Paradiso, M.S., P.E.**
Exponent Accident Reconstruction and Analysis
3350 Peachtree Road NE, Suite #1125
Atlanta, GA 30326
(678) 412-4832
MParadiso@Exponent.com

Marc Paradiso is a Licensed Professional Engineer who specializes in accident reconstruction, vehicle crash analysis, and ADAS system analysis. Paradiso is expected to offer opinions within a reasonable degree of scientific and engineering certainty on the force and post-impact accelerations resulting from the subject incident.

Paradiso has provided a first report already and has already given a deposition.

Paradiso is currently in the process of reviewing additional documents and materials and intends to provide a supplemental report shortly as explained in Defendants' recent request for a new scheduling order. *See* Entry No. 61.

**Amended disclosure**: **in addition to his prior report and testimony, Defendants are informed and believe that Mr. Paradiso intends to testify in accordance with the supplemental Exponent report provided herewith.**

**Chimba Mkandawire, Ph.D., P.E., CAISS**
Exponent Accident Reconstruction and Analysis
3350 Peachtree Road NE, Suite #1125
Atlanta, GA 30326
(678) 412-4812
CMkandawire@Exponent.com

Chimba Mkandawire is a Biomechanical Engineer who specializes in analysis issues involving the biomechanics of human injury. Mkandawire is expected to offer opinions within a reasonable degree of scientific, engineering, and biomechanical certainty on the causal biomechanical relationship between the subject incident and the documented injuries.

Mkandawire has provided a first report already and has already given a deposition.

Mkandawire is currently in the process of reviewing additional documents and materials and intends to provide a supplemental report shortly as explained in Defendants' recent request for a new scheduling order. *See* Entry No. 61.

> **Amended disclosure: in addition to his prior report and testimony, Defendants are informed and believe that Dr. Mkandawire intends to testify in accordance with the supplemental Exponent report provided herewith.**

**Michael W. Peelle, MD**
Orthopedic and Neurologic Surgery of the Spine

IMS Legal Strategies
5050 Quorum Drive, Suite 700
Dallas, TX 75254

Dr. Peelle is a Board-Certified Orthopedic Surgeon. See his produced CV for additional credentials. He is expected to testify regarding his review of the alleged medical injuries and their causal relationship from the accident as well as appropriate treatment for same.

Dr. Peelle has provided a first report already and has already given a deposition.

Dr. Peelle is currently in the process of reviewing additional documents and materials and intends to provide a supplemental report shortly as explained in Defendants' recent request for a new scheduling order. *See* Entry No. 61.

> **Amended disclosure: in addition to his prior report and testimony, Defendants are informed and believe that Dr. Peelle intends to testify**

**in accordance with his original report plus July 31, 2026 addendum provided herewith.**

**Kathryn McKenzie Dillon, M.Ed., CRC, CLCP, CVE**
Life Care Planning Expert Affiliate

IMS Legal Strategies
5050 Quorum Drive, Suite 700
Dallas, TX 75254

Defendant designates Kathryn McKenzie Dillon, M.Ed., CRC, CLCP, CVE, as an expert witness in the fields of life care planning, vocational rehabilitation, vocational evaluation, and earning-capacity assessment. Ms. Dillon is expected to provide opinions regarding the nature and extent of Ms. Keller's long-term medical, therapeutic, and supportive care needs. Her opinions will be based on her review of the medical records, an interview with Ms. Keller if made available, consultation with consulting physicians including Michael Whitney Pelle, MD, and other materials reasonably relied upon by experts in her fields.

Ms. Dillon will testify regarding the matters and opinions contained in her expert report. She will evaluate the plaintiff's life care plan to determine whether it adheres to accepted life care planning standards of practice and peer-reviewed methodology. She will also offer rebuttal opinions regarding the plaintiff's vocational assessment, including Ms. Keller's ability to work, the need for accommodations or retraining, the availability of suitable employment, pre- and post-injury wage considerations, and Ms. Keller's residual earning capacity. These opinions will be developed in collaboration with the appropriate medical providers to ensure consistency with medically supported restrictions.

Ms. Dillon's opinions may be supplemented as additional information becomes available or as permitted under **Fed. R. Civ. P. 26(e)**.

A full expert report will be produced in accordance with **Fed. R. Civ. P. 26(a)(2)** and in conformity with Defendants' recent request for a new scheduling order. *See* Entry No. 61.

Ms. Dillon's curriculum vitae and testimony list are attached.

**Amended disclosure: In addition to the above, Defendants are informed and believe that Ms. Dillon intends to testify in accordance with her two reports—a life care plan review and a review of the vocational loss of earning capacity assessment—provided herewith.**

Defendants reserve the right to amend and/or supplement these disclosed experts with those allowed pursuant to any agreement of the parties and/or leave of the Court. A report, along with additional documentation, from each of these experts with the contents required by FED. R. CIV. P. 26(a)(2)(B) is being served upon counsel for Plaintiff contemporaneously with the filing of this Amended Disclosure, to the extent this information has not been produced in discovery already.

Depending on representatives or individuals Plaintiff seeks to elicit testimony from or about Defendants and Defendants' business operations, Defendants reserve the right to supplement and identify additional witnesses who may have specialized knowledge, skill, or training in the commercial motor carrier industry.

Defendants reserve the right to elicit expert testimony from individuals named as experts by other parties to this case. Defendants further reserve the right to supplement this disclosure later should the case develop in such a way to warrant additional expert testimony on Defendants' behalf.

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**

s/Aaron J. Hayes
Mark S. Barrow (Fed. ID. No. 1220)
Aaron J. Hayes (Fed. ID. No. 11196)
Jacob M. Kaufman (Fed. ID. No. 14615)
Sweeny, Wingate & Barrow, P.A.
1515 Lady Street
Columbia, SC 29201
(803) 256-2233

**ATTORNEYS FOR DEFENDANTS**

Columbia, South Carolina
September 14, 2026